**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BOUNTHAN SAENGSIPHAN, )
)
Plaintiff, )
) CIVIL ACTION FILE
v. )
) NO. 1:00-CV-1719-CC
WORLD CHAMPIONSHIP WRESTLING, INC.,)
TURNER SPORTS, INC., and )
TURNER BROADCASTING SYSTEM, INC. )
)
Defendants. )

### DEFENDANTS' NOTICE OF FILING ORIGINAL AFFIDAVIT

Defendants Universal Wrestling Corporation (f/k/a World Championship Wrestling, Inc.), Turner Sports, Inc. and Turner Broadcasting System, Inc. (collectively "Defendants") hereby serve notice that they are filing herewith in the above-captioned case the following original Affidavit in support of Defendants' Motion for Summary Judgment contemporaneously filed with this Court:

    1.    Affidavit of Joseph Hamilton (attached hereto as Exhibit A).

108

This 30th day of January, 2003.

                                                  */s/ Evan H. Pontz*
                                        JOHN J. DALTON
                                        Georgia Bar No. 203700
                                        JAMES A. LAMBERTH
                                        Georgia Bar No. 431851
                                        ERIC A. RICHARDSON
                                        Georgia Bar No. 233873
                                        EVAN H. PONTZ
                                        Georgia Bar No. 583577

                                        Attorneys for Defendants

TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216
(404) 885-3000 (voice)
(404) 885-3995 (facsimile)

```
IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF GEORGIA
              ATLANTA DIVISION
```

| | | |
|---|---|---|
| BOUNTHAN SAENGSIPHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO. 1:00-CV-1719-CC |
| WORLD CHAMPIONSHIP WRESTLING, INC., | ) | |
| TURNER SPORTS, INC. and TURNER | ) | |
| BROADCASTING SYSTEM, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF JOSEPH HAMILTON

JOSEPH HAMILTON, who having personally appeared before the undersigned officer duly authorized to administer oaths and having been first duly sworn according to law, deposes and states the following:

1. My name is Joseph Hamilton. I am of majority age, and I give this testimony of my own free will. I have personal knowledge of and am competent to testify to the facts stated herein. The facts stated herein are true and correct.

2. I first began providing services to Universal Wrestling Corporation (f/k/a World Championship Wrestling, Inc. and hereinafter referred to as "WCW") in 1989 as a member of the creative staff. After working with the organization in various

capacities, I eventually became the Director of the Power Plant, WCW's training facility.

3. As part of my duties as Director of the Power Plant, I worked with WCW's professional wrestlers and trainees. At times, members of the creative staff and I would discuss my opinion with respect to wrestling and training talent.

4. Based on my experience in the wrestling industry and at WCW, the creators, producers, bookers and marketers of professional wrestling programming such as WCW's use their better performers with greater frequency in their wrestling programs. Factors considered by the creators, producers, bookers and marketers of these programs in determining who the better wrestlers are include the wrestler's crowd appeal, stage presence, charisma, uniqueness, wrestling ability and physique. In light of these factors, I periodically evaluated wrestlers and trainees at the Power Plant, to determine how well they were progressing.

5. Bounthan Saengsiphan first became affiliated with WCW in late 1997 when he was accepted in the professional wrestling training program at the Power Plant facility. The goal in including Mr. Saengsiphan in the training program was to help him develop the physical skills, charisma, acting ability, stage presence and other characteristics necessary to be a successful

wrestler with WCW. Mr. Saengsiphan was invited to train at the Power Plant because WCW believed that he had potential and a compelling personal story. Because of his background, WCW thought that if Mr. Saengsiphan developed the requisite professional wrestling skills, he might be successful. However, WCW had concerns about Mr. Saengsiphan's size as he is small by WCW's standards. Because Mr. Saengsiphan was so small, in order for him to be successful at WCW it was necessary that he develop additional skills beyond those developed by other wrestlers, including acrobatic moves.

6. At the end of 1998 and into 1999, WCW began to restructure much of its operations, including the professional wrestling training program located at the Power Plant. WCW transferred its Power Plant facility from its previous location on Carroll Drive, to a new location on Log Cabin Drive, in Smyrna, Georgia. This new establishment was to serve as the training facility for a smaller group of wrestler trainees than the group that had previously been training at the old Power Plant location. Each wrestler selected to train at the new Power Plant facility was to be signed to a trainee independent contractor agreement.

7. To determine which wrestler trainees would receive agreements, I, along with other WCW training officials, spent

roughly six to eight weeks evaluating the talent of approximately forty individuals who were then training at the Power Plant. At the end of this evaluation period, WCW conducted "try outs" for all of the wrestler trainees.

8. During this restructuring and the evaluation process at the Power Plant, Mr. Saengsiphan had been training at WCW for only a year and half and had missed substantial training time due to injuries and due to other personal and family-related reasons. Mr. Saengsiphan was inexperienced and lacked the necessary training and wrestling skills, particularly for his small size, and the persona and other attributes necessary to be a successful professional wrestler. Further, Mr. Saengsiphan was often injured and unable to train. Mr. Saengsiphan was still suffering from his knee injury and limited in his ability to train at the time trainee contract decisions were made.

9. Based on this evaluation of Mr. Saengsiphan, WCW concluded that Mr. Saengsiphan was not qualified to wrestle in televised events or house shows and WCW decided not to offer Mr. Saengsiphan a contract to train at the new facility. These decisions had nothing to do with Mr. Saengsiphan's race.

FURTHER AFFIANT SAYETH NAUGHT.

This 29TH day of January, 2003.

_____
JOSEPH HAMILTON

Sworn to and subscribed
Before me this 29TH day
Of January, 2003.

_____
Notary Public

My Commission Expires:
Notary Public, Hall County, Georgia
My Commission Expires June 29, 2003

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION
```

BOUNTHAN SAENGSIPHAN,             )
                                  )
             Plaintiff,           )
                                  )   CIVIL ACTION FILE
v.                                )
                                  )   NO. 1:00-CV-1719-CC
WORLD CHAMPIONSHIP WRESTLING, INC.,)
TURNER SPORTS, INC., and          )
TURNER BROADCASTING SYSTEM, INC.  )
                                  )
             Defendants.          )

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of DEFENDANTS' NOTICE OF FILING ORIGINAL AFFIDAVIT upon the interested parties by hand delivery to:

>     Cary Ichter
>     Kelly Jean Beard
>     Charles Gernazian
>     Michelle M. Rothenberg-Williams
>     MEADOWS, ICHTER AND BOWERS, P.C.
>     Fourteen Piedmont Center, Suite 1100
>     3535 Piedmont Road
>     Atlanta, GA 30305

This 30th day of January, 2003.

_____
EVAN H. PONTZ
Georgia Bar No. 583577

TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, N.E.
Suite 5200
Atlanta, GA 30308-2216
(404) 885-3000 (voice)
(404) 885-3995 (facsimile)