**ORIGINAL**

FEB 25 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BOUNTHAN SAENGSIPHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No.: |
| v. | ) | 1-00-CV-1719 (CC) |
| | ) | |
| UNIVERSAL WRESTLING, | ) | **JURY TRIAL DEMANDED** |
| CORPORATION f/k/a | ) | |
| WORLD CHAMPIONSHIP WRESTLING, | ) | |
| INC., TURNER SPORTS, INC., | ) | |
| TURNER ENTERTAINMENT GROUP, | ) | |
| INC. and TURNER BROADCASTING | ) | |
| SYSTEM, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF FILING APPENDIX

Plaintiff, BOUNTHAN SAENGSIPHAN, hereby serves notice that

he is filing herewith in the above-styled case an Appendix

containing copies of relevant deposition testimony and exhibit

documents in support of his Response To Defendants' Motion For

Summary Judgment filed with this Court.

This 25th day of February, 2003.

Cary Ichter
Georgia Bar No. 382515
Charles J. Gernazian
Georgia Bar No. 291703
Michelle M. Rothenberg-Williams
Georgia Bar No. 615680

**MEADOWS, ICHTER & BOWERS, P.C.**
Fourteen Piedmont Center, Suite 1100
3535 Piedmont Road
Atlanta, GA 30305
Telephone:  (404) 261-6020
Telecopy:   (404) 261-3656

120

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in the foregoing matter with the foregoing **Plaintiff's Notice of Filing Appendix** by depositing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

> Eric Richardson
> Evan Pontz
> Troutman Sanders LLP
> Suite 5200, Bank of America Plaza
> 600 Peachtree Street, N.E.
> Atlanta, Georgia   30308-22165

This ___25th___ day of February, 2003.

Charles Gernazian
Georgia Bar No. 291703

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BOUNTHAN SAENGSIPHAN,          )
                               )
        Plaintiff,             )
                               )    Civil Action File No.:
v.                             )    1-00-CV-1719 (CC)
                               )
UNIVERSAL WRESTLING,           )    **JURY TRIAL DEMANDED**
CORPORATION f/k/a              )
WORLD CHAMPIONSHIP WRESTLING,  )
INC., TURNER SPORTS, INC.,     )
TURNER ENTERTAINMENT GROUP,    )
INC. and TURNER BROADCASTING   )
SYSTEM, INC.,                  )
                               )
        Defendants.            )
_____)

## APPENDIX OF EXHIBITS AND DEPOSITION EXCERPTS

A.   Declaration of Bounthan Saengsiphan

B.   Deposition Errata Sheet Bounthan Saengsiphan

C.   Michael Wenner Correspondence (P00459)

D.   WCW Supplemental Response to Plaintiffs' First
     Interrogatories

E.   Declaration of Moses Williams

F.   WCW Talent Database

G.   Hamilton Evaluation (WCW 002752)

H.   Excerpts of Deposition Transcript of William Boulware

I.   Plaintiffs' Exhibit No.  28

J.   Plaintiffs' Exhibit No.  72

K.   Declaration of George Grace

L.   Declaration of William Worthen

M.   Declaration of Sgt. Steve Hicks

N.   Declaration of Bobby Walker

O.   Declaration of Perry Satullo

P.   Plaintiffs' Exhibit No. 75

Q.   Plaintiffs' Exhibit No. 76

R.   Plaintiffs' Exhibit No. 64

S.   Plaintiffs' Exhibit No. 44

T.   "Chinese" Menu

U.   Hicks Report

V.   Excerpts of Deposition of Pez Whatley

W.   Declaration of Harrison Norris

X.   Plaintiffs' Exhibit No.  49

Y.   Declaration of J.P. Snakovsky

Z.   Declaration of Charles Ashenoff

AA.  Russo Interview

BB.  WCW Bounthan Saengsiphan Life Story

CC.  Resurgens Orthopaedics Correspondence (WCW 019874)

DD.  Excerpts of Deposition Transcript of Tony Carr



# EXHIBIT / ATTACHMENT

## A

(To be scanned in place of tab)

## DECLARATION OF BOUNTHAN SAENGSIPHAN

STATE OF OHIO
COUNTY OF _Summit_

Bounthan Saengsiphan gives the following Declaration under penalty of perjury and states as follows:

1.

When I was invited to try out at WCW, I was told that I did have the potential to become very successful at WCW in the lightweight division, which was also called "cruiserweight."  I recall that Mike Wenner told me that my size would not be a problem, and that I was Rey "Mysterio's size."  Rey Mysterio was a very successful cruiserweight wrestler.

2.

No one ever told me that they had any concerns about my size.

3.

Although I was never told it was necessary for me to be acrobatic, I believe that I was acrobatic, and could do many high-flying maneuvers that were characteristic of the cruiserweight division.

4.

I do recall that I slightly injured my back in June, 1998. I deny that this was a serious injury; and even though I was instructed to follow-up for one month, I deny that I received treatment for an entire month for this small injury.  In fact, I was able to return to the Power Plant, and was able to return to full training within a couple of days.  I had no other problems and felt fine after three to six days at the most.  Moreover, this slight injury did not affect, in any manner, my ability and/or desire to wrestle for WCW on a long-term basis.  After the slight delay in recovery, I was back to my full form and condition.

5.

I recall receiving surgery on my right knee in June, 1999.
I also recall the doctor returning me to WCW with certain
restrictions. I never admitted that these restrictions
prevented me from performing basic wrestling moves. In fact, I
was able to execute various maneuvers even though I was under
some limited instructions from the doctor. I was even able to
perform in some mock wrestling matches even after my surgery. I
was able to work around the restrictions, and train effectively.

6.

I recall several Caucasians who trained at the Power Plant
that were about my size. I remember Lash LeRoux was about my
size. I trained with Mr. LeRoux and could do the tope rope high
flying maneuvers even better than he did. I was able to get on
top of the rope and jump off and do high flying maneuvers. Mr.
LeRoux was not able to perform these high flying maneuvers. Mr.
LeRoux was chosen to wrestle on WCW events, and I believe he
started getting paid or was given a contract in 1998. In 1999,
he then got a big push and was able to regularly wrestle on WCW
events. Mr. LeRoux told me he had been training about two
months before I began training.

7.

I also remember a Caucasian named Shannon Moore. I was
bigger than Mr. Moore even though he was given a contract.
Although Mr. Moore arrived at the Power Plant after I did, he
did not spend as much time training as I did. Moore was not at
the Power Plant every day as I was. In fact, he did not train
that much at the Power Plant. But he did need training. I even
helped train him and showed him some moves. Although I am not
aware if Mr. Moore had any prior wrestling experience, I recall
that he had to learn the most basic wrestling moves such as
headlocks, arm drags etc. I believe I was better than Mr.
Moore. I was a couple of inches taller than Mr. Moore. He was
only about 5'5" or 5'6." And although he did attempt to perform
high flying maneuvers, my maneuvers were better. Mr. Moore was
made a member of the wrestling team known as the Three Count.
Every member of the Three Count was Caucasian.

8.

I also remember a Caucasian named Shane Helms. He started
training after I began training at the Power Plant. He arrived
at about the same time as Shannon Moore. I was about the same

height or maybe even a little taller than Shane Helms.  Shane
Helms did high flying maneuvers, but I could execute my
maneuvers just as well as he did.  He did not regularly train at
the Power Plant.  He arrived and trained sometimes, but did not
train on a consistent basis.

9.

I recall wrestling and training at WCW through the end of
1998.  I do not believe the Power Plant moved at that time.  I
believe the Power Plant moved some time in May or June of 1999,
and not 1998.

10.

I do recall that many individuals, including many Caucasian
wrestlers received contracts some time in June, 1999.  I also
recall that these people trained at the new Power Plant
facility.  Although I did not have a written contract, I was
still able to train at the new WCW Power Plant.

11.

Although I recall WCW giving out many contracts at the time
the Power Plant was moved, WCW also gave out contracts to
several wrestlers earlier than that date.  I believe that it was
the end of 1998 when several wrestlers, mostly Caucasian,
received contracts.

12.

I dispute that WCW training officials spent roughly six to
eight weeks evaluating the skills and talents of the persons
training at the Power Plant.  I do recall that some of the
talent evaluators such as Terry Taylor and J.J. Dillon
occasionally came to the Power Plant, but they never spent much
time evaluating all of the talent.

13.

In May, 1999, I recall WCW conducting a specific tryout in
order to determine which wrestlers would receive contracts.
During my tryout, I fully demonstrated my skills and abilities.
During my tryout match, I was not asked to perform any acting or
speaking.  I was not given a microphone, and was not evaluated
for any speaking ability.  In fact, I was not told to say or act
out anything other than to participate in the tryout match and
to demonstrate my wrestling skills.  I was not asked to act or

perform on my way into the ring.  In fact, I was never asked to
demonstrate my speaking abilities and was never asked to show my
ability to act other than to demonstrate my wrestling abilities.
Thus, I was never even evaluated for my ability to speak.

14.

During my tryout match, I was able to fully execute all of
my wrestling maneuvers very well.  I was able to work off of the
ropes, and I successfully executed a "spin heel kick."  Toward
the end of the match, I did hear a "pop" in my knee.  I was not
going to let that prevent me from finishing my match.  Also,
this was at the end of my match, and it was time for my
"finishing move."  My intended finishing move was a back flip
off the top of the rope.  I executed this maneuver perfectly.  I
went up to the top of the rope and did a back flip off the rope
and landed on my opponent face first on my stomach.  This is
exactly what I intended, and I was very pleased that I executed
this maneuver, and landed on my opponent perfectly.  I then
immediately pinned him until the count of three.  I then won the
match.  I believe that I showed all of my skills and abilities,
as well as my finishing move.  I did everything that was asked
of me during this performance.  The knee did not prevent me from
doing any of my maneuvers.  Thus, I completed my tryout match,
and demonstrated all of my abilities.  My knee was absolutely no
factor in the tryout.

15.

As I stated above, I did hear a "pop" in my knee.  I had
injured this knee before I came to WCW, but this was the very
first time that my knee was hurt at WCW.  Thus, until my May,
1999, tryout, this knee never affected my wrestling abilities
and my physical ability to wrestle while I was at WCW.  In sum,
I basically aggravated a knee injury that I had suffered before
I came to WCW.  The May tryout, however, was the very first time
that I had ever had any complication or pain associated with
that knee for the entire time that I had wrestled at WCW.  Thus,
no one knew about my injury until after I had performed in the
tryout session and had already demonstrated my wrestling
abilities.

16.

Although I do not recall when I finally told Jody Hamilton that I had pain with my right knee, I do know that the knee was not a factor until <u>after</u> my tryout in 1999.

17.

I believe that I sufficiently showed my skills and abilities during my tryout in May of 1999 as well as the earlier tryout, but was denied a contract because of my race.

18.

If I had received a contract, I would have fully recovered and would have taken any other precautions I needed to rehabilitate my knee.  Thus, during the entire time that I trained at WCW, WCW gave out contracts on two different occasions.  On the first occasion, I had no problems whatsoever with my knee.  On the second occasion, although I did injure my knee, during the tryout itself, the knee did not affect my performance or my abilities that I demonstrated during the tryout.  I am also aware that many wrestlers both inside and outside the Power Plant most of whom were Caucasian received contracts and were given opportunities to wrestle on WCW events.

19.

I do not recall failing any physical examination given to me by WCW, at any time.

I declare under penalty of perjury that the foregoing is true and correct.

_Bounthan Saengsiphan_
Bounthan Saengsiphan

_02/20/03_
Executed on (Date)



# EXHIBIT / ATTACHMENT

_____ B _____

(To be scanned in place of tab)

1    Q.    And just for the record -- you know, I've got used

2    to saying your name because somebody told me Saengsiphanh.

3    It's Saengsiphanh?

4    A.    Saengsiphanh.

5    Q.    Okay.  Just so you understand what's going to

6    happen is the court reporter will produce a record of this

7    deposition and you'll have a chance to review it, and

8    anything that's inaccurate or incorrect or that there's a

9    mistake you'll have a chance to change that.

10          And if we have any further questions based on any

11   changes you make, we may have to talk again, but hopefully

12   it won't come to that.  But you'll have an opportunity to

13   make sure that the record is a correct and complete

14   statement of your testimony here today.  Okay?

15   A.    Yes.

16          MR. PONTZ:  Great.  Well, thank you very much.

17          THE WITNESS:  Thank you.

18          (Deposition concluded at 3:18 p.m.)

19   _____
     BOUNTHAN SAENGSIPHANH, Deponent

20

21   Sworn to and subscribed before me this _24th_ day of

22   _April_____, 2002 _____ County,

23   Georgia. _____ Notary Public)

24   My Commission Expires: _November 2nd, 2004_

25

## ERRATA SHEET

| PAGE | LINE | CORRECTION | REASON |
|------|------|------------|--------|
| 67 | 6 | Should read: (Mr. Paul Orndoff, Mr. Terry Taylor and Mr. J.J. DILLON). Names are now recalled. | |
| 67 | 20 | Should read: ( My understanding was trainers made recommendation to Bookers) To clarify | |
| 86 | 19 | Should read: ( No sir, I wrestled in August and September of 1999 with some restrictions from my Doctor). I was mistaken. | |
| 88 | 16 | Should read: (No sir, I started working for Marta on September 20, 1999 there were no procedure done on my knee in February of 2000. | |
| 88 | 19 | Should read: ( No sir). | |
| 88 | 23 | Should read: ( Yes sir, I wrestled in August and September of 1999 with some restrictions from my Doctor). I was mistaken. | |
| 89 | 1 | Should read: ( No sir, Last time I trained with W.C.W. was in September of 1999). I was mistaken. | |



# EXHIBIT / ATTACHMENT

_____ C _____

(To be scanned in place of tab)

WCW WORLD CHAMPIONSHIP WRESTLING inc.

...ink you for your recent correspondence concerning entering the world of ...ofessional wrestling. We are currently holding tryouts once a month for ...hose persons qualified. You must be at least 180 pounds,be between the ...ges of 18-30,and be at least 5'9"tall. There is a $250.00 tryout fee and you also must have a physical from your physician stating that you are in good enough physical condition to go through a rigorous physical workout. If you make it through the tryout and we see that you have potentialto be part of the future of the WCW we will invite you back to join the WCW Power Plant where you will be trained to become a professional wrestler. The training course is set up on a six month course at a price of $3000.00 and if it takes longer than six months we will train you until you are ready.

If this sounds like something you have been looking for,give us a call and we will give you all the details. Looking forward to hearing from you.

Sincerely,
Michael A Wenner
404-603-8505

**P00459**



# EXHIBIT / ATTACHMENT

## _____D_____

(To be scanned in place of tab)

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Walker v. World Championship Wrestling, Inc., Turner Sports, Inc. and Turner Broadcasting System, Inc., Civ. File No. 1:00-CV-0367-CC

Onoo v. World Championship Wrestling, Inc., Turner Sports, Inc. and Turner Broadcasting System, Inc., Civ. File No. 1:00-CV-0368-CC

Norris v. World Championship Wrestling, Inc., Turner Sports, Inc. and Turner Broadcasting System, Inc., Civ. File No. 1:00-CV-0369-CC

Easterling v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc., Civ. File No. 1:00-CV-1715-CC

Davis v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc., Civ. File No. 1:00-CV-1716-CC

Worthen v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc., Civ. File No. 1:00-CV-1717-CC

Speight v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc., Civ. File No. 1:00-CV-1718-CC

Saengsiphan v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc., Civ. File No. 1:00-CV-1719-CC

Reeves v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc., Civ. File No. 1:00-CV-1720-CC

Patterson v. World Championship Wrestling, Inc., Turner Sports, Inc., Turner Entertainment Group, Inc. and Turner Broadcasting System, Inc., Civ. File No. 1:01-CV-1152-CC

**DEFENDANT UNIVERSAL WRESTLING CORPORATION'S
SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' FIRST INTERROGATORIES TO DEFENDANTS
WORLD CHAMPIONSHIP WRESTLING, INC. AND TURNER SPORTS, INC.**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure,

Defendant Universal Wrestling Corporation ("UWC") (formerly known

as World Championship Wrestling, Inc. ("WCW")) supplements its

objections and responses to Plaintiffs' Consolidated First

Interrogatories And First Request For Production Of Documents To

**DEFENDANT'S
EXHIBIT**

*#11*

Defendants World Championship Wrestling, Inc. and Turner Sports, Inc. ("Plaintiffs' First Interrogatories") as follows:

## GENERAL TERMS AND CONDITIONS FOR RESPONSES

1.

The following supplemental responses are provided by UWC based upon documents and information currently available to UWC. UWC reserves the right to modify any of such responses at a later date if further factual development or analysis warrants such modifications.

2.

In responding to any of the interrogatories and document requests contained in Plaintiffs' First Interrogatories and Document Requests, UWC explicitly reserves the right to object to the admissibility at trial of any information produced in connection with such responses.

## SUPPLEMENTAL RESPONSES AND OBJECTIONS TO SPECIFIC INTERROGATORIES

**INTERROGATORY NO. 3.**    Please identify (following the requirements set forth in Instruction No. 8) the total number of wrestlers with whom Defendant WCW and/or Defendant Turner Sport [sic] have entered into wrestling contracts of any kind from January 1995 until the present. For each such wrestler, please provide the following information:
  (a)  His or her legal and professional name;
  (b)  His or her racial background, (i.e. African or African-American, Hispanic/Latino or Hispanic/Latino American, Asian or Asian-American, Caucasian or Caucasian-American, or Other (please provide additional information regarding the racial background of any individual categorized as "Other"));
  (c)  The number of matches in which he or she performed on live television;
  (d)  The outcome (e.g. win, lose or other) of each WCW Monday Nitro, Thunder and/or Pay-Per View match in

which he or she performed from January 1995 through the present;

(e)   His or her annual compensation for each year from January 1995 until the present;

(f)   The merchandising revenues he or she received for each quarter from January 1995 until the present; and

(g)   Whether or not he or she was terminated and/or released during 1999.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 3.**

UWC hereby adopts and incorporates by reference its general and specific objections to Interrogatory No. 3 as set forth in UWC's Objections and Responses to Plaintiff's First Interrogatories.  Subject to and without waiving its objections, and in accordance with the Discovery and Scheduling Order entered in the above-referenced actions, UWC supplements its response to Interrogatory No. 3 as follows:

Attached hereto as Exhibit A is a chart identifying each male wrestler who entered into a wrestling contract with WCW for the period 1996 through 2000, and providing compensation information regarding salary, merchandising revenue and licensing revenue for each wrestler by year, as determined from documents and information currently available to UWC.

**INTERROGATORY NO. 7.**   Please identify (following the requirements set forth in Instruction No. 8) each and every individual who attended a "try out" at the Power Plant (or its predecessor) from January 1995 until the present.  For each such individual, please provide the dates of his or her "try-out" and his or her racial background, (i.e., African or African-American, Hispanic/Latino or Hispanic/Latino-American, Asian or Asian-American, Caucasian or Caucasian-American or Other (please provide additional information regarding the racial background of any individual categorized as "Other")).

3

## RESPONSE TO INTERROGATORY NO. 7.

UWC hereby adopts and incorporates by reference its general and specific objections to Interrogatory No. 7 as set forth in UWC's Objections and Responses to Plaintiff's First Interrogatories.  Subject to and without waiving its objections, UWC supplements its response to Interrogatory No. 7 as follows:

After diligent investigation and review of information and documents reasonably available to UWC, UWC states that it does not have information or documents in its possession reflecting all of the individuals who attended a "try out" at the Power Plant from 1996 through 2000.  Based upon review of documents currently available to UWC, UWC is aware of the following individuals who attended a "try out" at the Power Plant:

Matthew B. Baum, Cameron Beach, Nikola Bobic, Paulie Bykow, Joseph Bradley Cain, Tony Byron Carr, Rick Cornell, Twanta Maurice Craig, Jason Matthew Daniel, Marcial R. Davis, Joseph Fredrick Denson III, Rico Dixon, William C. Dreer, Phap Minh Duong, Darron Devon Easterling, Sean Charles Evans, Chris Ferrell, Allan Eric Funk, Edward Gatzky, Todd Griffith, Charles I. Groegler, Mark Guthrie, Bret Hamner, Theodore Harris, Jonathan Martin Hugger, Gregory John Hunke, Mark Jindrak, Trae Keller, Brian Klinge, Paul Lewis Knox, Charles M. Lee, Wondell Le Flore, J. Mark LeRoux, David Libich, Roberts S. Loewen, Michael W. Long, Jeremy Lopez, Ken Moore, Michael Brady Nimmons, Paul Neu, Stephen Oliviera, Charles R. Palumbo, Stan Patron, Craig Phillips, Cecil

4

Riley, Sam Roman, Bounthan Saengsiphan, Mike Sanders, Frank Sepe, Sonny Siaki, Elix Skipper, Kenneth M. Stasiowski, Matthew T. Sletvold, Mark Stevens, W. Chase Tatum, Courtright Thurber, James Thurber, Mark Tipton, Michael Tolbert, Michael Jerry Tuite, Scott Vick, Charles Franklin Walker, J. Bradley Walker, Sr., Chris West, Curtis L. White, Wesley Wright, and Brett Yokley.

UWC further states that, upon information and belief, most or all of the individuals who were "trainees" at the Power Plant during the period 1996 through 2000 had also previously attended a "try out." Attached hereto as Exhibit B is a chart identifying each individual who was a "trainee" at the Power Plant for the period 1996 through 2000, as determined from documents and information currently available to UWC.

**INTERROGATORY NO. 8.**     Please identify (following the requirements set forth in Instruction No. 8) each and every individual who trained at the Power Plant (or its predecessor) from January 1995 until the present. For each such individual, please provide the dates he or she trained at the Power Plant, his or her racial background, (i.e. African or African-American, Hispanic/Latino or Hispanic/Latino-American, Asian or Asian-American, Caucasian or Caucasian-American or Other (please provide additional information regarding the racial background of any individual categorized as "Other")), and whether Defendant WCW and/or Defendant Turner Sports offered a wrestling contract (whether classified as an "employment," "contractor," or "independent contractor agreement") to him or her.

**RESPONSE TO INTERROGATORY NO. 8.**

UWC hereby adopts and incorporates by reference its general and specific objections to Interrogatory No. 8 as set forth in UWC's Objections and Responses to Plaintiff's First

Interrogatories.   Subject to and without waiving its objections, UWC supplements its response to Interrogatory No. 8 as follows:

Attached hereto as Exhibit B is a chart identifying each individual who was a "trainee" at the Power Plant for the period 1996 through 2000, as determined from documents and information currently available to UWC.

This 10th day of October, 2002.

John J. Dalton
Georgia Bar No. 203700
James A. Lamberth
Georgia Bar No. 431851
Eric A. Richardson
Georgia Bar No. 233873
Evan H. Pontz
Georgia Bar No. 583577

Counsel for Defendant
Universal Wrestling Corporation
(formerly known as World
Championship Wrestling, Inc.)

TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia  30308-2216
(404) 885-3000

Supplemental Response to Plaintiffs' Consolidated First Interrogatories, Interrogatory No. 3

EXHIBIT ●   ●IDENTIAL

| Real Name | Band Name | 1996 Payroll | 1996 March | 1996 Licensing | 1997 Payroll | 1997 March | 1997 Licensing | 1998 Payroll | 1998 March | 1998 Licensing | 1999 Payroll | 1999 March | 1999 Licensing | 2000 Payroll | 2000 March | 2000 Licensing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S, David Lee | Todd Abbott | | | | | $0.00 | | | $0.00 | | $80,128.99 | $0.00 | $0.00 | $62,233.31 | $0.00 | $0.00 |
| y, Chris | Chris Adams | | | | $10,259.99 | $0.00 | | $26,647.72 | $0.00 | | $107,820.51 | $0.00 | $0.00 | $4,518.65 | $0.00 | $0.00 |
| n, Brian (Brian n, Inc.) | Kornob | | | | | $0.00 | | $213,612.70 | $0.00 | $10,786.85 | $140,939.51 | $0.00 | $18,366.54 | $226,834.83 | | $1,843,86 |
| od, Michael | Mike Awesome | | | | | | | | $0.00 | $0.00 | | $0.00 | $0.00 | $279,551.43 | $15.95 | $- |
| Arthur nck, Frank | Steve Sharpe | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $32,453.41 | $37.21 | $0.00 |
| Samuel | Samuel Stear Team | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Scott | Scott Bool Scott Biggs | $31,131.72 | | | $114,482.54 | $0.00 | | $150,541.34 | $0.00 | $16,360.00 | $173,269.73 | $0.00 | $25,573.27 | $7,471.23 | $0.24 | $184.96 |
| st, David (Kidz BMI, Inc.) | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Yonahlan ck, Charles as International | Ultima Oregon Korinen | $92,757.10 | | | $110,011.77 $255,791.14 | $0.00 | $10,674.41 | $120,309.01 $391,070.19 | $0.00 $40.14 | $21,819.46 $20,970.77 | $104,100.42 $464,675.64 | $0.00 $4,999.55 | $28,487.01 $40,379.85 | $414,946.49 | $0.00 | $32.24 |
| t, Marcus Sid, Joe Aldrip | Bull Buywell | $116,990.15 | | | $190,699.78 | $0.00 | | $386,140.27 | $40.14 | $120,478.00 | $310,011.76 | $1,679.25 | $28,993.07 | $301,645.27 | $3,074.05 | $17,651.83 $42,448.93 |
| Eric Randolph | Randy Barnes | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $500.00 | | $0.00 |
| Kellor | The Juicer | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| d, Craig | Silver King | | | | $29,437.94 | $0.00 | | $67,344.30 | $0.00 | $16,860.10 | $86,880.10 | $0.00 | $67,870.29 | | $0.00 | $0.00 |
| ba | | | | | | | | | | | | | | | | |
| rick, Scott phcon, Tom | Scott Puetki (Disorderly Conduct) | | | | $9,405.00 | $0.00 | | $14,241.50 $18,630.00 | $0.00 | $34,662.15 | $66,472.16 | $0.00 | $0.00 | | $0.00 | $0.00 |
| t, Chris cme Sports) | | $100,946.00 | | | $169,412.39 | $23.96 | | $107,348.40 | $45.48 | | $317,766.57 | $49.31 | $35,608.04 | $54.77 | | $29,312.12 |
| b, Brian | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $3,328.76 | $0.00 | $0.00 |
| R, Maiqu | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |

1046604_5.XLS - Active

EXHIBIT

Supplemental Response to Plaintiffs' Consolidated First Interrogatories, Interrogatory No. 3

| Real Name | Ring Name | 1996 Payroll | 1996 Merch. | 1996 Licensing | 1997 Payroll | 1997 Merch. | 1997 Licensing | 1998 Payroll | 1998 Merch. | 1998 Licensing | 1999 Payroll | 1999 Merch. | 1999 Licensing | 2000 Payroll | 2000 Merch. | 2000 Licensing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ow, Scott | Bam Bam Bigelow (Beast of the East) | | | | | $0.00 | | $24,153.00 | $0.00 | $0.00 | $342,459.29 | $116.65 | $97.11 | $408,846.39 | $7.15 | $20,971.79 |
| h, Adam | Joey Matthews | | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| chaat, Toby | | $350.00 | | | | $0.00 | | | $0.00 | $0.00 | $11,009.07 | $0.00 | $0.00 | $2,091.19 | $0.00 | $0.00 |
| ida, Mark | | $993.93 | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| d, Jr., Richard H | Rusty The Dragon Slumdboat | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | | |
| on, Wayne | | | | | | $0.00 | | $73,204.60 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Isndod, Nick | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| cs, Michael | Horace Hollywood Hogan | $56,597.81 | | | $114,637.79 | $0.00 | | $130,717.13 | $0.00 | $9953.33 | $311,250.94 | $0.00 | $10,633.57 | $3137,092.36 | $132.03 | $32,319.06 |
| cs, Terry | Hulk Hogan | $1,930,455.99 | $20,750.30 | $17,573.82 | $330,043.74 | $52,412.82 | $94,636.74 | $2,035,948.70 | $40,144.99 | $11,943.77 | $3,756,237.74 | $20,646.16 | $832,987.34 | $1,837,023.70 | | $442,805.11 |
| cn, Steven | Sting | $72,209.46 | $3,629.82 | $11,903.01 | $913,202.95 | $29,816.61 | $17,607.26 | $936,189.59 | $43,420.00 | $85,230.51 | $1,631,630.23 | $17,375.61 | $414,496.56 | $1,467,980.06 | $41,915.35 | $506,757.48 |
| ort, Todd | Todd Champion | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $14,381.65 | |
| d, Thomas | Johnny Grunge | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| emma, William | Terry Flynn | $2,100.00 | | | $20,707.14 | $0.00 | | $30,271.27 | $0.00 | $0.00 | $11753.96.16 | $0.00 | $0.00 | $91,633.79 | $0.00 | $0.00 |
| s, Chad | | $51,857.52 | | | $24,350.48 | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| d, Dewayne | Buddy Lee Parker Surge | $56,011.51 | | | $65,719.43 | $0.00 | | $47,093.11 | $0.00 | $0.00 | $39,267.34 | $0.00 | $0.00 | | $0.00 | $0.00 |
| m, Joseph | Joseph Chews Piano | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| d, Terry | Saku | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| t, Brad | Lodi | | | | | $0.00 | | $59,993.70 | $0.00 | $14,330.00 | | $0.00 | $27,157.92 | $43,444.47 | $0.00 | $40.12 |
| zio, Chris | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| crosy, Mark | Shanghai Pierce | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| gic, Michael | Mike Modest | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $5,000.00 | $0.00 | $0.00 |
| on, Gary | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |

2

Supplemental Response to Plaintiffs' Consolidated First Interrogatories, Interrogatory  No. 3

EXHIBIT

...DENTIAL

| Real Name | Ring Name | 1996 Payroll | 1996 Licensing | 1996 March | 1997 Payroll | 1997 March | 1997 Licensing | 1998 Payroll | 1998 March | 1998 Licensing | 1999 Payroll | 1999 March | 1999 Licensing | 2000 Payroll | 2000 March | 2000 Licensing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ...on, Lenny | Lenny Lane: Standards and Practices | | | | $15,232.14 | $0.00 | | $37,483.22 | $0.00 | $0.00 | $45,200.24 | $0.00 | $0.00 | $123,882.00 | $0.00 | $0.00 |
| ...timon, Dominic | Psychosis | $7,278.59 | | | $63,282.82 | $0.00 | | $107,392.54 | $0.00 | $16,230.00 | $149,531.07 | $0.00 | $27,696.47 | $70,046.71 | $9.39 | $2,213.97 |
| ...ser, Scott | | | | | $16,528.57 | $0.00 | | $32,140.27 | $0.00 | $0.00 | $27,443.14 | $0.00 | $0.00 | | $0.00 | $ |
| ...I, Mark | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | |
| ...I, Bryan | Kendo/Woods | $101,712.32 | | | $161,175.41 | $0.00 | | $173,233.43 | $27.11 | $4,697.19 | $214,587.52 | $30.36 | $12,441.24 | $220,605.34 | $14.99 | $4,080.63 |
| ...le, Jim | | | | | | | | | | | | | | | | |
| Keith James | Keith Cole The Cole Twins | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| ...Kent Demot | Kent Cole The Cole Twins | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| ...tt, Richard | Rock Conrad/Rocco | | | | | $0.00 | | | $0.00 | $0.00 | | $114,552.72 | $0.00 | $0.00 | $59,650.59 | $0.00 | $0.00 |
| ...Daniel | Chris Daniels | $51,075.00 | | | $21,514.20 | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $44,573.58 | $0.00 | $0.00 |
| ...tipho, John | Mike Modest | $27,547.16 | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| ...bauer, William | Bill Saltare | | | | | $0.00 | | | $0.00 | $0.00 | | $153,174.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| ...er, Barry | Blackjoy Billy | | | | $40,273.94 | $0.00 | | $114,245.92 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| ...I, James | Elaine Lancaster | | | | | $0.00 | | $233.99 | $0.00 | $0.00 | $17,444.20 | $0.00 | $0.00 | | $0.00 | $0.00 |
| ...I, Marshal | Apollo | | | | | $0.00 | | $6,011.45 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| ...II, Patrick | General Rection; Hugo Morris | $102,310.52 | | | $143,344.15 | $0.00 | | $143,303.34 | $0.00 | $0.00 | $198,625.00 | $0.00 | $109.26 | $249,931.42 | $0.24 | $948.12 |
| ...ker, William C. | | | | | | | | | | | | | | | | |
| ...Henderson, Ned | Villano V | | | | $14,611.48 | $0.00 | | $50,977.40 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| ...Henderson, a | Villano IV | $2,251.71 | | | $45,038.64 | $0.00 | | $64,434.47 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| ...o, Alfred | Rage The Wrecking Crew | | | | | $0.00 | | $2,600.00 | $0.00 | $0.00 | $19,930.46 | $0.00 | $0.00 | $14,465.00 | $0.00 | $0.00 |

1

104666_SOLE - Active

Supplemental Response to Plaintiffs' Consolidated First Interrogatories, Interrogatory  No. 3

EXHIBIT

DENTIAL

| Real Name | 1994 Payroll | 1994 Merch. | 1994 Licensing | 1997 Payroll | 1997 Merch. | 1997 Licensing | 1998 Payroll | 1998 Merch. | 1998 Licensing | 1999 Payroll | 1999 Merch. | 1999 Licensing | 2000 Payroll | 2000 Merch. | 2000 Licensing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| , Joseph | $1,423.00 | | | $32,092.86 | $0.00 | | $37,479.96 | $0.00 | $0.00 | $35,410.04 | $0.00 | $0.00 | | $0.00 | $0.00 |
| , James | $186,377.44 | $28.40 | | $210,501.39 | $0.00 | | $181,443.31 | $0.00 | $0.00 | $186,724.48 | $0.00 | $0.00 | $171,903.90 | $0.00 | $39.10 |
| m, Bobby | | | | $0.00 | | | $46,908.62 | $0.00 | $0.00 | $158,291.00 | $0.00 | $0.00 | $18,290.41 | ($1.06) | $2,316 |
| n, Michael | $81,110.85 | $25.99 | | $159,965.16 | $201.77 | | $171,253.16 | $13.41 | $907.49 | $54,969.82 | $0.04 | $7,901.04 | | $0.00 | $0.00 |
| , Bobby | $88,709.17 | | | $74,570.34 | $0.00 | | $81,349.87 | $0.00 | $0.00 | $91,113.82 | $0.00 | $0.00 | $56,394.41 | $0.00 | $3,518.05 |
| , Troy | | | | | | | | $0.00 | $0.00 | $32,016.30 | $0.00 | $0.00 | | ($1.06) | $0.00 |
| Max | $77,754.27 | | | $80,547.00 | $0.00 | | $104,970.16 | $0.00 | $953.31 | $101,639.04 | $0.00 | $10,635.57 | | $0.00 | $0.00 |
| R. | | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $645.92 | $0.00 | $8,439.80 |
| Timothy | | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $191.11 | $0.00 | $0.00 |
| Page (DDP) | $149,066.90 | | | $12,097.87 | | | $300,315.88 | $15,973.66 | $49,054.00 | $1,076,356.85 | $1,118.87 | $247,706.97 | $1,176,477.77 | $419.25 | $244,721.22 |
| Daniel | | | | $0.00 | | | | $0.00 | $0.00 | $332,260.27 | $0.00 | $0.00 | $70,911.31 | $0.00 | $0.00 |
| , Ed | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Jeff | $34,349.70 | | | $83,694.45 | $0.00 | | $130,102.70 | $0.00 | $4,166.40 | $143,009.43 | $0.00 | ($1,035.6) | $103,729.26 | $0.00 | $0.00 |
| Terry | $153,290.69 | | | $164,308.21 | $0.19 | | $174,492.11 | $0.00 | $16,350.00 | $177,609.90 | $0.00 | $29,838.40 | $171,991.36 | $0.00 | $44.12 |
| David | $17,050.00 | | | $20,600.00 | $0.00 | | $116,604.95 | $0.00 | $16,350.00 | $224,436.41 | $0.00 | $77,341.13 | $166,381.53 | $0.00 | $44.15 |
| David | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Richard | $63,964.28 | | | $488,412.00 | $0.00 | | $742,024.97 | $613.29 | $37,611.00 | | $14.51 | $20,350.28 | $137,170.46 | $81.45 | $14,024.18 |
| , | | | | | $0.00 | | | $0.00 | $0.00 | $44,109.39 | $0.00 | $0.00 | | $0.00 | $0.00 |
| Michael | $900.00 | | | $1,750.00 | $0.00 | | $2,176.10 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Crowley | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $123,333.21 | $0.21 | $0.00 |
| of the Storm) | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Ryan | | | | | $0.00 | | | $0.00 | $0.00 | $8,718.88 | $0.00 | $0.00 | | $0.00 | $0.00 |

1044406_3.XLS / Active

Supplemental Response to Plaintiffs' Consolidated First Interrogatories, Interrogatory No. 3

**EXHIBIT**

...DENTIAL

| Real Name | Ring Name | 1996 Payroll | 1996 March | 1996 Licensing | 1997 Payroll | 1997 March | 1997 Licensing | 1998 Payroll | 1998 March | 1998 Licensing | 1999 Payroll | 1999 March | 1999 Licensing | 2000 Payroll | 2000 March | 2000 Licensing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| de Chud Guerrero, no | El Los Fabulosos/ el Diablo | | | | $34,000.00 | $0.00 | | $55,913.35 | $0.00 | $0.00 | $79,040.34 | $0.00 | $0.00 | | $0.00 | $0.00 |
| | | | | | $17,011.52 | $0.00 | | $50,373.19 | $0.00 | $0.00 | $66,695.54 | $0.00 | $10,421.17 | $34,355.39 | | $0.00 |
| Rick | Rick Fuller | | | | $22,307.14 | $0.00 | | $34,333.35 | $0.00 | $953.35 | $44,408.31 | $0.00 | $0.00 | $60,285.07 | $0.00 | $0.00 |
| Rick, James | Rick or Hacker | | | | | $0.00 | | $47,343.36 | $0.00 | $0.00 | $233,602.63 | $0.00 | $0.00 | | $0.00 | $11,311.74 |
| Allen Eric | X-man Wise | | | | | $0.00 | | | $0.00 | $0.00 | $16,937.95 | $0.00 | $0.00 | $48,201.01 | $4.44 | P |
| Terry | Terry Funk | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $287,738.78 | $0.00 | |
| Jeff | The Gunther | | $33,390.00 | | $31,300.00 | $0.00 | | $33,406.84 | $0.00 | $0.00 | $33,697.85 | $0.00 | $0.00 | | $0.00 | $0.00 |
| Adam | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $9,490.00 | $0.00 | $0.00 |
| A, James | Jerro Konchie Jueg Dreyrus | | | | | $0.00 | | | $0.00 | $0.00 | $18,516.19 | $0.00 | $0.00 | $62,041.71 | | |
| rd | Reuben Cruz | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| 1, Robert | Eddie Colbert | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| 1, Thomas | Boogie Knights | | $18,641.31 | | | $0.00 | | | $0.00 | $20,970.77 | $199,311.36 | $0.00 | $30,482.99 | $216,844.07 | | $8,051.19 |
| rrc Glenn | | | | | | | | | | | | | | | | |
| ing, Bill | Dupo JaPino | | $20,142.90 | | $116,820.46 | $0.00 | | $442,066.77 | $16,277.77 | $52,782.27 | $4,630,001.17 | $10,002.84 | $331,120.65 | $2,374,247.94 | $15,593.48 | $640,375.66 |
| gN, inc.) | | | | | | | | | | | | | | | | |
| 1, Jerry | Bunkhouse Buck | | $20,331.14 | | $11,000.00 | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| s, Joe | | | $30,617.01 | | $67,301.31 | $0.00 | | $43,702.34 | $0.00 | $0.00 | $1,300.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| s, Jose Guerra | Durinm | | $4,147.43 | | $44,014.63 | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $15,092.00 |
| era, Hernandes, de Anibel | Javestad Guerrera | | $4,390.32 | | $61,444.09 | $0.00 | | $111,083.11 | $0.00 | $16,330.00 | $133,448.41 | $3.31 | $27,696.47 | $99,748.74 | $0.13 | $1,144.34 |
| ss, Jorge | El Gigante | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Terry | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| n, Robert | Bobby Graham | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , George | One Man Gang | | $10,000.00 | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $14,852.04 | $0.00 | $0.00 |
| , Sam | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Johnny | | | | | $14,028.57 | $0.00 | | $31,102.27 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| e, Kevin | | | $116,000.00 | | $450,000.00 | $0.00 | | $290,000.00 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Peter | Billy Kidman | | $19,683.26 | | $38,740.98 | $0.00 | | $114,113.76 | $0.00 | $15,330.00 | $369,910.52 | $3.00 | $33,060.16 | $306,330.39 | $106.77 | $333,396.78 |
| rm Eduardo | Eddie Guerrero | | $101,625.39 | | $246,419.63 | $1.31 | $15,676.18 | $117,198.37 | $28.18 | $33,094.51 | $473,614.71 | $10.31 | $355,934.14 | $533,349.46 | $26.62 | $4,331.70 |

**EXHIBIT**

...DENTIAL

## Supplemental Response to Plaintiffs' Consolidated Fleet Interrogatories, Interrogatory No. 3

| Real Name | Ring Name | 1996 Payroll | 1996 Merch | 1996 Licensing | 1997 Payroll | 1997 Merch | 1991 Licensing | 1998 Payroll | 1998 Merch | 1998 Licensing | 1999 Payroll | 1999 Merch | 1999 Licensing | 2000 Payroll | 2000 Merch | 2000 Licensing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| rron, Salvador | Lieutenant Loco/ Chavo Guerrero Jr. | $48,073.00 | | | $84,766.99 | $0.00 | | $126,604.13 | $0.00 | $14,390.00 | $175,316.47 | $0.00 | $27,941.33 | $205,470.52 | ($11.06) | $2,564.12 |
| rrera, Oscar (aree Jac.) Emory akakann, Jac.) | Ray Mysterio, Jr. | $37,042.11 | | | $154,453.77 | $242.00 | | $205,043.82 | $365.18 | $24,137.44 | $355,337.70 | $402.71 | $31,733.64 | $354,120.49 | $1,212.62 | $7,656.76 |
| t, Sean | Sean O'Haire | | | | | $0.00 | | $2,500.00 | $0.00 | $0.00 | $52,278.88 | $0.00 | $0.00 | $67,504.22 | $0.00 | $0.00 |
| Scott (Scot Hall) rpoises) | Scott Hall/ Last Call Hall/ The Outsider | $379,299.49 | | | $666,947.71 | $3,511.33 | $1,027.31 | $1,373,724.73 | $4,490.76 | $44,366.04 | $771,733.94 | $19.39 | $78,349.91 | $74,884.59 / $811,334.45 | $31,315.07 | $41,724.15 |
| show, Tony | Ace | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| nch, Bret | | | | | | $0.00 | | $31,373.36 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| nch, Kirt | | | | | | $0.00 | | | $0.00 | $0.00 | $104,493.16 | $0.00 | $0.00 | | $0.00 | $0.00 |
| rch, Sina | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| n, Donald | Harris Boys Creative Control | | | | | $0.00 | | | $0.00 | $0.00 | $15,990.54 | $0.00 | $0.00 | $200,401.17 | | |
| 4, Ronald | Harris Boys Creative Control | | | | | $0.00 | | | $0.00 | $0.00 | $15,990.54 | $0.00 | $0.00 | $200,476.17 | $5.70 | $0.00 |
| s, Theodore | Kaz | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $17,995.09 | $5.70 | $0.00 |
| li | | | | | $47,343.35 | $0.00 | | $1,660,553.51 | $354.92 | $11,477.06 | $30,410.96 | $59.31 | $59,206.71 | $1,311,543.95 | $0.00 | $101,731.18 |
| urnabe, Sonja | | | | | | $0.00 | | | $0.00 | $0.00 | $1,560,888.09 | $59.31 | $0.00 | | $0.00 | $0.00 |
| uba, Kanuklan | lreg Dregios / Kaz | | | | | $0.00 | | $40,017.79 | $0.00 | $855.35 | $91,494.21 | $0.00 | $11,644.77 | $100,108.98 | | $2,584.12 |
| er, Michael | Prince Iaukea/ The Artist | $3,240.00 | | | $46,706.66 | | | $53,231.30 | $0.00 | $0.00 | $205,572.80 | $0.00 | $7,899.62 | $15,560.00 | ($1.06) | $2,518.00 |
| n, David | Road Warriors Hawk | $72,093.22 | | $59.19 | $7,200.00 | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | ($1.06) | $0.00 |
| rig, Jim | Ultimate Warrior | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |

1044406_9.XLS - Active

Supplemental Response to Plaintiffs' Consolidated First Interrogatories, Interrogatory No. 3

EXHIBIT

CONFIDENTIAL

| Real Name | Alias Name | 1994 Payroll | 1994 Merch | 1996 Licensing | 1997 Payroll | 1997 Merch | 1997 Licensing | 1998 Payroll | 1998 Merch | 1998 Licensing | 1999 Payroll | 1999 Merch | 1999 Licensing | 2000 Payroll | 2000 Merch | 2000 Licensing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n, Gregory Shane | Gregory Shane | | | | | $0.00 | | | $0.00 | | | $0.00 | | $57,723.96 | $3.52 | $0.00 |
| g, Curt | | | | | $205,497.05 | $0.00 | | $417,948.62 | $40.14 | $13,866.95 | $521,109.04 | $0.00 | $27,941.23 | $174,908.51 | ($1.03) | $3,554.65 |
| rh, Matt (Van ster Inc.) | Van Hammer | | | | $9,006.88 | $0.00 | | $131,224.00 | $0.00 | $0.00 | $119,332.66 | $0.00 | $27,132.00 | $90,862.99 | | $0.00 |
| almore, Richard | Vampiro | | | | | $0.00 | | $41,354.38 | | $0.00 | | | $0.00 | $280,552.82 | $0.00 | $0. |
| er, Harold | M. L. Smooth da Twist | $73,318.52 | | | $93,408.97 | $0.00 | | | $0.00 | | $81,063.57 | $0.00 | $0.00 | $1151,104.14 | $1,370.21 | $0. |
| wing, Barry | | | | | $11,934.14 | $0.00 | | $33,516.36 | $0.00 | $0.00 | $211,110.52 | $0.00 | $0.00 | $3,480.00 | $0.00 | $0.00 |
| wa, Booker T ster T, Inc.) | Harlem Heat Booker T | $151,621.90 | | $2,044.12 | $216,360.50 | $19.24 | $33.00 | $260,681.62 | $23.37 | $4,414.59 | $409,350.84 | $99.17 | $30,453.70 | $712,127.49 | $27.27 | $11,391.93 |
| ma, Lash | Harlem Heat Stevie Ray | $151,783.26 | | $7,044.32 | $235,480.45 | $30.90 | $33.00 | $261,233.07 | $33.39 | $2,973.19 | $409,350.84 | $98.14 | $22,013.77 | $204,804.90 | $7.94 | $4,317.78 |
| pr, Jonathan (Bull) | Johnny "The Bull" | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 |
| er, Jonathan | | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 |
| n, Curtis | Big Cat | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 |
| t, Gregory | | | | | | $0.00 | | $1,450.00 | | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Chris | Chris Jericho | $55,158.02 | | | $164,695.18 | $0.00 | | $224,368.12 | $27.41 | $4,021.48 | $114,439.54 | $232.23 | $53,666.33 | | $59.10 | $30,304.37 |
| , Robert Brad | Brad/Griffin Brad Armstrong | $54,349.73 | | | $88,107.48 | $0.00 | | $100,814.33 | $0.00 | $0.00 | $138,015.40 | $0.00 | $0.00 | $79,973.28 | | $0.00 |
| t, Scott | Scott Armstrong | $12,440.00 | | | $23,578.57 | $0.00 | | $23,780.37 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| h, Steve | Steve Armstrong | $12,740.00 | | | $21,628.57 | $0.00 | | $33,603.27 | $0.00 | $0.00 | $43,323.13 | $0.00 | $0.00 | $55,719.02 | | $0.00 |
| dy, Frederick | Harry Jannetty | | | | $10,674.18 | $0.00 | | $117,252.14 | $0.00 | $0.00 | $9,944.67 | $0.00 | $0.00 | | $0.00 | $0.00 |
| ol, Jeff (J.J. Inc.) | The Chosen One | $62,748.24 | | | $177,717.62 | $0.00 | $10,674.14 | | $0.00 | $0.00 | $74,433.05 | $0.00 | $0.00 | $335,621.17 | $4,350.00 | $0.00 |
| on, Mark Robert | Mark Jindrak | | | | | $0.00 | | $130.00 | $0.00 | $0.00 | $18,250.00 | $0.00 | $0.00 | $77,303.85 | | $0.00 |
| on, Allen | A.J. Styles | | | | | $0.00 | | $5,060.37 | $0.00 | $0.00 | $79,781.10 | $0.00 | $0.00 | $97,344.72 | $0.00 | $0.00 |
| s, Michael | Vincent | $27,010.04 | | | $109,403.71 | $0.00 | | $112,514.34 | $40.14 | $0.00 | $129,780.04 | $0.00 | $0.00 | $1,300.00 | $0.00 | $0.00 |
| | | | | | | | | $112,514.34 | | | | | $23,203.28 | $115,860.35 | $0.00 | $46.13 |

1544606_5.XLS - Active

Supplemental Response to Plaintiffs' Consolidated First Interrogatories, Interrogatory No. 3

EXHIBIT

| Real Name | Ring Name | 1996 Payroll | 1996 Merch. | 1996 Licensing | 1997 Payroll | 1997 Merch. | 1997 Licensing | 1998 Payroll | 1998 Merch. | 1998 Licensing | 1999 Payroll | 1999 Merch. | 1999 Licensing | 2000 Payroll | 2000 Merch. | 2000 Licensing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

EXHIBIT

CONFIDENTIAL

Supplemental Response to Plaintiffs' Consolidated First Interrogatories, Interrogatory No. 3

| Year Name | Rang Name | 1996 Payroll | 1996 Merch. | 1996 Licensing | 1997 Payroll | 1997 Merch. | 1997 Licensing | 1998 Payroll | 1998 Merch. | 1998 Licensing | 1999 Payroll | 1999 Merch. | 1999 Licensing | 2000 Payroll | 2000 Merch. | 2000 Licensing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark | John D. Bold | $84,826.14 | | $356.62 | $364.59 | $0.00 | $2,889.78 | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Brent | The Cut | $35,162.14 | | | $147,042.41 | $0.00 | | $47,519.45 | $27.41 | $0.00 | $104,221.66 | $0.00 | $10,041.40 | $341,440.54 | ($1.00) | $2,344.12 |
| Percy | Master P | | | | $0.00 | $0.00 | | $15,530.47 | $0.00 | $0.00 | $192,000.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| S. Chip | | $31,290.00 | | | $40,328.17 | $0.00 | | $40,274.42 | $0.00 | $0.00 | $159,321.10 | $0.00 | $0.00 | | $0.00 | $0.00 |
| H. James | | | | | $34,310.24 | $0.00 | | | $0.00 | $0.00 | $40,346.45 | $0.00 | $0.00 | | $0.00 | $0.00 |
| John Vandenburg | | | | | | $0.00 | | $14,606.43 | $0.00 | $0.00 | $44,280.11 | $0.00 | $43,514.19 | $44,473.13 | $0.00 | $0.00 |
| Mak | Dilenderfy Central | | | | $6,700.00 | $0.00 | | $18,630.00 | $0.00 | $0.00 | $31,140.92 | $0.00 | $0.00 | | $0.00 | $0.00 |
| S. Rahly | | $10,440.00 | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| bb. Linda | Lona Staccoli | | | | $17,453.86 | $0.00 | | $9,947.41 | $0.00 | $0.00 | | $0.00 | $0.00 | $47,841.47 | $0.00 | $0.00 |
| Kevin | Great Lose | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| eral Inc.) | The Ouchier/Big Sexy/ Verve Vegas | $354,261.37 | | | $722,575.77 | $3,310.75 | | $1,475,158.13 | $4,694.97 | $10,358.12 | $1,257,244.48 | $1,044.37 | $256,549.89 | $1,595,131.49 | $3,547.10 | $265,283.77 |
| al Jim | The Artell | | | | | $0.00 | | $317,933.48 | $0.00 | $3,456.85 | $4,101.33 | $0.00 | $28,366.51 | | $0.00 | $46.15 |
| John | | | | | $40,275.35 | $0.00 | | $122,300.30 | $0.00 | $0.00 | $31,895.21 | $0.00 | $0.00 | | $0.00 | $0.00 |
| Jr. Herman | Hardbody Harrism | $1,514.76 | | | $12,475.00 | $0.00 | | $1,625.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $29,733.43 | $0.00 | $0.00 |
| en. Kerie | | | | | $1,600.00 | $0.00 | | | $40.14 | $4,999.67 | $355,499.40 | $0.00 | $28,974.81 | $15,543.47 | ($1.00) | $2,344.12 |
| dava Sooo | | $195,228.02 | | | $222,747.14 | $0.00 | | $301,147.33 | $0.00 | $0.00 | | $0.00 | $0.00 | $14,765.76 | $0.00 | $0.00 |
| a. Michael | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Kamo (Super Sooey | $99,310.59 | | | $140,333.44 | $0.00 | | $319,533.95 | $0.00 | $3,103.94 | $184,969.34 | $0.00 | $14,784.49 | $11,150.99 | ($1.00) | $5,518.00 |
| Blue | | $5,733.42 | | | $4,411.46 | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $3,300.00 | $0.00 | $0.00 |
| K.) Jr. Phil | Carl | $45,977.26 | | | $91,953.02 | $0.00 | | | $0.00 | $0.00 | $36,150.96 | $0.00 | $0.00 | $111,033.54 | $0.00 | $0.00 |
| n. Charles | The Event Chaut | | | | | $0.00 | | $2,338.75 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Thomas C. | | | | | | $0.00 | | | $0.00 | $0.00 | $38,139.41 | $0.00 | $0.00 | $10,344.40 | $0.00 | $0.00 |
| tona Mikael Cretipe | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $15,795.00 |
| Adam J. | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |

1044006_1.XLS - Aerve

Supplemental Response to Plaintiffs' Consolidated First Interrogatories, Interrogatory No. 3

EXHIBIT

CONFIDENTIAL

| Real Name | Ring Name | 1996 Payroll | 1996 Merch | 1996 Licensing | 1997 Payroll | 1997 Merch | 1997 Licensing | 1998 Payroll | 1998 Merch | 1998 Licensing | 1999 Payroll | 1999 Merch | 1999 Licensing | 2000 Payroll | 2000 Merch | 2000 Licensing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Theodore J. | Flyboy Rocco Rock/ Public Enemy | $81,454.98 | $23.98 | | $199,842.31 | $201.79 | | $174,259.16 | $13.42 | $907.49 | $59,311.99 | $6.04 | $7,901.04 | | | $0.00 |
| Lawrence | The Total Package/Lex Luger | $443,992.79 | | | $701,773.33 | $3,131.58 | $11,201.44 | $791,289.29 | $575.48 | $59,999.82 | $1,231,704.74 | $12.43 | $50,181.77 | $1,526,054.47 | $0.00 | |
| m, Brian | Flyin Brian/ Brian California/ Brian | $70,810.49 | | $949.35 | | $0.00 | | | $0.00 | | | $0.00 | | | | $44.84 | $54.0* |
| a, Chris Alan | Sgt. Craig Pittman | $99,681.14 | $1.38 | | $70,411.04 | $29.34 | $17.92 | | $1.30 | $0.95 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Lenny | Lenny Potts | | | | $0.00 | $0.00 | | $4,312.27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | ($0.12) | $0.00 |
| Randy | Randy Savage/ Macho King/ Macho Man | $725,613.19 | $19,839.17 | | $1,920,170.25 | $1,079.43 | $6,462.20 | $1,543,679.78 | $4,074.72 | $23,937.73 | $1,416,463.66 | $257.31 | $219,606.74 | $142,267.07 | $0.00 | $180,515.83 |
| Steve iner (Rick Steiner dog) | Rick Steiner (Varsity Club) | $156,212.36 | | | $319,774.11 | $1.00 | $10,676.18 | $333,579.59 | $27.93 | $50.00 | $144,202.42 | $0.04 | $33,732.62 | $597,110.21 | $63.40 | $0.00 |
| iner, Scott | Big Poppa Pump | $156,212.34 | | | $329,965.79 | $1.59 | $10,676.18 | $311,260.25 | $27.94 | $13,676.19 | $663,348.94 | $379.17 | $34,982.87 | $731,069.14 | $1,568.99 | $23,453.51 |
| Butch | Butch | | | | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $119,390.26 |
| Ron | Ron Studd | $116,150.94 | | | $67,636.09 | $0.00 | | $67,279.18 | $0.00 | $0.00 | $0.00 | $0.00 | $116,310.00 | | $0.00 | $0.00 |
| John | Alshua | | | | | $0.00 | | $31,780.00 | $0.00 | $0.00 | $4,490.00 | $0.00 | $0.00 | $126,239.94 | $0.00 | $0.00 |
| a, Mark | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| a, Dennis | The Worm | | | | | $0.00 | | $500,000.00 | $0.00 | $0.00 | $1,174,411.55 | $0.00 | $0.00 | | $0.00 | $0.00 |
| Deni | Shark Boy | | | | | $0.00 | | | $0.00 | $0.00 | $34,143.53 | $0.00 | $0.00 | $457.99 | $0.00 | $0.00 |
| n, Sammy Lee | Kid Romeo | | | | | $0.00 | | | $0.00 | $0.00 | $325,480.31 | $0.00 | $0.00 | $34,431.95 | $0.00 | $0.00 |
| Richard Jeremiah | Rabit Rude | | | | | $0.00 | | $396,477.28 | $0.00 | $0.00 | $113,150.68 | $0.00 | $51,209.19 | $297,228.92 | $0.00 | $46.17 |
| Bird, [King] | | | | | | $0.00 | | $400.00 | $0.00 | $0.00 | $363,748.50 | $0.00 | $0.00 | $5,821.78 | $0.00 | $0.00 |
| d, Michael | Michael Wallstreet | $119,382.16 | | | $149,548.99 | $0.00 | | $157,431.84 | $0.00 | $0.00 | $162,305.04 | $0.00 | $0.00 | $131,175.48 | $0.00 | $0.00 |
| u, Jacques | | $46,007.34 | | | $92,517.33 | | | | $0.00 | $0.00 | | $0.00 | | | $0.00 | $0.00 |

10

104460_5,53.8 - Active

EXHIBIT

DENTIAL

## Supplemental Response to Plaintiffs' Consolidated First Interrogatories, Interrogatory No. 3

| Real Name | Ring Name | 1996 Payroll | 1996 Merch. | 1996 Licensing | 1997 Payroll | 1997 Merch. | 1997 Licensing | 1998 Payroll | 1998 Merch. | 1998 Licensing | 1999 Payroll | 1999 Merch. | 1999 Licensing | 2000 Payroll | 2000 Merch. | 2000 Licensing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| , Dustin | Dustin Rhodes | $194,402.42 | | | $163,685.24 | $0.00 | | $103,379.50 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Virgil | Dusty Rhodes | $1131,914.06 | | | $1181,685.24 | $0.00 | | | $0.00 | $0.00 | | $0.00 | $16,494.46 | | $0.00 | $0.00 |
| wich, Jerry | Jerry Sags/Nasty Boys | | $47.38 | | $1181,774.54 | $12.06 | $411.44 | | $0.39 | $0.00 | | $0.00 | $0.00 | | | |
| m, Brian | | $1,000.00 | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , RAHi | Davie Cato | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Michael R. | Above Average | | | | | $0.00 | | $3,249.00 | $0.00 | $0.00 | $20,944.95 | $0.00 | $0.00 | $70,441.05 | $0.00 | $0.00 |
| , Robert | | | | | | $0.00 | | | $0.00 | $0.00 | $1,709.59 | $0.00 | $0.00 | $45,543.85 | $0.00 | $0.00 |
| Koslaka | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Perry (Saturn, iso) | Saturn | | | | $31,780.81 | $0.00 | | $163,315.40 | $0.00 | $1,814.97 | $373,349.21 | $149.44 | $29,954.27 | $29,104.36 | | |
| , Charles | 2 Cold Scorpio | | | | | $0.00 | | $66,995.31 | $0.00 | $0.00 | $62,944.36 | $0.00 | $0.00 | $4,422.87 | $46.08 | $4,415.27 |
| , Mark | | | | | | $0.00 | | | $0.09 | $0.00 | | $0.09 | $0.00 | | $0.00 | $0.00 |
| , David | | | | | | $0.00 | | | $0.00 | $0.00 | $19,403.81 | $0.00 | $0.00 | $24,392.44 | $0.00 | $0.00 |
| amey , Lisa | Sonny Sakki | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Shelly Dean (Malenko Inc.) | Dean Malenko | $128,545.46 | | | $242,210.89 | $2.41 | $10,676.18 | $244,493.65 | $29.41 | $13,555.14 | $256,162.52 | $18.43 | $33,371.09 | $49,706.00 | | $7,017.56 |
| Ela Vichard | Poweritre Elia | | | | | $0.00 | | $1,348.00 | $0.00 | $0.00 | $29,137.34 | $0.00 | $0.00 | $74,404.26 | $26.72 | $7,017.56 |
| , Ronn | Dick Slater | $339,214.48 | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Norman | Bobby Blase | | | | $17,453.06 | $0.00 | | $64,876.72 | $0.00 | $0.00 | $45,320.26 | $0.00 | $0.00 | $7,835.61 | ($1.06) | $0.00 |
| | Sctraiman Norman/Black Magic | | | | | $0.00 | | | $0.00 | $0.00 | $100,849.62 | $0.00 | $0.00 | $172,821.49 | | |
| Mark David (Dillon ua) | Davie Boy Smith/British Bulldog | | | | $31,299.94 | $0.00 | | $361,597.75 | $0.00 | $1,793.35 | $65,995.35 | $0.00 | $35,780.19 | | $948.26 | $2,516.08 |
| Jason III., Charles | Christian York C.J. Spence | | | | | $0.00 | | | $0.00 | $0.00 | $12,243.15 | $0.00 | $0.00 | $3,395.59 | $0.00 | $309.88 |
| | | | | | | $0.00 | | | $0.00 | $0.00 | $19,536.18 | $0.00 | $0.00 | $12,718.57 | $0.00 | $0.00 |

104406_1XL1 - Active

EXHIBIT

Supplemental Response to Plaintiffs' Consolidated First Interrogatories, Interrogatory No. 3

| Ass't Name | Ring Name | 1996 Payroll | 1996 Merch. | 1997 Licensing | 1997 Payroll | 1997 Merch. | 1997 Licensing | 1998 Payroll | 1998 Merch. | 1996 Licensing | 1999 Payroll | 1999 Merch. | 1999 Licensing | 2000 Payroll | 2000 Merch. | 2000 Licensing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| , Daniel, E. | Dangerous Doug/Spicy |  |  |  | $0.00 |  |  | $0.00 |  |  | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| wai, Kamatli | High Voltage/Kwang Kurz | $16,342.40 |  |  | $0.00 |  | $88,644.04 |  | $0.00 | $1,443.44 | $130,943.95 | $0.00 | $161.50 | $19,093.58 | ($1,065) | $3,318.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  | $21,590.00 | $0.00 | $0.00 |
| , Hernan | Perfection |  |  |  | $0.00 |  |  | $0.00 | $0.00 | $0.00 | $54,127.36 | $0.00 | $0.00 | $11,544.74 | $0.00 | $0.00 |
| , Steven | Jakki |  |  |  | $0.00 |  |  | $0.00 | $0.00 | $0.00 |  | $0.00 | $0.00 | $58,531.76 | $0.00 | $0.00 |
| n, Oleg |  |  |  |  | $0.00 |  |  | $0.00 | $0.00 | $0.00 |  | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 |
| , Pit | El Gato | $45,156.00 |  |  | $41,378.07 |  |  | $47,449.59 | $0.00 | $0.00 | $111,879.75 | $0.00 | $22,356.81 | $103,567.15 | $0.00 | $0.00 |
| burn, Adolfo | LaPerka | $3,907.38 |  |  | $45,326.60 |  |  | $3,800.00 | $0.00 | $0.00 | $24,598.05 | $0.00 | $0.00 |  | ($1,066) | $3,318.70 |
| , William Chase |  |  |  |  | $0.00 |  |  | $14,653.16 | $0.00 | $0.00 | $114,134.13 | $0.00 | $0.00 | $11,201.17 | $0.00 | $0.00 |
| , Dave |  | $43,910.79 |  |  | $55,642.47 |  |  |  | $0.00 | $0.00 |  | $0.00 | $0.00 |  | $0.00 | $0.00 |
| , Paul W. | Terry Taylor | $144,299.10 |  |  | $134,055.78 |  |  |  | $0.00 | $0.00 |  | $0.00 | $0.00 |  | $0.00 | $0.00 |
| , John | Avalanche | $231,448.96 |  |  | $103,165.87 |  |  |  | $0.00 | $0.00 |  | $0.00 | $0.00 |  | $0.00 | $0.00 |
| on, Wayne | Thunderbolt |  |  |  |  |  |  |  | $0.00 | $0.00 | $30,090.41 | $0.00 | $0.00 |  | $0.00 | $0.00 |
| , Randy | Stevie |  |  |  |  |  |  |  | $0.00 | $0.00 | $12,062.50 | $0.00 | $0.00 |  | $0.00 | $0.00 |
| , Kevin |  |  |  |  |  |  |  |  | $0.00 | $0.00 | $8,046.71 | $0.00 | $0.00 |  | $0.00 | $0.00 |
| d, Roderick | Rowdy Roddy Piper | $185,205.55 |  |  | $641,378.12 |  |  | $468,078.90 | $0.00 | $1,732.38 | $646,771.18 | $0.00 | $31,634.56 | $432,894.12 |  |  |
| , Noodles, Inc. |  |  |  |  |  |  |  |  |  |  |  |  |  |  | $0.00 | $2,743.49 |
| , Dale | The Demon |  |  |  | $18,242.06 |  |  | $43,180.49 | $0.00 | $0.00 | $59,961.67 | $0.00 | $0.00 | $89,514.63 | $0.00 | $0.00 |
| r, Ray | Big Bubba Rogers | $202,938.13 |  |  | $204,398.16 |  | $10.76 | $214,042.46 | $3.07 | $0.00 |  | $0.00 | $0.00 |  | $0.00 | $0.00 |
| Michael Harry | Sgt. A-Wall / Tex Wall |  |  |  | $0.00 |  |  | $0.00 | $0.00 | $0.00 | $27,794.81 | $0.00 | $0.00 | $125,031.12 | $0.00 | $0.00 |
| , Joseph | Bastion Chavis Power | $11,544.47 |  |  | $149,544.93 |  |  | $163,409.16 | $0.00 | $0.00 | $57,133.18 | $0.00 | $27,132.03 | $44,940.64 | $0.00 | $0.00 |
| , Stuart | BarKevin |  |  |  | $0.11 |  |  | $105,409.16 | $0.00 | $0.00 | $169,044.52 | $0.00 | $0.00 |  | $0.00 | $0.00 |
| Khouone | Lron Sheik |  |  |  | $0.00 |  |  | $111,427.10 | $0.00 | $0.00 | $115,460.11 | $0.00 | $27,941.21 |  | $54.11 | $0.00 |
| cawt | Sick Boy |  |  |  | $54,602.03 |  |  | $110,081.17 | $0.00 | $0.00 |  | $0.00 | $0.00 |  | $0.00 | $0.00 |
| , Richard | Ric Martel |  |  |  | $43,328.60 |  |  | $144,260.83 | $0.00 | $0.00 | $100,391.03 | $0.00 | $0.00 |  | $0.00 | $0.00 |
| , Kevin | Kevin Kelly |  |  |  |  |  |  |  | $0.00 | $0.00 |  | $0.00 | $0.00 |  | $0.00 | $0.00 |

1064690_3,XLS - Active

**EXHIBIT**

**...DENTAL**

## Supplemental Response to Plaintiffs' Consolidated First Interrogatories, Interrogatory No. 3

| Real Name | Ring Name | 1996 Payroll | 1996 Merch. | 1996 Licensing | 1997 Payroll | 1997 Merch. | 1997 Licensing | 1998 Payroll | 1998 Merch. | 1998 Licensing | 1999 Payroll | 1999 Merch. | 1999 Licensing | 2000 Payroll | 2000 Merch. | 2000 Licensing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ...en, Bobby | Hardwork Bobby Walker | $150,012.32 | | | $94,671.49 | $0.00 | | $33,942.63 | $0.00 | $0.00 | $99,330.00 | $0.00 | $0.00 | $93,570.42 | $0.00 | $0.00 |
| ...man, Sean | Stux | $46,400.44 | | | $244,630.00 | $3,543.93 | $13,289.09 | $32,054.79 | $2,818.61 | $5,168.21 | | $0.00 | $3,476.17 | | $1.01 | $0.00 |
| ...on, John M. | Mikey Whipwreck | | | | | $0.00 | | $44,310.44 | $0.00 | $0.00 | $14,998.49 | $0.00 | $0.00 | | $0.00 | $0.00 |
| ...l, Erik Johanson | Erik Watts | | | | | $0.00 | | | $0.00 | $0.00 | $46,047.36 | $0.00 | $0.00 | | $0.00 | $0 |
| ...s, Robert | Colonel Parker | $71,314.43 | | | $19,356.07 | $0.00 | | $3900.00 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0 |
| ...en, Michael | Michael Wenner | $57,466.20 | | | $23,377.86 | $0.00 | | $33,416.05 | $0.00 | $0.00 | $26,889.93 | $0.00 | $0.00 | | $0.00 | $0.00 |
| ...s, Anthony | Tony Atlas | | | $563.85 | $4,701.35 | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| ...s, Leon | Vader or Big Van Vader | | | $10,163.16 | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| ...s, Reggie | Hunico | | | | $209,000.00 | $0.00 | | $12,676.71 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| ...r, Matthew | | | | | $54,715.01 | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| ...s, Paul (Blue Oz) | Quan | $214,401.18 | | | $113,644.26 | $1,107.92 | $11,080.63 | $399,930.29 | $543.43 | $46,622.61 | $53,735.75 | $0.19 | $92,736.10 | | ($0.53) | $60,748.75 |
| ...en, Steve | Steve Austin Stunning Armsdale | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $29,000.00 | $0.00 | $0.00 |
| ...in, Rick | Luther | $17,700.00 | | | | $0.00 | | | $0.00 | $0.00 | $10,484.41 | $0.00 | $0.00 | $10,109.00 | $0.00 | $0.00 |
| ...in, Stephen | | | | | | | | | | | $23,794.35 | | | | | |
| ...ann, Barry | Barry Windham | $849.31 | | | | $0.00 | | $64,394.12 | $0.00 | $0.00 | $318,054.31 | $0.00 | $0.00 | $39,315.07 | $0.00 | $0.00 |
| ...arry, (Kensil) | | $116,283.51 | | | $20,104.87 | $0.00 | | $71,123.46 | $0.00 | $0.00 | $375,611.06 | $0.00 | $0.00 | $391,211.04 | ($1.06) | $2,518.00 |
| ...d, Alex | Boogie Knight/Alex Wright | | | | $109,450.31 | $48.89 | | $234,446.23 | $29.99 | $3,307.64 | | $0.00 | $13,995.24 | | $0.00 | $0.00 |
| ...s, Chad | | $130,317.21 | | $47.36 | $189,622.79 | $13.00 | | | $0.14 | $0.01 | $167,402.25 | $0.03 | $0.00 | $3163,776.04 | ($0.17) | $2,361.13 |
| ...erma, Brian | Brian Knoble | | | | $11,903.93 | | | | $0.00 | $0.00 | $53,377.04 | $0.00 | $0.00 | | $0.00 | $0.00 |
| ...s, Brett | | | | | | $0.00 | | | $0.00 | $0.00 | $4,718.40 | $0.00 | $0.00 | $27,510.62 | $0.00 | $0.00 |
| ...James | Juni Dupree | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| ...Chris | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |

(044404_)GLA - archive

**Exhibit B**

## POWER PLANT TRAINEES

| REAL NAME | RING NAME |
|---|---|
| Allen, Steve | |
| Baum, Matthew B. | |
| Beach, Cameron | |
| Bernick, Brian Michael | Jet Jaguar |
| Bobic, Nikola | |
| Cain, Joseph Bradley | |
| Carr, Tony Byron | Corporal Cruel |
| Cornell, Rick | Nino, Reno |
| Craig, Twanta Maurice | |
| Daniel, Jason Matthew | J-Sin, New-sensation Jason |
| Davis, Marcial R. | Mercenary |
| Denson, Joseph (Joey) Frederick III | |
| Dixon, Rico | |
| Dorgan, Joe | Johnny Swinger |
| Dreer, William C. (Billy) | |
| Duong, Phap Minh | |
| Easterling, Darron Devon | |
| Endres, Troy | |
| Evans, Sean Charles | Shocker |
| Faqir, Rachid Daniel (Danny) | |
| Fliehr, David | David Flair |
| Forrester, Ryan | The Hearthrob |
| Fortune, Chad | |
| Funk, Allan Eric | Vytor, Triple A |
| James Gibson | |
| Greco, Sam | |
| Greene, John | Johnny Attitude |
| Groegler, Charles I. | |
| Guthrie, Mark | |
| Haire, Sean | Sean O'Haire |
| Hamner, Bret | |
| Hildreth, Mark | |
| Hogue, Harold | Ice Train |
| Hugger, Jonathan Martin | Johnny Blaze or Johnny Blade |
| Hunke, Gregory John | J T Greed |
| Jindrak, Mark | Mark Millenium |
| Jones, Allen | |
| Karagias, Evan | |
| Kellum, Rob | Artiste |
| Knapik, Robert J. | |
| Knox, Paul Lewis | Pierce Kage |
| Lee, Charles M. | |

## Exhibit B

| | |
|---|---|
| Le Flore, Wondell | The Judge |
| LeRoux, J. Mark | Lash LeRoux |
| Loewen, Robert S. | |
| Mally (O'Malley), Craig | Irish Invasion |
| Maria, David | Apache |
| Massengale, Jason | |
| Moore, Ken | |
| Nimmons, Michael Brady | Mike Nova |
| Norris, Harrison, Jr. | Hardbody Harrison |
| Northcutt, Kevin | |
| Oliveira, Stephen | |
| Palumbo, Charles (Chuck) R. | |
| Reis, Ron | |
| Roll, Dean | Shark Boy |
| Roman, Sam | Rick Romeo, Kid Romeo |
| Saengsiphan, Bounthan | |
| Sanders, Mike | |
| Sapp, Bob | |
| Siaki, Sonny | Hawaiian GQ |
| Skipper, Elix | T-Lock, Venom |
| Speight, Lester | Mighty Rasta |
| Strauss, Jacobus | Jakes |
| Tatum, W. Chase | |
| Thurber, Courtright | |
| Thurber, James | |
| Tilton, Kevin | The Engima |
| Tipton, Mark | |
| Torborg, Dale | |
| Tuite, Michael Jerry | |
| Walker, Charles Franklin | |
| Walker, J. Bradley, Sr. | |
| Watkins, Joe | Vic Violent |
| White, Curtis L. | Toad |
| Wiese, Matthew | |
| Wilson, Luther | |
| Worthen, William | William Worthy |
| Wright, Chris | C.W. |
| Wright, Wesley "Shane" | |
| Yokley, Brett | |
| Yun, James | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Walker v. World Championship Wrestling, Inc., Turner Sports,
    Inc. and Turner Broadcasting System, Inc., Civ. File No.
    1:00-CV-0367-CC
Onoo v. World Championship Wrestling, Inc., Turner Sports, Inc.
    and Turner Broadcasting System, Inc., Civ. File No. 1:00-
    CV-0368-CC
Norris v. World Championship Wrestling, Inc., Turner Sports,
    Inc. and Turner Broadcasting System, Inc., Civ. File No.
    1:00-CV-0369-CC
Easterling v. World Championship Wrestling, Inc. and Turner
    Sports, Inc. and Turner Broadcasting System, Inc., Civ.
    File No. 1:00-CV-1715-CC
Davis v. World Championship Wrestling, Inc. and Turner Sports,
    Inc. and Turner Broadcasting System, Inc., Civ. File No.
    1:00-CV-1716-CC
Worthen v. World Championship Wrestling, Inc. and Turner Sports,
    Inc. and Turner Broadcasting System, Inc., Civ. File No.
    1:00-CV-1717-CC
Speight v. World Championship Wrestling, Inc. and Turner Sports,
    Inc. and Turner Broadcasting System, Inc., Civ. File No.
    1:00-CV-1718-CC
Saengsiphan v. World Championship Wrestling, Inc. and Turner
    Sports, Inc. and Turner Broadcasting System, Inc., Civ.
    File No. 1:00-CV-1719-CC
Reeves v. World Championship Wrestling, Inc. and Turner Sports,
    Inc. and Turner Broadcasting System, Inc., Civ. File No.
    1:00-CV-1720-CC
Patterson v. World Championship Wrestling, Inc., Turner Sports,
    Inc., Turner Entertainment Group, Inc. and Turner
    Broadcasting System, Inc., Civ. File No. 1:01-CV-1152-CC

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of

*DEFENDANT UNIVERSAL WRESTLING CORPORATION'S SUPPLEMENTAL*

*RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST INTERROGATORIES TO*

*DEFENDANTS WORLD CHAMPIONSHIP WRESTLING, INC. AND TURNER SPORTS,*

*INC.* upon the interested parties by hand delivery, properly

addressed to:

Cary Ichter
Kelly Jean Beard
Charles Gernazian
Michelle M. Rothenberg-Williams
MEADOWS, ICHTER AND BOWERS, P.C.
Eight Piedmont Center, Suite 300
3525 Piedmont Road
Atlanta, GA  30305

This 10th day of October, 2002.

_____
Eric A. Richardson



# EXHIBIT / ATTACHMENT

$E$

**(To be scanned in place of tab)**

## AFFIDAVIT OF MOSES WILLIAMS

STATE OF GEORGIA
COUNTY OF FULTON

Personally appeared before the undersigned officer, duly authorized to administer oaths, Moses Williams, who, upon having been first duly sworn, deposed on oath and states:

1.

I worked for World Championship Wrestling ("WCW") in various capacities. I was initially hired as a stage carpenter in October, 1991, and worked as a stage coordinator when my employment was severed by WCW in March, 2001.

2.

In addition to the work that I did at WCW, I have extensive experience in stage production, and have worked on many large events. Among other clients, I have worked with entertainment groups such as the Rolling Stones and Michael Jackson. I was also involved in Farm Aid.

3.

Throughout the approximate nine and one-half years of working with WCW, I was always a very loyal and dedicated employee. I was extremely courteous to all personnel, and treated everyone with respect. I was also very respectful of managers and officials at WCW.

4.

Even though I was always very dedicated to WCW, I observed many actions that demonstrated a racial or ethnic bias against anybody who was not a Caucasian. I myself, am African-American. Although some of the WCW officials were more overt about their racial biases than others, I believe that there were many actions and decisions that were made based on a racial or ethnic bias.

5.

Over the years, I observed certain WCW officials make statements and take actions in order to protect the "good old boy" establishment. Unfortunately, the "good old boy" establishment was exclusively Caucasian. Also, in my experience, the favoritism and better treatment given to Caucasians over minorities was pervasive throughout WCW.

6.

During nine and a half years at WCW, WCW never had an African-American work in Security in any capacity. I even recommended some qualified persons for Security, but they were not hired. The decision-maker, Mr. Doug Dillinger, expressly stated that there would not be a black "security" person at WCW. True to his word, there never was an African-American hired to work in Security. As I indicate further in this affidavit, Mr. Dillinger made other statements showing his racial bias.

7.

Similarly, there was never an African-American hired to work in Lighting at WCW. The decision-maker was Frank Santoro. Mr. Santoro overlooked many qualified African-Americans. I personally recommended several qualified African-Americans directly to Mr. Santoro, but he did not hire an African-American person for Lighting.

8.

Similarly, Mr. Santoro was also responsible for hiring truck drivers for the WCW tractor-trailers. In the years I was with WCW, I only recall one African-American truck driver (female). She was involved in a minor incident, whereby she collided with a painted post (or similar fixture) and did a little damage to the truck. The truck had been leased, and I myself inspected the truck. I did not see any significant damage to the truck. The woman was crying as she told me that Frank Santoro fired her for the accident. I did not feel this was fair because I was aware of at least two Caucasian drivers who were involved in much more serious accidents, but were not fired. One Caucasian driver was involved in an accident in Nashville, Tennessee, whereby he took out a whole street light and the pole it was on. There was damage to side of truck, and the pole was destroyed. The police even came and took a report.

As to the other Caucasian driver, in Indiana, the driver lost control of the truck and it effectively destroyed the truck and the trailer.  But this Caucasian driver was not fired.

9.

WCW also never hired an African-American to work in Audio. Al Smith was the decision-maker for Audio.  I submitted many highly qualified African-Americans for his consideration, but he never hired an African-American for Audio.

10.

The Production Manager was William Byrd. As Production Manager, Mr. Byrd was ultimately responsible for Staging, Lighting, Audio, and Trucking.  He was the supervisor of Mr. Smith and Mr. Santoro.  I am aware that Mr. Byrd often asked if a prospective employee was Jewish.  If a prospective employee was Jewish, Mr. Byrd said to hire the individual.  I felt that this bias was unfair because many minorities were not Jewish. I also recall a statement Mr. Byrd made about the child of another WCW employee, Steve Small, who married an African-American woman.  Mr. Byrd stated, "Steve's kids will have problems in life because they are half black."

11.

Vince Russo often made statements demonstrating that he preferred Caucasian persons, especially Caucasian males, over other persons for WCW management and control.  I heard Vince Russo often refer to people as "blacks," "Japs," "spics" or "wetbacks."

12.

I heard Vince Russo make statements suggesting that "whites" were in control at WCW.  For example, I heard him say, "whites rule wrestling."  I also heard him say that it was a white man's sport and that "is why we don't have many black wrestlers." I also heard him say I am running things the way that I want and we are going to have a "white champion" because that's the way I want it.  Vince Russo made it clear that he did not want oriental persons, African-Americans, or Hispanics succeeding at WCW, much less gaining any position of management or control.

13.

Similarly, I heard Terry Taylor make statements demonstrating his racial and ethnic bias against persons who were not Caucasian.  Although he was somewhat careful around me, I have heard from other persons that he routinely used words such as "nigger."   I did, however, hear Terry Taylor express his desire to promote Caucasian wrestlers.  For example, I witnessed Mr. Taylor overtly "push" Caucasian wrestlers, but not "push" African-Americans.

14.

I also heard Terry Taylor make statements about his opinions of African-American fans.  I heard him say, "blacks don't buy wrestling tickets."

15.

In my experience, WCW officials such as Taylor and Russo treated Caucasians better than African-Americans, Hispanics, and Asian-Americans.  Based on my observation, non-Caucasians received a "B" treatment.  I use the term "B" treatment to indicate that minorities were not treated as favorably as Caucasians.

16.

I have personally observed WCW, through its employees and managers, treat minority wrestlers differently than Caucasian wrestlers.  For example, on numerous occasions, I observed WCW officials "push" a Caucasian wrestler over a non-Caucasian wrestler.  In wrestling terms, a wrestler is "pushed" when that wrestler is provided television exposure and/or is scripted to prevail in a particular match.  As it is well known in the industry, the WCW officials would write scripts as to which wrestler would prevail. On numerous occasions, I believe that the Caucasian wrestler was unnecessarily scripted to prevail over the African-American wrestler.

17.

For example, I recall a wrestling match between a wrestler named Stevie Ray (African-American), who was one of two members of the very successful Harlem Heat duo.  On that particular match, the Caucasian wrestler, David Flair, was scripted to prevail over Stevie Ray.  Although Stevie Ray had been extremely

successful in his participation with the Harlem Heat duo, and
although Stevie Ray was considered by myself and others a much
better athlete and performer than David Flair, David Flair was
scripted to prevail over Stevie Ray, nonetheless.  It is my
belief that this decision is one of the many times that
wrestling victories were scripted based on a racial bias.

18.

Similarly, David Flair was routinely scripted to prevail
over Ice Train (African-American) even though Ice Train was a
very strong and solidly built wrestler who was much bigger than
David Flair.  And on the one occasion when David was not
scripted to prevail, Ice Train effectively destroyed (and even
injured) David Flair.

19.

I also observed the treatment of an African-American
wrestler named "Hard Body" Norris.  I was told Hard Body was
referred to as a "dumb nigger."  I note that Hard Body was never
given any meaningful chance, and was never pushed.  Hard Body
was really badly treated.  A fan indicated that it seemed
puzzling that Hard Body was getting beaten so easily at WCW even
though he was winning the "Tough Man" Competition.  Another
"Tough Man" competitor, Tank Abbott (Caucasian) was pushed very
hard, and had great exposure.

20.

I recall another interesting event when a wrestler by the
name of Booker T was scheduled to wrestle Scott Steiner.  I
believe this was in the summer of 2000, and was a very big WCW
event.  Because it was a big event, I was very involved in the
stage production for that particular fight.

21.

I specifically recall everybody talking about the match,
and everyone stated that Scott Steiner (Caucasian) had been
scripted to win that match over Booker T (African-American).
Indeed, even during some of the stage preparations, it was a
known fact that Scott Steiner would be the world champion for
WCW by the end of the night.

22.

Even though Scott Steiner had been designated the world champion, I was informed before the match that there had been a change. I was informed that Booker T would become the champion instead of Scott Steiner. During my production work, I had my headsets on and I heard various conversations. During these conversations, I heard Vince Russo and Terry Taylor calling the shots. These two individuals made it known to the WCW workers that Booker T would be the champion that night, and not Scott Steiner.

23.

I was extremely surprised and taken back. In my experience, I had never witnessed a change of the designated winner so close before the match. Myself and many people all wondered what the reason was for the abrupt change in the scripted winner. We thought it was quite unusual, if not bizarre, to change the designated world champion on the day of the match. Even after the show, people were shocked at the abrupt change.

24.

I heard several WCW employees state that the reason for the abrupt change was a response to the racial allegations raised by wrestlers against WCW. These employees, recognizing that Booker T. was African-American, concluded that WCW officials such as Russo and Taylor made this move to conceal their racially discriminatory practices and to provide a defense to the lawsuits involving racial discrimination.

25.

Although I witnessed many discriminatory acts and statements, I did not personally raise any formal complaints. I am aware that another African-American, Pez Whatley, did vocalize his opposition to racially discriminatory practices that he perceived. I believe that Pez Whatley suffered retaliation for raising his concerns of racial issues and discrimination. For example, Pez Whatley was no longer pushed, was no longer involved in training as he had done before, and was essentially removed from wrestling and demoted to menial labor such as setting up the ring.

26.

In addition to discrimination against African-American wrestlers, I also believe that WCW has favored Caucasian wrestlers over Asian-American and Hispanic wrestlers.  I recall a particular group of Asian-American wrestlers known as the Young Dragons.  Although I felt that they had much to contribute to the wrestling entertainment, these individuals were never "pushed" or given any meaningful exposure.  I recall one match whereby the fans were overwhelmingly in favor of the Young Dragons over Three Count (all of whom were Caucasian).  Nevertheless, the Young Dragons were not pushed after this event, but WCW did continue to push Three Count.

27.

As to another individual Sonny Onoo, I believe that he was treated differently because he was not part of the "good old boys" network as I described earlier.  Sonny, an Asian-American, was never accepted and brought into the inner circle even though he was extremely knowledgeable about the wrestling industry, and was a very capable and hard working person.

28.

As to Sonny Onoo, I am now aware that Sonny Onoo was not a full time employee of WCW.  This surprises me because Sonny had an office, was listed on the extension list of WCW personnel, and contributed greatly to WCW.  In addition to serving in numerous capacities such as agent, entertainer, coordinator of talent, Sonny also translated for Hispanic and Asian wrestlers.

29.

Jimmy Hart's work was very similar to the work done by Sonny Onoo.  Similar to Sonny, he was responsible for recruiting and developing talent.  Although Jimmy didn't work as a translator, they essentially performed similar work.  Although I am not taking anything away from Jimmy Hart, I believe that Sonny was just as qualified (or even more so given his language skills) as Jimmy Hart.

30.

As to Asian-Americans, I also recall seeing a "Chinese menu," on the bulletin board at WCW.  This "Chinese menu" portrayed Chinese in a very negative manner.  This is one

example of the atmosphere at WCW, which tolerated and
perpetuated racial stereotypes and racial prejudices.

31.

As for me, I also believe that I was personally treated
differently because of my race when WCW hired Caucasians, and
paid them more compensation than I was receiving.

32.

As I indicated earlier, I have much experience in stage
production and am capable of performing every aspect of
preparing a stage event.  At one point, I was working as the
prop master, carpenter, stage manager, and performing any and
all other work for WCW.  Although I felt that I was being
overworked, and spread too thin, I did not complain and did what
was asked of me.

33.

I did become quite upset, however, when WCW hired
Caucasians to perform my tasks, but paid them even more than I
was making.  For example, WCW hired Trevor George, Art Shipley,
and Scott Stevens (all of whom are Caucasian) to work on the
props.  I believe that WCW paid each of these Caucasian
individuals more than what I was making even though they were
only doing one part of the job that I had done, and even though
they did not have nearly the extensive experience in stage
management and production. Similarly, WCW hired Ellis Edwards to
do the stunts and the props, and also paid him more than I was
making.  Again, I was much more qualified for the type of work
than Mr. Edwards, but I believe WCW paid him more than I was
paid.

34.

I believe that the manner in which WCW handled this
situation, and paid the Caucasian workers more money than I was
making was racially biased.

35.

As I indicated earlier, I did not confront the WCW
officials with my complaints about discrimination.  I heard from
several individuals that I was known as the "good nigger."  I
was basically told that because I did not make any waves, called

the Caucasian officials "Sir" and "Mr.," and because I did
everything that I was told, that I was considered "a good
nigger."

36.

In addition to the racial discrimination against WCW
wrestlers and employees, I also believe that WCW officials
discriminated against wrestling fans based on race.

37.

I previously addressed Doug Dillinger.  I also add that, on
numerous occasions, I observed Doug Dilinger, the chief of
security, provide promotional gifts and souvenirs to Caucasian
children, but did not treat African-American children the same.

38.

I was offended by Mr. Dillinger's flagrant favoritism
towards Caucasian kids.  I made my best effort to treat all of
the children the same, regardless of their race (although I did
go out of my way to take care of any children with apparent
handicaps).  As to Mr. Dillinger, I recall, during the O.J.
Simpson trial stating that "yes I used the "N word," and I will
use it again."  He then stated that it would not effect the way
he would act in the work place, but I believe that his actions
speak louder than his words.

39.

I recall Terry Taylor stating that they did not need to
"worry about spies or brothers; they just need to get to the
back of the line."  I believe that he was referring to African-
Americans, and any person who would raise complaints about the
treatment of African-Americans. He was indicating that they
would be put at the back of other persons seeking advancement at
WCW.

40.

As to Terry Taylor, I was told by another person that when WCW signed Hulk Hogan, that Terry Taylor stated that WCW was bringing in Hogan, and he didn't want any blacks on the show to take away from Hogan coming back into the limelight.  From my understanding, Taylor didn't want any black wrestlers to take away from his intended effect in bringing in Hogan.

I have read the above.  It is true and correct.

FURTHER THE AFFIANT SAYETH NOT.

_Moses Williams_
Moses Williams

Sworn to and Subscribed
Before me this **18th** day of
_February_, 2002.

_Jay Carol Schulz_
NOTARY PUBLIC
MY COMMISSION EXPIRES NOV. 13, 2002



# EXHIBIT / ATTACHMENT

## F

(To be scanned in place of tab)

# World Championship Wrestling
## Talent Database
## Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | | Additional Event Fees | | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|---|
| Abbott, David - Abbott, Tank<br>Contract-Wrestler | 03/17/1999 | 03/16/2002 | 1 Year Terms Mutual | Year<br>2<br>3 | Salary<br>$850,000.00<br>$650,000.00 | Event<br>All Events<br>All Events (2)<br>All TV events | Fee<br>$0<br>$0<br>$0 | 0 | 0 | 365 |
| Adams, Brian - Kronic - Brian Adams<br>Contract-Wrestler | 01/19/2000 | 01/18/2002 | 1 Year Terms Mutual | Year<br>1<br>2 | Salary<br>$175,000.00<br>$175,000.00 | Event<br>All Events | Fee<br>$2,000 Over 100 days per contract year. | 6 | 30 | 100 |
| Adams, Chiquita - Nitro Girl-Chiquita<br>Contract-Nitro Girl | 01/17/2000 | 01/18/2001 | Like Duration | Year<br>1 | Salary<br>$15,000.00 | Event<br>Non-TV/PR<br>All TV events<br>Valet/Physical | Fee<br>$250<br>$500<br>$500 | 1 | 30 | 365 |
| Alfonso, Michael - Awesome, Mike<br>Contract-Wrestler | 04/10/2000 | 04/09/2002 | No Rollover | Year<br>1<br>2 | Salary<br>$350,000.00<br>$350,000.00 | Event<br>House Nightly<br><br>PPV Bonus | Fee<br>$2,000 Year 1 ($2,000 in Year 2 also)<br>$3,000 Year 1 ($4,500 in Year 2) | 3 | 30 | 0 |
| An, Chae - Nitro Girl-Chae<br>Contract-Nitro Girl | 10/29/1999 | 10/25/2001 | No Rollover | Year<br>2<br>3 | Salary<br>$52,000.00<br>$52,000.00 | Event<br>Valet/Physical | Fee<br>$500 | 1 | 30 | 365 |
| Apisnoff, Charles - Konnag<br>Contract-Wrestler | 01/15/1999 | 01/14/2002 | 1 Year Terms Mutual | Year<br>2<br>3 | Salary<br>$570,000.00<br>$520,000.00 | | | 12 | 30 | 365 |
| Bagwell, Marcus - Bagwell, Marcus<br>Contract-Wrestler | 03/26/1998 | 03/25/2001 | No Rollover | Year<br>3 | Salary<br>$400,000.00 | | | 3 | 30 | 365 |

CONFIDENTIAL
X 001526

# World Championship Wrestling
## Talent Database
## Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | Additional Event Fees | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|
| **Bancale, Jennifer - Nitro Girl - Starr** <br> Contract-Nitro Girl | 03/13/2000 | 03/12/2001 | Like Duration | **Year  Salary** <br> 1  $15,000.00 | **Event  Fee** <br> Non-TV/PR  $250 <br> All TV events  $500 <br> Video/Physical  $500 | 1 | 30 | 365 |
| **Bellin, Melissa - Nitro Girl-Spice** <br> Contract-Nitro Girl | 10/26/1998 | 10/26/2001 | No Rollover | **Year  Salary** <br> 2  $52,000.00 <br> 3  $52,000.00 | **Event  Fee** <br> Video/Physical  $500 | 1 | 30 | 365 |
| **Benninghaus, Tom - Disorderly Conduct** <br> Contract-Wrestler | 09/21/1999 | 09/20/2002 | Like Duration | **Year  Salary** <br> 1  $60,000.00 <br> 2  $60,000.00 <br> 3  $60,000.00 | | 3 | 30 | 365 |
| **Bigelow, Scott C. - Bigelow, Bam Bam** <br> Contract-Wrestler | 07/06/1999 | 07/05/2002 | 1 Year Terms Mutual | **Year  Salary** <br> 1  $400,000.00 <br> 2  $425,000.00 <br> 3  $450,000.00 | | 0 | 90 | 200 |
| **Bollea, Michael Allan - Horace** <br> Contract-Wrestler | 12/07/1998 | 12/06/2001 | 1 Year Terms | **Year  Salary** <br> 2  $225,000.00 <br> 3  $250,000.00 | | 3 | 30 | 365 |
| **Bollea, Terry G. - Hogan, Hulk** <br> Contract-Wrestler <br> See contract. | 05/29/1998 | 05/28/2002 | | | | 0 | 0 | 365 |
| **Borden, Steven - Sting** <br> Contract-Wrestler | 01/02/1999 | 01/01/2002 | No Rollover | **Year  Salary** <br> 2  $1,500,000.00 <br> 3  $1,500,000.00 | **Event  Fee** <br> PPV Bonus  See contract <br> Signing Bonus  $100,000 | 0 | 0 | 175 |

CONFIDENTIAL
X 001527

# World Championship Wrestling
## Talent Database
## Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | | Additional Event Fees | | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|---|
| Bozman-Sanchez, Vanessa - Nitro Girl Tygress<br>Contract-Nitro Girl | 10/26/1998 | 10/25/2001 | No Rollover | Year<br>2<br>3 | Salary<br>$52,000.00<br>$52,000.00 | Event<br>Valet/Physical | Fee<br>$500 | 1 | 30 | 365 |
| Brenneman, William J. - Flynn, Jerry<br>Contract-Wrestler | 07/26/1999 | 07/23/2002 | Like Duration | Year<br>1<br>2<br>3 | Salary<br>$150,000.00<br>$150,000.00<br>$150,000.00 | | | 3 | 30 | 365 |
| Bruce, Dewayne - Power Plant-Sarge<br>Contract-Wrestler<br>Merchandise Agreement Only. | 09/01/1999 | 08/31/2001 | | | | | | 0 | 0 | 365 |
| Cain, Brad - Idol<br>Contract-Wrestler | 10/12/1998 | 10/11/2001 | 1 Year Terms | Year<br>2<br>3 | Salary<br>$110,000.00<br>$120,000.00 | | | 3 | 30 | 365 |
| Candido, Chris - Candido, Chris<br>Contract-Wrestler | 04/14/2000 | 04/13/2002 | Like Duration | Year<br>1<br>2 | Salary<br>$104,000.00<br>$104,000.00 | Event<br>All Events | Fee<br>$500  No fee for PR<br>days. | 3 | 90 | 0 |
| Carlson, Lanny - Lane<br>Contract-Wrestler<br>Contract was amended to increase pay effective 10/13/98. Pro-rated to shortened term. | 09/03/1998 | 09/02/2000 | 1 Year Terms | Year<br>3 | Salary<br>$110,000.00 | | | 3 | 30 | 365 |
| Castellance Torres, Dionicio - Psychosis<br>Contract-Wrestler | 10/06/1998 | 10/05/2000 | 1 Year Terms | Year<br>2 | Salary<br>$180,000.00 | | | 3 | 30 | 365 |

CONFIDENTIAL
X 001528

05/23/00 9:42 am

# World Championship Wrestling
## Talent Database
## Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | | Additional Event Fees | | | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Clark, Emmett Bryan - Kronic - Bryan Clark** | 01/01/2000 | 12/31/2001 | 1 Year Terms Mutual | **Year** 1 2 | **Salary** $175,000.00 $175,000.00 | **Event** All Events | | **Fee** $2,000 Over 100 per year. | 6 | 30 | 100 |
| Contract-Wrestler | | | | | | | | | | | |
| **Cormier, Leonce - Burke, Leo** | 03/27/1998 | | | **Year** 1 | **Salary** $28,071.43 | | | | 1 | 30 | 365 |
| Other | | | | | | | | | | | |
| **Cornell, Richard A. - Cornell, Rick** | 05/19/1999 | 05/18/2002 | Like Duration | **Year** 1 2 3 | **Salary** $33,800.00 $33,800.00 $33,800.00 | | | | 1 | 14 | 365 |
| Contract-Trainee | | | | | | | | | | | |
| **Cornell, Daniel C. - Daniels, Chris** | 03/01/2000 | 02/28/2002 | Like Duration | **Year** 1 2 | **Salary** $75,000.00 $75,000.00 | | | | 3 | 30 | 365 |
| Contract-Wrestler | | | | | | | | | | | |
| **Cutufello, Clare M. - Nitro Girl-Payton** | 09/01/1999 | 08/31/2002 | Like Duration | **Year** 1 2 3 | **Salary** $15,000.00 $15,000.00 $15,000.00 | **Event** Non-TV/PR All TV events | | **Fee** $250 $500 | 1 | 30 | 365 |
| Contract-Nitro Girl | | | | | | | | | | | |
| **Dellinger, Doug - Security Director-Doug Dellinger** | 11/01/1998 | 10/31/2000 | | | | | | | 0 | 0 | 365 |
| Contract-Other | | | | | | | | | | | |
| Merch. Agreement Only | | | | | | | | | | | |
| **Demott, William C./Bill - Captain Rection** | 01/01/1999 | 12/31/2001 | 1 Year Terms Mutual | **Year** 2 3 | **Salary** $250,000.00 $250,000.00 | | | | 3 | 30 | 365 |
| Contract-Wrestler | | | | | | | | | | | |

CONFIDENTIAL
X 001529

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | Additional Event Fees | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|
| Diaz-Mendoza, Raymundo - Villano V<br>Contract-Wrestler | 10/05/1998 | 10/05/2000 | 1 Year Terms | Year 2 $100,000.00 | | 3 | 30 | 365 |
| Diaz-Mendoza, Tomas - Villano IV<br>Contract-Wrestler | 10/05/1998 | 10/05/2000 | 1 Year Terms | Year 2 $100,000.00 | | 3 | 30 | 365 |
| Duggan, James E. - Duggan, Hacksaw Jim<br>Contract-Wrestler | 09/01/1999 | 08/31/2001 | No Rollover | Year 1 $175,000.00<br>Year 2 $175,000.00 | | 3 | 30 | 365 |
| Endres, Troy A. - Endres, Troy<br>Contract-Trainee | 04/03/2000 | 04/02/2002 | Like Duration | Year 1 $31,200.00 | | 1 | 14 | 0 |
| Eudy, Sidney R. - Vicious, Sid<br>Contract-Wrestler | 06/09/1999 | 06/08/2002 | No Rollover | Year 1 $800,000.00<br>Year 2 $850,000.00<br>Year 3 $600,000.00 | Event — Fee<br>PPV Bonus $50,000 (Year 1)<br>Yr. 2 PPV Bonu $55,000 (Year 2)<br>Yr. 3 PPV Bonu $60,000 (Year 3) | 12 | 90 | 180 |
| Falkinburg, Kimberly Lynne - Kimberly<br>Contract-Wrestler | 02/01/2000 | 02/01/2002 | No Rollover | Year 1 $200,000.00<br>Year 2 $200,000.00 | Event — Fee<br>All Events $1,000 Includes PR appearances. | 0 | 0 | 125 |
| Falkinburg, Page - Page, Diamond Dallas<br>Contract-Wrestler | 02/02/1999 | 02/01/2002 | No Rollover | Year 1 $1,150,000.00<br>Year 2 $1,250,000.00<br>Year 3 $1,350,000.00 | Event — Fee<br>Signing Bonus $150,000 | 0 | 0 | 150 |

CONFIDENTIAL
X 001530

# World Championship Wrestling
## Talent Database
## Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | Additional Event Fees | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|
| Faqir, Rachid Daniel - Faqir, Danny / Contract-Wrestler | 06/21/1999 | 06/20/2002 | Like Duration | Year — Salary<br>1 $75,000.00<br>2 $75,000.00<br>3 $75,000.00 | | 3 | 30 | 365 |
| Farmer, Jeff - NWO Sting / Contract-Wrestler | 06/15/1999 | 06/15/2000 | 1 Year Terms | Year — Salary<br>2 $150,000.00 | | 3 | 30 | 365 |
| Fifita, Tonga - Meng / Contract-Wrestler | 08/01/1999 | 07/31/2000 | New Deal Pending | Year — Salary<br>2 $180,000.00 | | 3 | 30 | 365 |
| Finley, David - Finlay, Fit / Contract-Wrestler | 11/16/1998 | 11/15/2001 | 1 Year Terms | Year — Salary<br>1 $250,000.00<br>2 $250,000.00<br>3 $250,000.00 | | 3 | 30 | 365 |
| Flehr, David - Flair, David / Contract-Wrestler | 11/29/1998 | 11/28/2001 | No Rollover | Year — Salary<br>1 $125,000.00<br>2 $150,000.00 | Event — Fee<br>PPV Bonus $1,000 | 3 | 30 | 365 |
| Flehr, Richard - Flair, Ric / Contract-Wrestler | 02/16/2000 | 02/15/2003 | No Rollover | Year — Salary<br>2 $500,000.00<br>3 $500,000.00<br>1 $500,000.00 | Event — Fee<br>House Nightly $4,000<br>All TV events $5,000<br>PPV Bonus $12,500<br>Performance Bo $0 See contract.<br>PR Appearance $0 See contract. | 0 | 0 | |

See contract for maximum days.

CONFIDENTIAL
X 001531

05/23/00 9:42 am

# World Championship Wrestling
## Talent Database
## Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Amount Salary | Additional Event Fees | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|
| Ford, Christopher M./Chris - Crowbar<br>Contract-Wrestler | 07/12/1999 | 07/11/2002 | Like Duration | **Year Salary**<br>1 $75,000.00<br>2 $75,000.00<br>3 $75,000.00 | | 3 | 30 | 365 |
| Fries-Gutierrez, Roberto - Los Fabulosos - El Dandy<br>Contract-Wrestler | 10/06/1998 | 10/05/2000 | 1 Year Terms | **Year Salary**<br>2 $100,000.00 | | 3 | 30 | 365 |
| Fuller, Rick - Fuller, Rick<br>Contract-Wrestler | 09/14/1998 | 09/13/2000 | 1 Year Terms | **Year Salary**<br>2 $85,000.00 | | 3 | 30 | 365 |
| Funk, Allan Eric - Funk, Allan<br>Contract-Trainee | 04/19/1999 | 04/18/2000 | Like Duration (2 Terms) | **Year Salary**<br>1 $31,200.00 | | 1 | 14 | 365 |
| Funk, Terry - Funk, Terry<br>Contract-Wrestler | 01/03/2000 | 07/04/2000 | No Rollover | | **Event Fee**<br>All Events $4,000<br>PPV Bonus $4,000 | 0 | 0 | 365 |
| Gilberdi, Glenn - Disco Inferno<br>Contract-Wrestler | 03/08/1999 | 03/07/2002 | Like Duration | **Year Salary**<br>1 $300,000.00<br>2 $300,000.00<br>3 $350,000.00 | | 3 | 30 | 365 |
| Goldberg, Bill - Goldberg<br>Contract-Wrestler | 07/01/1998 | 06/30/2003 | No Rollover | **Year Salary**<br>1 $2,500,000.00<br>2 $2,500,000.00<br>3 $2,500,000.00<br>4 $3,500,000.00 | **Event Fee**<br>Signing Bonus $0 | 0 | 0 | 175 |
| See contract for PPV bonus. | | | | | | | | |

CONFIDENTIAL<br>X 001532

05/23/00 9:42 am

# World Championship Wrestling
## Talent Database
## Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | | Additional Event Fees | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|
| Gonzales-Hernandez, Eduardo Anibal - Guerrera, Juventud<br>Contract-Wrestler | 10/09/1998 | 10/05/2000 | 1 Year Terms | Year<br>2 | Salary<br>$200,000.00 | | 3 | 30 | 365 |
| Gonzalez-Barron, Cesar - Los Fabulosos - Silver King<br>Contract-Wrestler | 10/09/1998 | 10/05/2000 | 1 Year Terms | Year<br>2 | Salary<br>$120,000.00 | | 3 | 30 | 365 |
| Greenwald, Nora - Mona<br>Contract-Wrestler | 09/08/1999 | 09/05/2001 | Like Duration | Year<br>1<br>2 | Salary<br>$105,000.00<br>$130,000.00 | | 3 | 30 | 365 |
| Gruner, Peter - Kidman, Billy<br>Contract-Wrestler<br><br>Year 4 salary pro-rated to shortened term. | 02/22/1998 | 08/21/2002 | No Rollover | Year<br>2<br>3<br>4 | Salary<br>$300,000.00<br>$325,000.00<br>$325,000.00 | | 12 | 90 | 365 |
| Guerrero, Salvador - Lieutenant Loco<br>Contract-Wrestler | 08/01/1998 | 09/31/2001 | 1 Year Terms | Year<br>2<br>3 | Salary<br>$185,000.00<br>$225,000.00 | | 3 | 30 | 365 |
| Gutierrez, Oscar - Mysterio, Rey Jr.<br>Contract-Wrestler | 01/01/1999 | 12/31/2001 | 1 Year<br>Terms Mutual | Year<br>2<br>3 | Salary<br>$400,000.00<br>$425,000.00 | | 0 | 0 | 180 |
| Hall, Emory - Hall<br>Contract-Wrestler | 04/01/1999 | 03/31/2001 | Like Duration | Year<br>1<br>2 | Salary<br>$85,000.00<br>$85,000.00 | | 3 | 30 | 365 |

CONFIDENTIAL
X 001533

# World Championship Wrestling
## Talent Database
## Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | | Additional Event Fees | | | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hains, Sean - Sean Hains<br>Contract-Trainee | 1/05/1999 | 11/07/2001 | Like Duration | **Salary**<br>Year 1<br>2 | $31,200.00<br>$31,200.00 | | | | 1 | 14 | 365 |
| Haft, Scott - Haft, Scott<br>Contract-Wrestler | 0101/1997 | 12/31/2001 | No Rollover | **Salary**<br>Year 4<br>5 | $1,450,000.00<br>$1,625,000.00 | | | | 0 | 0 | 180 |
| Hamilton, Jr., Joe - Referee-Nick Patrick<br>Contract-Retiree | 08/03/1999 | 08/02/2000 | 1 Year Terms | **Salary**<br>Year 2 | $90,000.00 | | | | 3 | 30 | 365 |
| Harris, Donald - Harris Boys - Don<br>Contract-Wrestler | 10/25/1998 | 10/24/2001 | Like Duration | **Salary**<br>Year 1<br>2 | $130,000.00<br>$130,000.00 | **Event**<br>All Events | **Fee**<br>$1,500 | Over 75 days<br>Year 1. Over<br>100 days Year<br>2. | 3 | 30 | 75 |
| Harris, Ronald - Harris Boys - Ron<br>Contract-Wrestler | 10/25/1998 | 10/24/2001 | Like Duration | **Salary**<br>Year 1<br>2 | $130,000.00<br>$130,000.00 | **Event**<br>All Events | **Fee**<br>$1,500 | Over 75 days<br>Year 1. Over<br>100 days Year<br>2. | 3 | 30 | 75 |
| Hart, Bret - Hart, Bret<br>Contract-Wrestler | 12/01/1997 | 11/30/2002 | No Rollover | **Salary**<br>Year 3<br>4<br>5 | $2,500,000.00<br>$2,500,000.00<br>$2,500,000.00 | **Event**<br>All Events<br>Bonus | **Fee**<br>$8,500<br>$100,000 | Over 125 days<br>Reimbursement<br>for disability<br>up to $100k. | 0 | 0 | 180 |
| Hayashi, Kazuhiro - Jung Dragons - Kaz<br>Contract-Wrestler | 01/11/1999 | 07/18/2001 | 1 Year Terms | **Salary**<br>Year 2 | $100,000.00 | | | | 3 | 30 | 365 |

CONFIDENTIAL
X 001534

# World Championship Wrestling
## Talent Database
## Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | Additional Event Fees | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|
| Haynes, Michael - Artist formerly known as Prince Iaukea, Contract-Wrestler | 01/01/1999 | 12/31/2000 | 1 Year Terms | Year 2 — Salary $104,000.00 | | 3 | 30 | 365 |
| Helms, Gregory Shane - 3 Count (Shane), Contract-Wrestler | 05/17/1999 | 12/31/2001 | Like Duration | Year 1 $45,000.00 / 2 $75,000.00 / 3 $75,000.00 | Event: All Events — Fee $1,000 Over 100 days from Jan. 1, 2000 forward. | 3 | 30 | 100 |
| Hennig, Curt - Hennig, Curt, Contract-Wrestler | 06/30/1997 | 05/29/2000 | No Rollover | Year 3 — Salary $420,000.00 | | 0 | 0 | 175 |
| Hodgkinson, Richard Ian - Vampiro, Contract-Wrestler | 11/16/1999 | 02/10/2003 | No Rollover | Year 1 $250,000.00 / 2 $275,000.00 / 3 $300,000.00 | Event: All Events — Fee $1,300 2/1/00-2/10/01; All Events (2) $1,500 2/1/01-2/1/02 (excludes PPVs); All Events (3) $1,800 2/1/02-2/1/03 (excludes PPVs); PPV Bonus $4,000 For all PPVs effective as of 2/1/00. | 3 | 30 | 365 |
| Hogue, Harold - Ice Train, Contract-Wrestler | 05/25/1999 | 05/25/2002 | Like Duration | Year 1 $150,000.00 / 2 $200,000.00 / 3 $250,000.00 | | 3 | 30 | 365 |

CONFIDENTIAL
X 001535

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | | Additional Event Fees | | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|---|
| **Huffman, Booker T. - Booker T**<br>Contract-Wrestler | 02/01/1999 | 01/31/2002 | Like Duration | **Year**<br>2<br>3 | **Salary**<br>$700,000.00<br>$750,000.00 | | | 12 | 90 | 365 |
| **Huffman, Lash - Harlem Heat - Stevie Ray**<br>Contract-Wrestler | 02/01/2000 | 01/31/2003 | Like Duration | **Year**<br>1<br>2<br>3 | **Salary**<br>$240,000.00<br>$240,000.00<br>$240,000.00 | **Event**<br>All Events | **Fee**<br>$2,000 Over 80 days. | 6 | 90 | 80 |
| **Hugger, Jonathan - Johnny The Bull**<br>Contract-Wrestler | 12/18/1999 | 12/15/2001 | Like Duration | **Year**<br>1<br>2 | **Salary**<br>$75,000.00<br>$75,000.00 | **Event**<br>All Events | **Fee**<br>$1,000 Over 100 days per year. | 3 | 30 | 100 |
| **Hulette, Elizabeth Ann - Elizabeth**<br>Contract-Wrestler | 01/22/1997 | 01/21/2001 | R | **Year**<br>4 | **Salary**<br>$150,000.00 | | | 3 | 30 | 365 |
| **James, Robert Brad - Buzzkill**<br>Contract-Wrestler | 08/03/1998 | 08/02/2000 | 1 Year Terms | **Year**<br>2 | **Salary**<br>$125,000.00 | | | 3 | 30 | 365 |
| **James, Scott - Armstrong, Scott**<br>Contract-Wrestler | 05/01/1999 | 04/30/2001 | 1 Year Terms | **Year**<br>1 | **Salary**<br>$52,142.86 | | | 3 | 30 | 365 |

CONFIDENTIAL
X 001536

# World Championship Wrestling
## Talent Database
## Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | Additional Event Fees | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|
| Jarrett, Jeff - Jarrett, Jeff<br>Contract-Wrestler | 10/18/1999 | 10/17/2002 | No Rollover | **Year   Salary**<br>1   $275,000.00<br>2   $300,000.00<br>3   $325,000.00 | **Event   Fee**<br>All Events   $2,500   Over 115 days.<br>Increases after 185 days.<br>All Events (2)   $3,000   Over 185 days. Must be approved by Jarrett.<br>PPV Bonus   $7,500<br>Signing Bonus   $30,000 | 12 | 30 | 115 |
| Jindrak, Mark Robert - Jindrak, Mark<br>Contract-Trainee | 04/19/1999 | 04/18/2000 | Like Duration (2 Terms) | **Year   Salary**<br>1   $39,000.00 | | 1 | 14 | 365 |
| Jones, Michael - Jones, Mike<br>Contract-Wrestler | 03/23/1999 | 03/22/2002 | 1 Year Terms | **Year   Salary**<br>1   $150,000.00<br>2   $150,000.00<br>3   $175,000.00 | | 3 | 30 | 365 |
| Karagias, Evan - Karagias, Evan<br>Contract-Wrestler | 06/14/1998 | 12/31/2001 | Like Duration | **Year   Salary**<br>1   $85,000.00<br>2   $85,000.00<br>3   $85,000.00 | **Event   Fee**<br>All Events   $1,000   Over 100 days. | 3 | 30 | 100 |
| *Increase 3/1/00. Pro-rated to shortened term.* | | | | | | | | |
| Keibler, Stacy - Ms. Hancock<br>Contract-Nitro Girl | 11/15/1999 | 11/14/2000 | Like Duration | **Year   Salary**<br>1   $15,000.00 | **Event   Fee**<br>Non-TV/PR   $250<br>All TV events   $500<br>Valet/Physical   $500 | 1 | 30 | 365 |
| Kousaritis, Chris - Kanyon<br>Contract-Wrestler | 04/24/1998 | 04/23/2001 | 1 Year Terms | **Year   Salary**<br>2   $240,000.00 | | 3 | 30 | 365 |

CONFIDENTIAL
X 001537

05/23/00 9:42 am

# World Championship Wrestling
## Talent Database
## Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | | Additional Event Fees | | | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Laurn, Kristina - Meow, Lela**<br>Contract-Other | 12/17/1999 | 12/16/2001 | Like Duration | **Year** | **Salary** | **Event** | | **Fee** | 1 | 30 | 365 |
| | | | | 1 | $26,000.00 | All Events | | $500 | | | |
| | | | | 2 | $26,000.00 | | | | | | |
| **LeRoux, Mark - Corporal Cajun**<br>Contract-Wrestler | 06/21/1999 | 06/20/2002 | Like Duration | **Year** | **Salary** | | | | 3 | 30 | 365 |
| | | | | 1 | $75,000.00 | | | | | | |
| | | | | 2 | $100,000.00 | | | | | | |
| | | | | 3 | $150,000.00 | | | | | | |
| **Lo Grasso, Vito - Big Vito**<br>Contract-Wrestler | 11/22/1999 | 11/21/2002 | Like Duration | **Year** | **Salary** | **Event** | | **Fee** | 3 | 30 | 100 |
| | | | | 1 | $120,000.00 | Signing Bonus | $12,000 | Due 15 days after contract execution. | | | |
| | | | | 2 | $130,000.00 | PPV Bonus | $1,000 | Regardless of number of days worked. | | | |
| | | | | 3 | $130,000.00 | All Events | $1,250 | Over 100 days. | | | |
| **Macklin, Carmel - Nitro Girl - Chameleon**<br>Contract-Nitro Girl | 6/20/1999 | 12/19/2000 | Like Duration | **Year** | **Salary** | **Event** | | **Fee** | 1 | 30 | 365 |
| | | | | 1 | $15,000.00 | TV Nightly | | $500 | | | |
| | | | | | | Non-TV/PR | | $250 | | | |
| | | | | | | Valet/Physical | | $500 | | | |
| **Martin, Troy - "The Franchise" Shane Douglas**<br>Contract-Wrestler | 04/10/2000 | 04/09/2002 | No Rollover | **Year** | **Salary** | **Event** | | **Fee** | 0 | 0 | 15 |
| | | | | 1 | $350,000.00 | House Nightly | $1,750 | Year 1 ($2,000 in Year 2). | | | |
| | | | | 2 | $375,000.00 | PPV Bonus | $2,500 | Year 1 ($2,750 in Year 2). | | | |

Max. 15 days PER MONTH.

CONFIDENTIAL
X 001538

05/23/00 9:42 am

# World Championship Wrestling
## Talent Database
## Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | | Additional Event Fees | | | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| McNeill, Shannon - Nitro Girl - Baby Contract-Nitro Girl | 12/20/1999 | 12/19/2000 | Like Duration | Year 1 | Salary $15,000.00 | Event All TV events Non-TV/PR Valet/Physical | | Fee $500 $250 $500 | 1 | 30 | 365 |
| Micall-Blackman, Deborah - Medusa Contract-Wrestler | 04/17/1999 | 04/16/2001 | Like Duration | Year 1 2 | Salary $150,000.00 $150,000.00 | | | | 3 | 30 | 365 |
| Miller, Ernest - The Cat Contract-Wrestler | 02/01/1999 | 01/31/2002 | 1 Year Terms | Year 2 3 | Salary $400,000.00 $450,000.00 | | | | 0 | 0 | 365 |
| Moore, Shannon - 3 Count (Shannon) Contract-Wrestler | 05/17/1999 | 12/31/2001 | Like Duration | Year 1 2 3 | Salary $45,000.00 $75,000.00 $75,000.00 | Event All Events | | Fee $1,000  Over 100 days, starting Jan. 1, 2000 forward. | 3 | 30 | 365 |
| Year 3 pro-rated to the shortened term. | | | | | | | | | | | |
| Moran, Mike - Disorderly Conduct Contract-Wrestler | 06/21/1999 | 06/20/2002 | Like Duration | Year 1 2 3 | Salary $60,000.00 $80,000.00 $80,000.00 | | | | 3 | 30 | 365 |
| Nash, Kevin - Nash, Kevin Contract-Wrestler | 01/01/1997 | 12/31/2001 | No Rollover | Year 4 5 | Salary $1,450,000.00 $1,625,000.00 | Event Booking service | | Fee $200,000  1/1/98-12/31/01 | 0 | 0 | 180 |

CONFIDENTIAL
X 001539

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | Additional Event Fees | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|
| Palumbo, Charles R. - Palumbo, Charles<br>Contract-Trainee | 04/19/1999 | 04/18/2000 | Like Duration (2 Terms) | Salary<br>Year 1 $39,000.00 | | 1 | 14 | 365 |
| Pfau, Allison - Nitro Girl - Syren<br>Contract-Nitro Girl | 04/24/2000 | 04/23/2001 | Like Duration | Salary<br>Year 1 $15,000.00 | Event All TV events / Non-TV/PR / Valet/Physical — Fee $500 / $250 / $500 | 30 | 30 | 0 |
| Pfohl, Lawrence - The Total Package<br>Contract-Wrestler | 04/14/1999 | 04/13/2002 | No Rollover | Salary<br>Year 1 $1,200,000.00<br>Year 2 $1,400,000.00<br>Year 3 $1,600,000.00 | Event Signing Bonus — Fee $250,000 | 0 | 0 | 175 |
| Rechsteiner, Robert - Steiner, Rick (Varsity Club)<br>Contract-Wrestler | 12/01/1998 | 11/30/2001 | No Rollover | Salary<br>Year 2 $750,000.00<br>Year 3 $750,000.00 | | 0 | 0 | 180 |
| Rechsteiner, Scott - Steiner, Scott<br>Contract-Wrestler | 12/01/1998 | 11/30/2001 | No Rollover | Salary<br>Year 2 $750,000.00<br>Year 3 $750,000.00 | Event Performance Bo — Fee $90,000 For 1999 | 0 | 0 | 180 |
| Riker, John - Ralphus<br>Enhancement-Other | 05/01/2000 | 04/30/2001 | Like Duration | Salary<br>Year 1 $78,000.00 | Event All Events — Fee $750 Salary is based on guarantee of 2 events per week. | 1 | 30 | 0 |

CONFIDENTIAL
X 001540

05/23/00 9:42 am

# World Championship Wrestling
## Talent Database
## Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | | Additional Event Fees | | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|---|
| **Roman, Sammy Lee - Kid Romeo** Contract-Trainee | 05/19/1999 | 05/18/2002 | Like Duration | **Year** 1 2 3 | **Salary** $39,107.14 $39,107.14 $39,107.14 | | | 1 | 14 | 365 |
| **Rolunda, Michael Lawrence - Walterbeal, Michael** Contract-Wrestler | 10/12/1998 | 10/11/2001 | 1 Year Terms | **Year** 2 3 | **Salary** $165,000.00 $175,000.00 | | | 3 | 30 | 365 |
| **Runnels, Dustin - Rhodes, Dustin** Contract-Wrestler | 05/02/1999 | 08/01/2002 | No Rollover | **Year** 1 2 3 | **Salary** $500,000.00 $600,000.00 $700,000.00 | **Event** Signing Bonus | **Fee** $50,000 | 12 | 90 | 365 |
| **Blatt, Bonny Uella - Blatt, Bonny** Contract-Trainee | 04/19/1999 | 04/18/2000 | Like Duration (2 Terms) | **Year** 1 | **Salary** $31,200.00 | | | 1 | 14 | 365 |
| **Skipper, Elix - Skipper, Elix** Contract-Trainee | 04/19/1999 | 04/18/2000 | Like Duration (2 Terms) | **Year** 1 | **Salary** $39,000.00 | | | 1 | 14 | 365 |
| **Smiley, Norman - Smiley, Norman** Contract-Wrestler | 10/05/1998 | 10/05/2000 | 1 Year Terms | **Year** 2 | **Salary** $120,000.00 | | | 3 | 30 | 365 |
| **Spruil, Shannon - Unger, Delffney** Contract-Other | 01/03/2000 | 03/31/2002 | No Rollover | **Year** 1 2 | **Salary** $52,000.00 $75,000.00 | **Event** All Events | **Fee** $500 | 3 | 30 | 365 |

CONFIDENTIAL
X 001541

# World Championship Wrestling
## Talent Database
## Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | | Additional Event Fees | | | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Year | Salary | Event | Fee | | | | |
| Slipich, Shawn - Starisk, Shawn<br>Contract-Wrestler | 03/01/2000 | 02/28/2003 | No Rollover | 1 | $78,000.00 | All Events | $500 | No fee for PR days. | 3 | 30 | 0 |
| Strauss, Jacobus - Jakes<br>Contract-Wrestler | 04/19/1999 | 02/28/2001 | No Rollover | 1<br>2 | $85,000.00<br>$100,000.00 | Bonus | $5,000 | | 3 | 30 | 365 |
| *Increase effective March 1, 2000.* | | | | | | | | | | | |
| Sullivan, Sharmell - Nitro Girl-Paisley<br>Contract-Nitro Girl | 05/01/2000 | 04/30/2002 | Like Duration | 1<br>2 | $52,000.00<br>$52,000.00 | All Events | $500 | Exclusive of travel days. | 3 | 30 | 365 |
| Tesia Ibarra, Adolfo - La Parja<br>Contract-Wrestler | 10/06/1998 | 10/05/2000 | 1 Year Terms | 2 | $160,000.00 | | | | 3 | 30 | 365 |
| Toombs, Roderick - Piper, Rowdy Roddy<br>Contract-Wrestler | 03/03/1999 | 03/02/2002 | No Rollover | 2<br>3 | $750,000.00<br>$800,000.00 | | | | 0 | 0 | 51 |
| *Max. 6 per view, 45 other appearances. Must have 80 days notice.* | | | | | | | | | | | |
| Torborg, Dale - The Demon<br>Contract-Wrestler | 10/05/1999 | 10/04/2002 | Like Duration | 1<br>2<br>3 | $75,000.00<br>$100,000.00<br>$125,000.00 | | | | 3 | 30 | 365 |
| *For appearances as Demon character see contract.* | | | | | | | | | | | |
| Tuffe, Michael Jerry - The Wall<br>Contract-Wrestler | 06/16/1999 | 09/15/2001 | Like Duration | 1<br>2 | $75,000.00<br>$75,000.00 | | | | 3 | 30 | 365 |

CONFIDENTIAL
X 001542

05/23/00 9:42 am

# World Championship Wrestling
## Talent Database
## Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | Additional Event Fees | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|
| Walker, Bobby - Walker, Hardwork Bobby<br>Contract-Wrestler | 01/01/1999 | 12/31/2000 | No Rollover | Year Salary<br>1  $100,000.00<br>2  $100,000.00 | | 0 | 0 | 365 |
| Webb, Alicia - Symphony<br>Contract-Other | 11/22/1999 | 11/21/2001 | Like Duration | Year Salary<br>1  $28,000.00 | Event Fee<br>All Events  $500<br>PPV Nightly  $1,000 | 3 | 30 | 365 |
| Wilson, Torrie - Wilson, Torrie<br>Contract-Other | 12/06/1999 | 12/05/2001 | Like Duration | Year Salary<br>1  $200,000.00<br>2  $200,000.00 | | 3 | 30 | 125 |
| Wolf, Christine M./Christi - Asya<br>Contract-Wrestler | 09/14/1999 | 09/13/2001 | Like Duration | Year Salary<br>1  $75,000.00<br>2  $75,000.00 | | 3 | 30 | 365 |
| Wright, Alex - Berlyn<br>Contract-Wrestler | 01/01/1999 | 12/31/2001 | No Rollover | Year Salary<br>1  $375,000.00<br>2  $395,000.00 | | 0 | 0 | 200 |
| Yandrisovitz, Brian - Knobs, Brian<br>Contract-Wrestler | 03/18/1999 | 03/14/2001 | No Rollover | Year Salary<br>2  $245,000.00 | | 6 | 30 | 365 |

CONFIDENTIAL
X 001543



# EXHIBIT / ATTACHMENT

G

(To be scanned in place of tab)

TALENT EVALUATIONS FOR THE POWER PLANT, JANUARY, 1999:

### "CRUISERWEIGHT DIVISION"

BOUTHAN SAENGSIPHAN:.........$250.00

VERY GOOD ATTITUDE, HE CAN DO SOME MARTIAL ARTS MOVES ALONG WITH OUR
STYLE OF WRESTLING, HE IS REY MYSTERIO SIZE, IN EXCELLENT SHAPE, CAN DO SOME
HIGH FLYING MOVES ALSO, BECAUSE OF ILLNESS IN THE FAMILY HE HAD TO GO BACK
TO OHIO FOR A WHILE , BUT HE IS BACK HERE NOW AND AT THE POWER PLANT
EVERYDAY.

### "LOOKS FOR TV."

WITH HIS TRUE REAL LIKE STORY, AND HIS CUTE LITTLE BABYFACE, IF YOU CAN'T
CREATE A REAL LIFE AND DEATH HUMAN INTREST STORY THAT IS TRUE, I'LL KISS
YOUR, well-a-how about your foot?.  THAT PAGE I GAVE YOU ON HIS REAL LIFE STORY IS
TRUE, HE WAS JUST A BABY WHEN MOST OF IT HAPPENED, BUT IT DID HAPPEN.  I THINK
IT WOULD MAKE GREAT TV, AND IT'S NOT A BUNCH OF  B. S.   IT'S ALL TRUE.

CONFIDENTIAL



DEFENDANT'S
EXHIBIT
5
Saengs.phanh

WCW 002752



# EXHIBIT / ATTACHMENT

## _____ H _____

(To be scanned in place of tab)

Page 1

1    IN THE UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF GEORGIA
2              ATLANTA DIVISION

3

WILLIAM BOULWARE, JR.,          )
4    et al.,                    )
                                )
5          Plaintiffs,          )
                                )
6      vs.                      )  CIVIL ACTION FILE
                                )  NO. 1:01-CV-0915-CC
7    WORLD CHAMPIONSHIP WRESTLING, )
     INC.,                      )
8                               )
           Defendant.           )
9                               )

10

11

12  _____

              DEPOSITION OF WILLIAM BOULWARE, JR.
13                  NOVEMBER 16, 2001
                      10:09 A.M.
14

15  _____

16

17

18

19

20

21

22

23

24

25        CERTIFIED COURT REPORTERS

he Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia  30326 • www.premierrptg.com
404-237-1990
800-317-5773

Page 70

1  18 years in the career. You got to understand, most
2  of these guys we used to have a circle, and you see
3  these guys all the time. And like you might -- you
4  -- well, you at arena or not, you see them. You-all
5  go to the same places. I go to places looking for
6  talent. I see Nick Patrick. I'd see JJ Dillon. I'd
7  see Arn Anderson. I'd maybe see them once or twice a
8  week.
9      Q   My question, though, about the referees.
10     A   Yes.
11     Q   You'd remembered Nick Patrick's name, but
12  you said you couldn't remember the names of other
13  referees?
14     A   The name Nick Patrick -- give me a minute.
15     Q   Please?
16     A   I'll give it to you. Nick Patrick? It's
17  just too far. I mean, I know -- they right in front
18  of me, but I can't --
19     Q   Well, if you do remember, if you will just
20  let me know, or let your lawyer know if it's not
21  during the course of the day.
22     A   Okay.
23     Q   How do you know that -- you said a minute
24  ago that you thought they were employees. How do you
25  know they were employees?

Page 71

1      A   Well, Terry Taylor told me.
2      Q   What did Terry tell you?
3      A   Well, it was a guy came in by the name of
4  Chip Crockett. His family used to own the wrestling,
5  and we all -- Pez, myself, everybody was sitting there
6  and he became an employee.
7      Q   Was he a referee?
8      A   No. He was an employee. So I went to Terry
9  and, I'm saying, how did this guy, white, come on and
10  ain't had no experience in the business and become an
11  employee?
12         He said, to me, this is the way we
13  operate. Turner told us we don't need to use you-all
14  niggers. Just like that. Something about survey or
15  whatever.
16         And I kept saying, why?
17         He said, we got it from the big office.
18  They told us we don't have to use you-all.
19         And I asked Terry. I said, well, why?
20         He said, we make employee to people, white
21  people, not black people.
22     Q   When did he say this to you?
23     A   Terry told me this in -- I had this
24  conversation with a few of them in the last few months
25  before they closed.

Page 72

1      Q   Well, back up for a second. You had that
2  conversation with --
3      A   Terry Taylor --
4      Q   -- Terry Taylor. When was that?
5      A   That was, like, it had to have been in '98
6  or '99.
7      Q   Where did that happen?
8      A   At one of the arena.
9      Q   Was anybody else around?
10     A   No. Not at the time.
11     Q   And you said you've had a similar
12  conversation with other people?
13     A   Yes, I have.
14     Q   Who have you had that conversation with?
15     A   Well, I had a conversation with Arn
16  Anderson.
17     Q   When was this?
18     A   Shoot, probably -- about a month or two
19  months before you-all closed, before Turner closed. I
20  guess most of the guys was -- I thought they was
21  coming down off their bigotry they had been with us,
22  but they were mad at Turner because they figured they
23  had no job no more. I don't know what it was.
24         I run into JJ. I run into Paul Orndorff.
25  Paul called me about using the kid in my wrestling

Page 73

1  organization, and I replied to Paul, I said, why now
2  you-all want to work with me when I been trying to be
3  a referee, I been trying to put my company out there?
4         And Paul basically told me that they had
5  got some word from Turner Sports that black people
6  don't buy tickets; they don't use no niggers.
7      Q   Paul said that to you?
8      A   Yes. Paul said that to me. I was Paul
9  partner one time, so I been knowing him for over the
10  period of time, and the word nigger, buckwheat,
11  crackhead, you got to understand, was something they
12  used. I mean, it wasn't --
13     Q   When you say they, who are they?
14     A   Well, Jody Hamilton, JJ Dillon, Paul
15  Orndorff, Mike Wenners. All employees. Doug
16  Dellenger.
17     Q   Let me get back to your point. We'll talk
18  about that a little more, but let me get back to your
19  point. You said that you believed referees were
20  employees, and what I want to know is, what evidence
21  do you have --
22     A   Nick told me.
23     Q   -- that they were employees?
24     A   Me and Nick was going down the road one day,
25  and Nick, I would say, about, I need some insurance

Page 122

1  them over. They had young guys come like I mentioned
2  the guy, a distant friend. This kid come in, white
3  guy. I mean, basically couldn't even wrestle. They
4  made -- from wrestle, they know he was a booker. He
5  had no prior qualifications of that. I mean, I'd been
6  wrestling ten years before he even got in the
7  business.
8     Q   So, Mr. Boulware, is it your complaint that
9  you didn't get these job opportunities? It's not
10 really that you didn't get paid the same as them?
11 It's --
12    A   I didn't get the paid the same also.
13    Q   Because you weren't doing the job; right?
14 You said you couldn't get the job?
15    A   Well, for example, when I was ring -- the
16 ring guy, where they call ring boy, or ring guy, they
17 have a guy that was over here making $50,000.
18    Q   Who?
19    A   Gordon Nelson.
20    Q   Was Pez Whatley making $50,000?
21    A   Not at that time. Not at that time.
22    Q   Did he make $50,000 on the ring crew? Do
23 you know?
24    A   I don't know exactly what he made, but he
25 got a raise after I complained so much to Time Warner

Page 123

1  and the Turner people, then they gave him --
2     Q   How do you know how much Mr. Nelson was
3  making?
4     A   He told me several times. We rode the truck
5  together. He laughed about it. He laughed about it.
6  He made a joke about it. It was out in your face. It
7  wasn't like they here behind your back and you hear
8  them whispering. They would say it to your face.
9  They have no problem with saying it.
10    Q   Other than Mr. Nelson telling you what he
11 made, do you have any other evidence as to what he --
12    A   Him, Klondike -- Bill Klondike, Chip
13 Crockett. I mean, the list go on.
14    Q   I need you to listen to my question, Mr.
15 Boulware. My question was, other than Mr. Nelson
16 telling you how much Mr. Nelson made, do you have any
17 other evidence how much Mr. Nelson was paid?
18    A   Yes.
19    Q   What's your evidence?
20    A   I have -- Terry told me. We talk about it
21 all the time.
22    Q   What did Terry tell you?
23    A   Terry basically told me -- I asked why my
24 pay different from theirs, and it always basically
25 come back, the color of your skin, and you're not in

Page 124

1  the clique.
2     Q   Did Terry Taylor say the reason you were
3  paid differently than Mr. Nelson was the color of your
4  skin?
5     A   Yes. He said that.
6     Q   Did he say those words?
7     A   He said that, oh, yes.
8     Q   What words did he use?
9     A   He use several different -- I talked to him
10 several different times.
11    Q   What do you remember him saying?
12    A   I remember him basically telling me -- do
13 you want me to use a good example?
14    Q   What I'd like you to do is tell me what he
15 said. Not basically what he said, but --
16    A   I can't remember the exact words he said.
17    Q   Tell me what you remember him saying.
18    A   I remember him telling me about that I knew
19 how -- what was going on. Why would I keep bothering
20 him, because things wasn't going to change. And I
21 asked him a couple times, why? And that when I --
22 finally everybody started telling me -- everybody,
23 meaning JJ, Dusty -- I even talked to Dusty about it
24 also. He was in management. That the Turner people
25 basically told them, when no black people come to the

Page 125

1  show, then they didn't have to use no black, period.
2  I don't know if it was true. I know they told me.
3     Q   This is Terry Taylor?
4     A   Terry. JJ told me the same thing. Arn
5  Anderson. The list go on. Each one of them sit down
6  basically when we was away from all the record and
7  stuff going on and look me in the eye and told me that
8  was the reason I wasn't getting no promotion and why I
9  wasn't going to be nothing but the worst job that they
10 could give me. And they basically told me that.
11    Q   What other evidence do you have that
12 supports your claim that you were paid differently
13 because of your race?
14    A   Well, okay. Chip Crockett back again. We
15 was in Philadelphia, and I had just received my
16 paycheck, and I had my check, and Chip telling me, he
17 said, well, I got direct deposit. Well, how you get
18 direct deposit? You're not no employee.
19         He said, oh, you didn't know? I'm an
20 employee, and I can get paid more than you. And even
21 I showed him my check. He said no, I got a guaranteed
22 salary. I don't get paid by the low end.
23         I'm, like, how can you do that and you
24 came here probably 16 years after I been in the
25 business?

32 (Pages 122 to 125)



# EXHIBIT / ATTACHMENT

## I

(To be scanned in place of tab)

TALENT EVALUATIONS FOR THE POWER PLANT, JANUARY, 1999:

"HEAVYWEIGHT DIVISION

TONY CARR:   ????

TONY HAS WORKED FOR WCW ON TV MANY TIMES AND IS  A BETTER THAN AVERAGE WORKER, HE IS VERY DEPENDABLE WITH A GOOD ATTITUDE, HE IS HARD WORKING AND HONEST.

"LOOK FOR TV."

TONY HAS A LONG MILITARY BACKGROUND AND USES THAT AS HIS CHARACTER.



PLAINTIFF'S
EXHIBIT

28

WCW 008997
CONFIDENTIAL

TALENT EVALUATIONS FOR THE POWER PLANT, JANUARY, 1999:

"CRUISERWEIGHT DIVISION"

MATT BAUM:          $250.00

MATT IS A TOUGH KID THAT UNFORTUNATELY HE GOT HURT A COUPLE OF MONTHS AGO
AND WAS NOT RELEASED FROM THE DR. UNTIL AFTER THE TRY-OUTS WERE OVER.
MATT WILL END UP BEING ONE OF THE BEST WORKERS IN THE CRUISERWEIGHTS.

"LOOK FOR TV."

MATT HAS A GOOD LOOK FOR TV, NO SPECIAL GIMMICK OR CHARACTER, HE TOLD ME,
HE WANTED TO LEARN TO WORK BETTER BEFORE HE TOOK A GIMMICK.  NOW HE IS
USING HIS NATURAL GIMMICK, BEING WELL BUILT, YOUNG, AND GOOD LOOKING.

WCW 009065
CONFIDENTIAL

TALENT EVALUATIONS FOR THE POWER PLANT, JANUARY, 1999

"CRUISER WEIGHT DIVISION"

MIKE SANDERS:     $500.00

MIKE IS A GOOD WORKER, WITH A GREAT ADDITUDE, HE IS A VERY GOOD BUMP TAKER
AND WORKS HARD IN THE RING, HE HAS A GREAT RING PERSONALITY, AND A VERY
CREATIVE MIND FOR CHARACTER DEVELOPEMENT.

"LOOKS FOR TV."

MIKE LOOKS TO BE COMFORTABLE IN THE RING AND INTERFACES WITH THE CROWD
EXTREMELY WELL FOR HIS SHORT TIME IN THE BUSINESS,  IN THE RESUME HE GAVE
YOU THERE WAS A COLOR OUTLINE OF THE CHARACTER HE WOULD LIKE TO BE ON TV.

WCW 009066
CONFIDENTIAL

THIS IS LIST OF PEOPLE THAT COULD WORK PUERTO RICO, YOU CAN PICK AS MANY OR AS FEW AS YOU NEED!!!

CHAD FORTUNE
LORENZO
MARK "LASH" LeROUX
HARRISON NORRIS
RICK CORNELL
MIKE SANDERS
GREG HUNKE
BRADY NIMMONS
WILLIE WORTHEN
DAVID "APACHE" MARIA
CHRIS WRIGHT
CURTIS WHITE

---

I HAVE 11 OR 12 MORE NAMES THAT ARE AT THE POWER PLANT FULL TIME, BUT THEY HAVE ALL JUST STARTED, AND I HAVEN'T HAD TIME TO EVALUATE MOST OF THEM, AS SOON AS I DO I WILL GET IT TO YOU............ J.N.H.

WCW 009067
CONFIDENTIAL

TALENT EVALUATIONS FOR THE POWER PLANT, JANUARY, 1999:

### "CRUISERWEIGHT DIVISION"

BOUTHAN SAENGSIPHAN:........$250.00

VERY GOOD ATTITUDE, HE CAN DO SOME MARTIAL ARTS MOVES ALONG WITH OUR STYLE OF WRESTLING, HE IS REY MYSTERIO SIZE, IN EXCELLENT SHAPE, CAN DO SOME HIGH FLYING MOVES ALSO, BECAUSE OF ILLNESS IN THE FAMILY HE HAD TO GO BACK TO OHIO FOR A WHILE , BUT HE IS BACK HERE NOW AND AT THE POWER PLANT EVERYDAY.

### "LOOKS FOR TV."

WITH HIS TRUE REAL LIKE STORY, AND HIS CUTE LITTLE BABYFACE, IF YOU CAN'T CREATE A REAL LIFE AND DEATH HUMAN INTREST STORY THAT IS TRUE, I'LL KISS YOUR, well-a-how about your foot?. THAT PAGE I GAVE YOU ON HIS REAL LIFE STORY IS TRUE, HE WAS JUST A BABY WHEN MOST OF IT HAPPENED, BUT IT DID HAPPEN. I THINK IT WOULD MAKE GREAT TV, AND IT'S NOT A BUNCH OF B. S.  IT'S ALL TRUE.

CONFIDENTIAL

TALENT EVALUATIONS FOR THE POWER PLANT, JANUARY, 1999.

"HEAVYWEIGHT DIVISION"

DARREN EASTERLING:    $250 00

4

DARREN HASN'T BEEN WITH US TO LONG BUT HIS WORK IS STARTING TO COME AROUND,
HE IA NOT A NATURAL, BUT IS VERY COACHABLE, HE WORKS VERY HARD AT TRYING TO
LEARN HIS CRAFT AND I THINK THAT SOMEDAY SOON IT WILL ALL FALL INTO PLACE
FOR HIM AND HE WILL GET A GRASP ON IT. IF HE DOESN'T IT WOULD BE A SHAME
BECAUSE HE REALLY WANTS IT AND HE LOOKS GREAT.

"LOOK FOR TV."

HE LOOKS GREAT, WITH HUGE ARMS AND CHEST, 6ft 4in. 280lbs., BIG BALD HEAD, A
NATURAL JUST A BIG MEAN AND NASTY S.O.B....

WCW 002755

CONFIDENTIAL

FULL LEGAL NAME: *Marcial R. Davis Archbold*

RING NAME: *M. D. Poaisher*

D.O.B. *03/22/68*

CURRENT ADDRESS *6591 Coventry Pt. Austell GA. 30168*

PHONE: *(770) 739-0195*

SS#: _____

EMERGENCY CONTACT: *Arlene Wilson 6591 Coventry Pt Austell GA. 30168   (770) 739-0195*

TRY OUT DATE: *Feb - 98*

STARTING DATE: *9/20/98*

COMMENTS: BIG GOOD~LOOKING ISLANDER THAT SPEAKS SEVERAL LANGUAGES. CAN BE DEVELOPED INTO TOP TALENT.

**CONFIDENTIAL**

WCW 002456

FULL LEGAL NAME: DARRON DEVON EASTERLING

RING NAME: _____

D.O.B. 3/10/67

CURRENT ADDRESS 1703 LAKE RIDGE LN. Dunwoody GA 30338

PHONE: 678-530-9885

SS#: 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

EMERGENCY CONTACT: PATRICK BUSBY 770-754-9460

TRY OUT DATE: APRIL 1997

STARTING DATE: AUG. 15, 1998

COMMENTS: DARRON HAS A GREAT BODY, WITH SOME OF THE BIGGEST
ARMS I HAVE SEEN. DARRON HAS NOT BEEN HERE LONG BUT HE IS
HERE EVERY DAY AND IS COMIMG ALONG JUST FINE, WHEN HE IS
FULLY TRAINED HE WILL BE A VERY GOOD PROSPECT.

CONFIDENTIAL

WCW 002490

FULL LEGAL NAME: SAM LEE ROMAN

RING NAME: RICK @ ROMEO

D.O.B. 3/24/69

CURRENT ADDRESS 477 LINBURGH PL. ATLANTA, GA. 30324 APT 120

PHONE: 404-264-4520

SS#: 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

EMERGENCY CONTACT: 407-876-0304  MOM


TRY OUT DATE: JUNE 97

STARTING DATE: AUG. 97

COMMENTS: SAM HAS TRAINED OFF-AND-ON SINCE HE STARTED.
HE IS A CRUISER WEIGHT PROSPECT, GOOD BODY, GOOD LOOKING,
GOOD ATTITUDE, VERY ATHLETIC, COULD BE AN ASSET TO WCW.

CONFIDENTIAL
X 000856

FULL LEGAL NAME: GREGORY JOHN HUNKE

RING NAME: J.T. GREED

D.O.B. 6/20/67

CURRENT ADDRESS 3875 PIPER GLEN DR. BUFORD, GA. 30519

PHONE: 678-618-7637    (P) 770-520-7023

SS# 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

EMERGENCY CONTACT: MARK CASTLE   770-271-2167

TRY OUT DATE: 4/97

STARTING DATE: 6/1/97

COMMENTS: ONE  OF THE BEST ENHANCEMENT TALENTS I HAVE

SEEN, LOOKS LIKE ALEX WRIGHT'S BROTHER, CAN BE DEVELOPED

INTO MIDDLE OF THE CARD TO TOP TALENT.

CONFIDENTIAL
X 000851

FULL LEGAL NAME: _Mike Sanders_

RING NAME:_____

D.O.B._____

CURRENT ADDRESS _1044 Okra Cir. Kennesaw, Ga 30144_

PHONE:_____

SS#:_____

EMERGENCY CONTACT:_____

TRY OUT DATE:_____

STARTING DATE: _6/12/98_

COMMENTS:_MIKE IS CURRENTLY WRESTLING FOR WCW ON TV AS
ENHANCEMENT TALENT, MIKE IS EXCELLENT IN THE RING AND
HAS A GREAT ATTITUDE,I THINK HE WOULD BE A GREAT ASSET
TO WCW._

CONFIDENTIAL
X 000843

FULL LEGAL NAME: _Marcial R. Davis Archbold_

RING NAME: _M. D. Poaisher_

D.O.B. _03/22/68_

CURRENT ADDRESS _6591 Coventry Pt. Austell GA. 30168_

PHONE: _(770) 739-0195_

SS#: _____

EMERGENCY CONTACT: _Arlene Wilson 6591 Coventry Pt_
_Austell G.A. 30168   (770) 739-0195_

TRY OUT DATE: _Feb - 98_

STARTING DATE: _9/20/98_

COMMENTS: BIG GOOD-LOOKING ISLANDER THAT SPEAKS SEVERAL

LANGUAGES, CAN BE DEVELOPED INTO TOP TALENT.

CONFIDENTIAL
X 000845

*Richard D. Cornell*

FULL LEGAL NAME: _Richard Angelo Cornell_

RING NAME: _____

D.O.B. _3/24/71_

CURRENT ADDRESS _1612 Walton Ln. Smyrna GA 30082_

PHONE: _770 - 434 - 1762_

SS#: _071 - 66 - 7523_

EMERGENCY CONTACT: _Angela Soibetta    702 837-6617_


TRY OUT DATE: _5/77_

STARTING DATE: _9/10/98_

COMMENTS: _A GOOD YOUNG TALENT, GREAT WORK ETHICS._

_CAN BE DEVLOPED INTO EXCELLENT TALENT._

CONFIDENTIAL
X 000835

**FULL LEGAL NAME:** Bret Hanmer

**RING NAME:** _____

**D.O.B.** 10 30 70

**CURRENT ADDRESS** 1950 Roswell Rd #15 A5

**PHONE:** 770 579-9217

**SS#:** 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

**EMERGENCY CONTACT:** Heather Archard 220 579-9217
Sandy Hanmer 920 674-5463

**TRY OUT DATE:** _____

**STARTING DATE:** Dec 1st 97

**COMMENTS:** BRET IS A BIG GOOD LOOKING ATHLETE, IT WOULD
BE A SHAME TO LOOSE HIM AT THIS POINT. IN TIME WITH
SOME IN THE ARENA TYPE MATCHES HE WILL DEVELOP INTO
A TALENT.

CONFIDENTIAL
X 000833

FULL LEGAL NAME: _*ELix Skipper*_

RING NAME: _____

D.O.B. _____

CURRENT ADDRESS _1612 Walton ln. Skyride Ga 30082._

PHONE: _770-434-1762_

SS#: _____

EMERGENCY CONTACT: _Wife - Same #_

TRY OUT DATE: _____

STARTING DATE: _9/14/98_

COMMENTS: _ELIX WILL BE ONE OF THE HIGHEST FLYERS IN THE CRUISER WEIGHT'S. AT THIS EARLY STAGE OF HIS TRAINING HE CAN ALREADY DO ALMOST ALL OF THE HIGH FLYING MOVES THE LATIN WRESTLERS DO. HE IS GOING TO BE A GREST TALENT._

CONFIDENTIAL
X 000837

FULL LEGAL NAME: _MARK Robert Jndrak_

RING NAME: _Mark Millenium_

D.O.B. _6-26-77_

CURRENT ADDRESS _829 Lake Ct._

PHONE: _~~SSE~~ · 770-438-1023_

SS#: _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_

EMERGENCY CONTACT: _James Watson_

TRY OUT DATE: _Oct '97_

STARTING DATE: _July '98_

COMMENTS: _MARK IS VERY YOUNG, VERY BIG, EXTREMELY AGILE, "UNLIMITED" POTENTIAL._

CONFIDENTIAL
X 000839

*Sonny Sini* (signature)

FULL LEGAL NAME: Sonny Uaita Sighi

RING NAME: G. Q.

D.O.B. 7-23-74

CURRENT ADDRESS 3481 Lakeside Dr. NE Apt. TS6

PHONE: 404 237-6046

SS# 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

EMERGENCY CONTACT: Parents 910 392-7407

TRY OUT DATE: Aug, 19 1998

STARTING DATE: Sept. 14, 1998

COMMENTS: SONNY JUST STARTED LAST MONTH, HIS PROGRESS IS RAPID, HE PICKS THINGS UP RAPIDLY, IN TIME HE WILL BE VERY GOOD.

CONFIDENTIAL
X 000841

J. Mark LeRoux

FULL LEGAL NAME: J. Mark LeRoux

RING NAME: Lash LeRoux

D.O.B. 11-22-76

CURRENT ADDRESS 99 Dogwood Trace Anniston, AL 36207

PHONE: (256) 236-7077

SS#: 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

EMERGENCY CONTACT: Elizabeth LeRoux (1-800-422-0760)


TRY OUT DATE: Nov. 19-21 1997

STARTING DATE: Jan. 1998

COMMENTS: MARK CAN BE A GREAT CRUISER WEIGHT TALENT.

HE HAS WORKED FOR WCW ON TV SEVERAL TIMES, THE OFFICE

PEOPLE HANDLING THE SHOWS TOLD ME HOW MUCH THEY LIKED

HIS WORK IN THE RING.

CONFIDENTIAL
X 000831

*Allan E. Funk*

FULL LEGAL NAME: _ALLAN   ERIC   FUNK_

RING NAME: _VYTOR_

D.O.B. _07/07/71_

CURRENT ADDRESS _17   VILLA   COURT   S.E.   SMYRNA, GA. 30080_

PHONE: _(770)   435 - 2123_

SS#: _281- 86- 1313_

EMERGENCY CONTACT: _TENNILLE   J.   MILLER   (770) 435-2123_

TRY OUT DATE: _JULY       1989_

STARTING DATE: _OCTOBER   19, 1998_

COMMENTS: _ALLEN HAS JUST STARTED WITH US, HE SHOWS A_
_GREAT DEAL DETERMINATION, WORKS VERY HARD, AND HE_
_LEARNS QUICKLEY._

CONFIDENTIAL
X 000829

J. Mark LeRoux

FULL LEGAL NAME: J. Mark LeRoux

RING NAME: Lash LeRoux

D.O.B. 11-22-76

CURRENT ADDRESS 99 Dogwood Trace Anniston, AL 36207

PHONE: (256) 236-7077

SS#: 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

EMERGENCY CONTACT: Elizabeth LeRoux (1-800-422-0760)

TRY OUT DATE: Nov. 19-21 1997

STARTING DATE: Jan. 1998

COMMENTS: MARK CAN BE A GREAT CRUISER WEIGHT TALENT.

HE HAS WORKED FOR WCW ON TV SEVERAL TIMES, THE OFFICE

PEOPLE HANDLING THE SHOWS TOLD ME HOW MUCH THEY LIKED

HIS WORK IN THE RING.

CONFIDENTIAL
X 000827

FULL LEGAL NAME: _W. CHASE TATUM_

RING NAME: _____

D.O.B. _11/03/73_ _____

CURRENT ADDRESS _1471 Twin BRANCHES CIR. - MARIETTA, GA. 30060_

PHONE: _____

SS#: _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_ _____

EMERGENCY CONTACT: _____


TRY OUT DATE: _3/97_ _____

STARTING DATE: _9/97_ _____

COMMENTS: CHASE IS 6ft 4in 275lbs ALL MUSCLE. VERY AGILE.

LEARNS QUICKLEY. GOOD ALL-AROUND ATHLETE. IS A VERY

GOOD PROSPECT FOR THE FUTURE.

CONFIDENTIAL
X 000825

FULL LEGAL NAME: CHARLES R. PALUMBO

RING NAME: CHUCK PALUMBO

D.O.B. 6-15-71

CURRENT ADDRESS 875 FRANKLIN RD # 718

PHONE: 770-792-3364

SS# 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

EMERGENCY CONTACT: 401-827-5025 (MOTHER)
401-739-4959 (FATHER)

TRY OUT DATE: JUNE 12, 1998

STARTING DATE: SEPT 14, 1998

COMMENTS: EVERY NOW AND THEN SOMEONE COMES AROUND THAT
YOU JUST KNOW HE HAS WHAT IT TAKES TO BE ON TOP IN THIS
PROFESSION. CHUCK IS ONE OF THOSE PEOPLE. SOMEDAY HE WILL
BE A MAJOR STAR IN THIS BUSINESS.

CONFIDENTIAL
X 000820

FULL LEGAL NAME: _Tony Byron Carr_

RING NAME: _Corporal Cruel_

D.O.B. _May 2, 1969_

CURRENT ADDRESS _4325 Bridle Ct. Powder Springs, GA    30127_

PHONE (P) _770-766-8707_

SS# _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_

EMERGENCY CONTACT: _~~601-215-6690~~_
_601-222-0150  Eve Carr_

TRY OUT DATE: _6/95_

STARTING DATE: _7/11/95_

COMMENTS: TONY IS A SOLID ENHANCEMENT TALENT THAT GIVEN
A CHANCE CAN HAVE SOME CHARACTER EXPRESSION.

CONFIDENTIAL
X 000815

FULL LEGAL NAME: *James Thurber*

RING NAME:

D.O.B.

CURRENT ADDRESS

PHONE:

SS#: *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*

EMERGENCY CONTACT:

TRY OUT DATE: *March - 97*

STARTING DATE: *4/7/97*

COMMENTS: HERE IS A SET OF TWINS, BOTH TOUGH AS SHOE LEATHER,
HAVEN'T BEEN ABLE TO ATTEND ON A REGULAR BASIS, DUE TO
MONEY PROBLEMS. THEY WORK HARD AND WILL DO ANYTHING TO
GET A CHANCE TO WORK FOR WCW.

CONFIDENTIAL
X 000811

FULL LEGAL NAME: Paul Lewis Knox

RING NAME: Pierce Kage

D.O.B. 8-15-72

CURRENT ADDRESS 7019 Lancelot Lane Smyrna GA 30080

PHONE: 678-309-5849

SS#: 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

EMERGENCY CONTACT: 404-815-6500 - Ext 6772

TRY OUT DATE: Aug. 13 1997

STARTING DATE: July 1999

COMMENTS: PAUL HAS REALLY COME A LONG WAY IN A VERY SHORT
TIME, IT WOULD BE A SHAME IF HE DIDN'T GET A CHANCE TO
SHOW WHAT HE CAN DO IN THE CRUISER WEIGHT'S

CONFIDENTIAL
X 000802

FULL LEGAL NAME: _Charles Franklin Walker Jr._

RING NAME: _____

D.O.B. _2/25/71_

CURRENT ADDRESS _146 Hickman St   Richard, Al. 36610_

PHONE: _(334) 456-1108_

SS#: _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_

EMERGENCY CONTACT: _Landria Walker_  H _(334) 456-1108_
                                     P _(334) 341-2681_

TRY OUT DATE: _Feb. 97_

STARTING DATE: _May 98_

COMMENTS: _CHARLES IS A VERY GOOD ATHLETE, HE LEARNS QUICKLY
AND HAS A GREAT ATTITUDE GOOD BODY, GOOD PERFORMER,
WILL DO ANYTHING TO GET A BREAK._

CONFIDENTIAL
X 000798

FULL LEGAL NAME: *Charles M. Lee*

RING NAME:_____

D.O.B._____

CURRENT ADDRESS_____

PHONE:_____

SS#:_____

EMERGENCY CONTACT:_____


TRY OUT DATE:_____

STARTING DATE:____*2/11/98*_____

COMMENTS:_CHARLES STARTED IN FEB. 1998, WORKED OUT WITH US
FOR ABOUT 3 WEEKS, GOT HURT ON HIS JOB, AT THAT TIME HE ASKED
IF HE COULD START BACK WHEN HE WAS RELEASED BY HIS DOCTOR,

I TOLD HIM HE COULD AND HE IS SUPPOSED TO START BACK
IN NOV.

CONFIDENTIAL
X 000800

FULL LEGAL NAME: JASON MATThEw DANIEL

RING NAME: New-SCNSATioN JAson

D.O.B. 7/11/72

CURRENT ADDRESS 4059 BEAVER OAKS DR-DuLuTh, GA. 30096

PHONE: 770-232-9970 — 770-620-5974

SS#: 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

EMERGENCY CONTACT: _____

TRY OUT DATE: June 98

STARTING DATE: Aug 13, 98

COMMENTS: JASON IS VERY INTELLIGENT, WORKS VERY HARD,

LEARNS QUICKLY, HAS A GOOD MARTIAL ARTS BACKGROUND

HE IS A GOOD PROSPECT.

CONFIDENTIAL
X 000789

Bradley J Walker.

FULL LEGAL NAME: _BRADLEY JAY WALKER SR._

RING NAME: _BRAD PAYNE_

D.O.B. _Jan. 22, 1970_

CURRENT ADDRESS _704 Ashley Place Stone mountain, GA. 30083_

PHONE: _770-934-3200 WORK_

SS#: _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_

EMERGENCY CONTACT: _BARBIE WALKER (717) 246-9669_


TRY OUT DATE: _____

STARTING DATE: _10-2-98_

COMMENTS: STARTED LAST MONTH LOOKS VERY GOOD, HAS A
LOT OF POTENTIAL.

CONFIDENTIAL
X 000780



# EXHIBIT / ATTACHMENT

J

(To be scanned in place of tab)



# *MEMORANDUM*

**TO:**     Brad Siegel
**FROM:**  Meredith Young
**DATE:**   December 14, 2000
**RE:**     WCW Audience Composition
**CC:**     Aaron Blitzstein, Gary Juster, Craig Leathers, Rob Garner, Sharon Sidello,
           Annette Yother,  Alan Sharp, Ken Leiker, Diana Myers, Kelley Komminsk,
           Kathy Shelley, Chelsea Reeves, Lisa Sturgis

Detailed below are audience composition figures for WCW's cable programming.  The percentages represent combined averages of NITRO and THUNDER produced during September, 2000.

Let me know if you have any questions or require further information.

| TERRITORIES | | EDUCATION | |
|---|---|---|---|
| Northeast | 25% | No College | 40% |
| East Central | 18% | Some College | 24% |
| West Central | 10% | 4+ years of College | 11% |
| Southeast | 26% | **OCCUPATION** | |
| Southwest | 11% | White Collar | 27% |
| Pacific | 9% | Blue Collar | 42% |
| **COUNTY SIZE** | | Not Working | 32% |
| A | 28% | **PRESENCE OF CHILDREN** | |
| B | 33% | Any less than 18 | 52% |
| C & D | 39% | Any less than 12 | 37% |
| **HOUSEHOLD SIZE** | | Any less than 6 | 17% |
| 1 Person | 11% | Children 6-11 | 26% |
| 2 Persons | 27% | Children 12-17 | 32% |
| 3+ Persons | 23% | **ADULTS** | **78%** |
| 4+ Persons | 39% | **FEMALES** | |
| **HOH AGE** | | 18+ | 26% |
| Less than 34 | 28% | 18-34 | 11% |
| 35-54 | 50% | 18-49 | 17% |
| 55-64 | 11% | 25-54 | 15% |
| 65+ | 11% | 55+ | 7% |
| **HOUSEHOLD INCOME** | | **MALES** | |
| $20K-$30K | 15% | 18+ | 52% |
| $30K-$40K | 10% | 18-34 | 21% |
| $40K-$60K | 24% | 18-49 | 38% |
| $60K+ | 20% | 25-54 | 35% |
| **RACE** | | 55+ | 11% |
| White | 79% | **NON-ADULTS** | |
| Non-White | 21% | Kids 2-11 | 12% |
| | | Teens 12-17 | 10% |

*Source: Nielsen Media Research, PNFII 9/00*



PLAINTIFF'S
EXHIBIT
72

**WCW 019288
CONFIDENTIAL**



 ATTACHMENT

(To be scanned in place of tab)

## DECLARATION OF GEORGE GRACE

STATE OF GEORGIA
COUNTY OF _____

George Grace gives the following declaration under penalty of perjury and states as follows:

1.

I am over eighteen years of age and competent to give this testimony, which is based upon my personal knowledge.

2.

I am the President of Grace Market Research, Inc. ("Grace Market") and served in this position in March, 2000.

3.

In March, 2000, Grace Market conducted an online survey for World Championship Wrestling, Inc.

4.

In this survey, respondents were asked to rate a number of wrestling performers on a number of factors, including the familiarity and likeability.  A true and correct copy of this survey is attached hereto as Exhibit "A."

5.

Respondents were also asked to provide some information about themselves, including their ethnicity.  Specifically, Question No. 152 asked each respondent to provide his or her ethnicity.  The survey provided the following options as possible responses to this question: (1) African/American/Black; (2) Asian; (3) Caucasian/White; (4) Hispanic/Latino; and (5) Other.

6.

According to the information provided by the respondents, the ethic make-up of the respondent group was as follows (percentages rounded to the nearest whole number):

| | |
|---|---|
| Base/ Total Number of Respondents | 1379 |
| Percentage of Total | 100% |
| African/American/Black: Total Number | 51 |
| Percentage of Total | 4% |
| Asian: Total Number | 32 |
| Percentage of Total | 2% |
| Caucasian/White: Total Number | 1173 |
| Percentage of Total | 85% |
| Hispanic/Latino: Total Number | 66 |
| Percentage of Total | 5% |
| Other: Total Number | 57 |
| Percentage of Total | 4% |

7.

This information was provided to WCW at some point during the spring or summer of 2000.

8.

Grace Market maintains this information on a database in electronic format.  The information is no longer maintained by Grace Market in hard-copy form.

I declare under penalty of perjury that the foregoing is true and correct.

_George Grace_
George Grace

_12 – 18 – 2002_
Executed on (Date)



# EXHIBIT / ATTACHMENT

## _____ L _____

(To be scanned in place of tab)

## DECLARATION OF WILLY WORTHEN

STATE OF GEORGIA
COUNTY OF FULTON

Before the undersigned officer appeared Willy Worthen, who, after being placed under oath, says and deposes as follows:

1.

My name is Willy Worthen.  I am over eighteen (18) years of age, and I am otherwise competent to make this affidavit.

2.

I have been involved in bodybuilding since the time I was eighteen years old and won several bodybuilding titles during my early years of competition.

3.

I became interested in training to become a professional wrestler and contacted the Power Plant to inquire about the process.  I was informed that I needed to pay $250 to "try out," and that if I made it through the tryout and WCW thought I was good enough to be a WCW superstar, I would be invited back to train for approximately six months for a fee of $3,000.

4.

I attended a try-out and, at the conclusion of the tryout, I was invited to join WCW's training program.

5.

I was excited about the prospect of becoming a "WCW superstar," and made a $1,000 down-payment to begin training at the Power Plant.  I paid the remaining fees in $400 monthly installments.

6.

To satisfy WCW's request that I train "full time," I quit my job at the Department of Corrections and began attending the Power Plant on a full-time basis.

7.

For over two years, I traveled approximately 214 miles round-trip each day to attend training at the Power Plant.

8.

On many "training" days, I received no wrestling training at all.  Instead, WCW required me to perform labor at the facility, including cleaning, sweeping the mats, putting up and taking down the wrestling rings, and loading/unloading trucks. I was not compensated for any of this work.

9.

During the time I was at the Power Plant, I worked at least thirty-five (35) hours per week for two years.  WCW did not compensate me for any of this work.

2

10.

When WCW moved the Power Plant from Carol Drive to Log
Cabin Drive, I helped load trucks to assist with the move.   I
received no compensation for any of this work.   WCW simply used
me for free labor.

11.

WCW's Caucasian trainees did not perform janitorial tasks
and menial labor and were not required to attend the Power Plant
"full time."   In fact, many of the Caucasian "trainees" did not
show up to the Power Plant at all.   During this time, I
continued to train "full time" at WCW's direction without
receiving a contract.

12.

In spite of the fact that they refused or were not required
to train, WCW offered contracts to many Caucasian "trainees" who
did not have prior wrestling experience and who began at the
Power Plant at the same time as or after I did, including the
following: "Horshoe," Joseph Bradley Kane pka "Lodi," Evan
Karogias pka "Evan Courageous," "Spiderman", John Greene pka
"Johnny Attitude," Dale Torberg pka "The Daemon," Scott Chasser
pka "Lorenzo," Brett Hammer, Robert Vick pka "Sickboy," William
Tatum pka "Chase Tatum," Sammy Roman pka "Kid Romeo," Mark
LeRoux pka "Lash LaRue," Mike Sanders, "Kiwi," Chuck Palumbo,
Luther "Big Sexy" Biggs, Mark Jindrek pka "Mark Millennium,"

3

Rick Corneil pka "Reno," Jacobus Strauss pka "Jake," Joan Hugger pka "Johnny the Bull," Craig O'Malley pka "Irish Invasion," and Bill Goldberg.

13.

At the same time as WCW offered contracts to Caucasian wrestlers with less training experience, WCW trainer, Whatley, explicitly told me that because I am black, I would have to work "even harder" than Caucasians trainees to succeed at WCW.

14.

While at the Power Plant, I experienced the negative racial attitudes exhibited by WCW's management. During one match, a WCW announcer referred to me as "Willie B," which was the name of the famous gorilla at the Atlanta zoo. WCW chose not to edit the reference and allowed it to air unaltered. When I complained about this incident to the WCW trainers, they simply laughed.

15.

On another occasion, I witnessed Marcus Bagwell's performance in "black face." I again complained about this incident to the WCW trainers, who again laughed.

16.

Terry Taylor refused to give me a contract and did nothing to "push" me or to provide me with opportunities to succeed despite the repeated recommendations of the WCW trainers, who

4

told me that they had tried to tell WCW management that I was
qualified but that management would not listen.

17.

After two years of "training" that included performing
janitorial services for WCW without receiving any compensation,
I had completely depleted my life savings and needed an income
to support myself, my family and my efforts to continue
"training" at the Power Plant. I sought out part-time
employment as a security guard but continued to travel the 214
miles required to train at the Power Plant. Although I was
attending the Power Plant part-time, WCW still required me to
spend some part of every day, and in some instances, my entire
training day, performing janitorial work and other menial tasks.

18.

Eventually, I stopped working as a security guard and
obtained employment with Federal Express. Around this time, WCW
was in the process of moving the Power Plant from its location
at Caroll Drive to a new location at Log Cabin Drive. I learned
that only wrestlers who were under contract for WCW would be
allowed to train at the Power Plant once WCW completed the move.
After I learned that WCW would not allow me to continue to train
at the Power Plant, I discontinued my training altogether. By
this time, I had spent three (3) years traveling to and from the
Power Plant without any reimbursement, performing janitorial

work without being compensated, watching less experienced
Caucasian wrestlers receive contracts, depleting my savings, and
spending money on "training fees," wrestling equipment and
medical bills without receiving a contract

19.

Even after I stopped training at the Power Plant, I
remained ready, willing and able to wrestle for WCW and would
have signed a contract with WCW had WCW ever offered me one.

20.

During the time I was at WCW, I regarded the work
environment as being hostile to blacks. The use of racial
slurs, the unequal treatment of blacks in their work
opportunities, the fact that black wrestlers were called upon to
do work that white wrestlers were not required to do all made
blacks feel they were unwelcome and wanted only for the purpose
of temporary exploitation at WCW. This hostile work environment
discouraged me and made me worry that I would never be given a
chance to succeed at WCW. I believe that, while I always did my
best at WCW, the environment there had a negative effect upon my
performance over time.

21.

There were many Caucasian trainees from the Power Plant
with equal or less training experience than me who WCW scripted
to win multiple matches. For example, the following wrestlers

6

with similar or less training experience as me won multiple wrestling matches: "Horeshoe, Dale Torberg pka "The Daemon," Scott Chasser pka "Lorenzo," Robert Vick pka "Sickboy," Mark LeRoux pka "Lash LaRue," Rick Cornell pka "Reno," Bill Goldberg and Evan Koragias pka "Evan Courageous."

22.

During my entire tenure at the Power Plant, WCW scripted me to win only one match. Although WCW told me that the match was taped to be aired on television at a later date, WCW never aired that match.

23.

Although I wrestled in a few wrestling matches, my experience consisted of wrestling as a "jobber" or "enhancement talent," someone who is used to enhance the career of another wrestler, typically a Caucasian.

24.

WCW utilized, pushed and offered contracts to many Caucasian wrestlers that had less or similar experience as me.

25.

During my tenure at the Power Plant, I observed Terry Taylor routinely come to the Power Plant to help Caucasian trainees. He helped the Caucasian trainees to develop their characters and gimmicks and gave them pointers as to how to improve their stage persona. He also helped them improve their

7

physical wrestling skills by wrestling against them and working
with them in the ring.  I personally observed Terry Taylor work
with the following Caucasian trainees in this manner: Chad
Fortune, Chip Minton, Peter Gruner pka "Billy Kidman," Joseph
Dorgan pka "Johnny Swinger," Mark Jindrak pka "Mark Millennium,"
Robert Vick pka "Sickboy," Rob Knapik and Kenneth Stasiowski of
"High Voltage," "Horeshoe," and Bill Goldberg.

26.

I never observed Terry Taylor similarly work with any
African-American trainee.

27.

During the time that I attended the Power Plant, I learned
that African-Amerian Rocky King had complained to WCW that the
head of WCW's security department, Doug Dillinger, had called
Rocky King a "nigger" and that WCW did not respond to King's
complaint in any way.

28.

I declare under penalty of perjury that the foregoing is
true and correct.

_____
Willy Worthen

_____
Executed on (Date)

8



# EXHIBIT / ATTACHMENT

## M

(To be scanned in place of tab)

## DECLARATION OF SERGEANT STEVE HICKS

Sergeant Steve Hicks gives the following declaration under penalty of perjury and states as follows:

1.

I am a full time law enforcement officer with the Haleyville, Alabama Police Department.  I have been in law enforcement for approximately ten (10) years.

2.

I have followed wrestling my entire adult life and am the publisher of a wrestling industry publication entitled *DragonKing Update Report*, which has been in publication since 1999 and has a circulation base of approximately 5,000 readers, both domestically and internationally.

3.

Prior to publishing the *DragonKing Update Report*, I published a similar wrestling newsletter, the *Global Pro-wrestling News* from 1994-1996.

4.

I am also the publisher of *The Ultimate History of Pro Wrestling* (2000) and *The Ultimate Pro Wrestling Book of Lists, Vols. I and II.*

5.

I have maintained records that reflect the content and outcome of professional wrestling matches and events for the various professional wrestling organizations that date back to the early to mid-1990s.

6.

I have records that document who participated in, won and lost every WCW Pay-Per-View Event since WCW's inception.  I also have records of this data for every Nitro and Thunder event since 1997.

7.

I maintain a library of wrestling reference books, including every edition of the annual *Wrestling Almanac* (a Pro Wrestling Illustrated publication).

8.

Professional wrestling is a staged event.  The outcome of these events are predetermined by writers, who create various stories and storylines for wrestling programs and events.

9.

A wrestler's success in professional wrestling is largely determined by the amount of time and effort a wrestling entity, such as World Championship Wreslting, Inc. ("WCW"), expends to develop and "push" the wrestler's character.

10.

WCW "pushes" a wrestler by giving him or her the opportunity to wrestle on more popular television programs, such as Nitro, Thunder and Pay-Per-View events.  This gives wrestling fans the opportunity to become familiar with a wrestler's character, which is essential to establishing a fan-base.

11.

WCW also "pushes" a wrestler by having more-experienced bookers, agents and wrestlers work to develop a new wrestler's charisma, uniqueness of character, crowd appeal, stage presence, microphone skills and wrestling moves.

12.

I have had the opportunity to observe Bobby "Hardwork" Walker wrestle for WCW.

13.

Bobby Walker had as much excitement, charisma, uniqueness, crowd appeal *and stage* presence as many Caucasian wrestlers who received a significantly greater push from WCW.  Unlike Bobby Walker, WCW regularly utilized these wrestlers in its popular television programs.

14.

For example, Bobby Walker was equal in excitement, charisma, uniqueness, crowd appeal, stage presence and athleticism to Chris Kanyon, even though WCW spent greater time and energy developing Chris Kanyon's character and provided Chris Kanyon with more air-time on popular television programs.

15.

Similarly, Bobby Walker was equal in excitement, charisma, uniqueness, crowd appeal, stage presence and athleticism to Alex Wright and Prince Akeia even though WCW spent greater time and energy developing Alex Wright's and Prince Akeia's characters and provided each of them with more air-time on popular television programs.

16.

The times that I witnessed Bobby Walker perform his signature move "walking the ropes," he successfully completed the move.  I never witnessed Bobby Walker have any trouble completing this move.

17.

By way of contrast, on at least one occasion, I witnessed Billy Kidman miss his signature move, the "shooting star press," during a televised event.  From time-to-time, I witnessed Billy Kidman miss other wrestling moves during televised events.

18.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Sergeant Steve Hicks

_____
( - 9 - 0 )
Executed on (Date)



# EXHIBIT / ATTACHMENT

(To be scanned in place of tab)

### DECLARATION OF BOBBY WALKER

STATE OF GEORGIA
COUNTY OF FULTON

Before the undersigned officer appeared Bobby Walker, who, after being placed under oath, says and deposes as follows:

1.

My name is Bobby Walker. I am over eighteen (18) years of age, and I am otherwise competent to make this affidavit.

2.

I trained at WCW's Power Plant intermittently from about 1993 until ~~1999~~ 2000. During this time, I had the opportunity to observe Willy Worthen train at the Power Plant.

3.

Willy worked very hard at his training. He was disciplined and committed to learning the skills necessary to become a wrestler and to succeed at WCW.

4.

To the best of my knowledge, Willy performed every task asked of him without complaint.

5.

Willy worked harder and showed more commitment to his training than many Caucasian trainees who received contracts from WCW.

6.

Many Caucasian trainees did not train at the Power Plant full time and still received a contract from WCW.

7.

I remember times when Caucasian trainees refused to attend the Power Plant, explaining that they needed to seek out employment to support themselves.  WCW still offered some of these trainees contracts.

8.

I remember a Caucasian wrestler named Joey Maggs.  He was provided with opportunities although he did not have very good wrestling skills.  I occasionally saw him arrive at the Power Plant, but he never really trained for any significant period of times.  Also, there were many times that he came by the Power Plant, but did not even train or wrestle.

9.

I also observed Rick Reeves wrestle.  Rick Reeves had much better wrestling skills and abilities than Joey Maggs.

10.

In "squash" matches, a "jobber" or "enhancement talent" is scripted to lose the match and is used to make another wrestler look good.  Squash matches do not provide a jobber with a meaningful opportunity to showcase his talents or progress.

11.

2

I declare under penalty of perjury that the foregoing is
true and correct.

_____
Bobby Walker

_____
Executed on (Date)

3



# EXHIBIT / ATTACHMENT

## O

(To be scanned in place of tab)

## DECLARATION OF PERRY SATULLO

STATE OF GEORGIA
COUNTY OF _____

    Perry Satullo gives the following declaration under penalty of perjury and states as follows:

1.

    I was a wrestler for the World Championship Wrestling Organization ("WCW").

2.

    I remember seeing a "Chinese menu" which was on a bulletin board at WCW. This was an apparent attempt at humor, but I found it extremely offensive against Asian-Americans, and Chinese-Americans in particular. My wife is Chinese-American, and I took great offense at seeing the "Chinese menu," which portrayed Chinese persons in a very stereotypical and demeaning manner.

3.

    Sometime in October, 1999, I recall observing Diana Meyers act in a very peculiar manner.  Specifically, she was ducking down, and walking around the office at WCW.  She then looked at me and said, "I'm hiding from the gook."  At that point, I knew that she was referring to Sonny Onoo, who was also there.

4.

    I was shocked that Diana Meyers, an attorney for WCW and Turner, would use such a derogatory and offensive word based on Sonny Onoo's Asian descent.

5.

    I believe that whenever I negotiated a contract with WCW, the contract had to be approved by Turner personnel.  For example, I am personally aware that Harvey Schiller approved the contracts for myself and other wrestlers.

I declare under penalty of perjury that the foregoing is true and correct.

Perry Satullo

4-3-02

Executed on (Date)



# EXHIBIT / ATTACHMENT

## _____P_____

(To be scanned in place of tab)



**WORLD CHAMPIONSHIP WRESTLING™**

A Time Warner Company

## MEMO

TO:        Dr. Harvey Schiller

CC:        Eric Bischoff
           David Payne
           Matt Stroer
           Bill Busch

FROM:      Diana Myers

RE:        Talent Budget Summary

DATE:      March 31, 1999

---

The following is a synopsis of the Talent Contract Changes for March 1999. The back up documentation in the form of the Talent Contract Summary has been forwarded directly to Matt Stroer.

We added two (2) new talent:                         $895,000
(David Abbott, Brian Yandrisovitz)

We negotiated increased contracts for two (2) talent:    $115,000
(Glenn Gilbertti, Ron Reis)

Impact to WCW Total Talent Commitment (increase):   $1,010,000

With this increase and our variables, we are currently $1,858,000 under budget for 1999.



PLAINTIFF'S
EXHIBIT
75

WCW 019229
CONFIDENTIAL



# EXHIBIT / ATTACHMENT

## _____Q_____

(To be scanned in place of tab)



World Championship Wrestling
A Division of Turner Sports
One CNN Center
Box 105366
Atlanta, GA 30348-5366

## MEMO

TO:       Dr. Harvey Schiller

CC:       Eric Bischoff
           David Payne
           Matt Stroer
           Bill Busch

FROM:    Diana Myers

RE:       Talent Budget Summary

DATE:    May 28, 1999

---

The following is a synopsis of the Talent Contract Changes for May 1999.  The back up documentation in the form of the Talent Contract Summary has been forwarded directly to Matt Stroer.

We added thirteen (13) new talent:           $457,600
(David Fliehr, Emory Hail, and eleven trainees)

We negotiated increased contracts for three (3) talent:   $51,714
(Jacobus Strauss, and two(2) former non-contract
talent Scott James and Steve James)

We terminated two (2) contracts:          $450,000
(Steve McMichael, Kevin Wacholz)

With this increase and our variables, we are currently $100,000 under budget for 1999.

**PLAINTIFF'S
EXHIBIT
7 6**

A Time Warner Company

WCW 019227
CONFIDENTIAL



# EXHIBIT / ATTACHMENT

## R

(To be scanned in place of tab)



TO:  Eric Bischoff
    Bill Busch

FROM: Diana Myers

DATE: June 9, 1999

RE:  New ICAs and Trainees

| Name | Salary (1st year) |
|---|---|
| **Cornell, Richard** (trainee-referred by Kanyon) | **$ 26,000** |
| **Davis, Marcial** (trainee) | **$ 31,200** |
| **Durham, Michael** (Public Enemy) | **$170,000** |
| **Fliehr, David** (David Flair) | **$ 45,000** |
| **Forrester, Ryan** (trainee-referred by Kanyon) | **$ 20,800** |
| **Funk, Allen Eric** (trainee) | **$ 31,200** |
| **Gruner, Pete** (Billy Kidman) | **$300,000** (increase from $125,000) |
| **Hail, Emory** (Emory Hale) | **$ 85,000** |
| **Helms, Gregory Shane** (referred by Kanyon) | **$ 45,000** |
| **Hugger, Jon** (trainee) | **$ 15,600** |
| **James, Scott** (Scott Armstrong) | **$ 52,143** (increase from $31,286) |
| **James, Steve** (Steve Armstrong) | **$ 52,143** (increase from $31,286) |
| **Jindrak, Mark Robert** (trainee) | **$ 39,000** |
| **Jones, Allen** (trainee-referred by Kanyon) | **$ 20,800** |
| **Massengale, Jason** (trainee-referred by Kanyon) | **$ 20,800** |
| **Moore, Shannon** (referred by Kanyon) | **$ 45,000** |
| **Norris, Harrison** (trainee) | **$ 39,000** |
| **Palumbo, Charles** (trainee) | **$ 39,000** |
| **Petty, Ted** (Public Enemy) | **$170,000** |
| **Rodman, Dennis** | **$1,000,000** |
| **Roman, Sammy Lee** (trainee) | **$ 26,000** |
| **Sanders, Michael** (trainee) | **$ 31,200** |
| **Siaki, Sonny Uaita** (trainee) | **$ 31,200** |
| **Skipper, Elix** (trainee) | **$ 39,000** |
| **Strauss, Jacobus** (Jakes) | **$ 75,000** |
| **Thornton, Randy** (Swoll) | **$350,000** ($50k signing bonus) |
| **Tilton, Kevin** (trainee) | **$ 15,600** |
| **Wilson, Luther** (referred by Kanyon) | **$ 45,000** |
| **Yokley, Jay Brett** (trainee) | **$ 15,600** |
| **Yun, James** (trainee-referred by Kanyon) | **$ 20,800** |

PLAINTIFF'S EXHIBIT

A Time Warner Company

WCW 018865
CONFIDENTIAL



# EXHIBIT / ATTACHMENT

## _____S_____

(To be scanned in place of tab)

Myers, Diana

| | |
|---|---|
| From: | Davidson, Georgia |
| Sent: | Friday, December 03, 1999 1:57 PM |
| To: | Edwards, Don ; Prince, Greg; Lipscomb, Dee ; Davidson, Amy |
| Cc: | Busch, Bill ; Dillon, JJ ; Juster, Gary ; Myers, Diana |
| Subject: | Talent Summary |

*World Championship Wrestling*
*A Division of Turner Sports*
*One CNN Center*
*Box 105366*
*Atlanta, GA 30348-5366*

**CONFIDENTIAL**

The following is a synopsis of the Talent Contract Changes for *November 1999*:

We added **two (2) new talent**:
Vito Lograsso ($120,000 plus $12,000 signing bonus),
Stacy Keibler ($15,000 plus $250 for non-TV and $500 TV events)

We negotiated **increased contracts for two (2) talent**:
Tonga Fifita ($175,000 plus $1,500 per day over 100 and $300 per day wrestling in Japan),
David Fliehr ($125,000 and $1,000 for each PPV)

We are in the process of negotiating a **decreased contract for one (1) talent**:
Lash Huffman ($240,000 plus $2,000 for each day over 80)

We **terminated twenty-two (22) contracts**:
(Chris Adams, Brian Adams, Scott Antol, Brian Bernick, Adam Birch, Amy Crawford, James Gibson, Steve James, Rob Knapik, Ray Lloyd, Jeremy Lopez, Juan Banos, Sonny Onoo, Ron Reis, Dean Roll, Jeremiah Ross, Hector Segura, Jason Spence, Kenny Stasiowski, Dave Taylor, Barry Windham, Kendall Windham)

*Please treat this e-mail as you would any other confidential document.*

Thanks,
GA



PLAINTIFF'S
EXHIBIT
44

A Time Warner Company

WCW 019238
CONFIDENTIAL



# MEMO

TO:        Dr. Harvey Schiller

CC:        Bill Busch
           David Payne
           Matt Stroer
           JJ Dillon
           Greg Prince
           Dee Lipscomb
           Amy Davidson

FROM:      Diana Myers

RE:        Talent Budget Summary

DATE:      November 1, 1999

---

The following is a synopsis of the Talent Contract Changes for October 1999.  The back up documentation in the form of the Talent Contract Summary has been forwarded directly to Matt Stroer.

| | |
|---|---|
| We added three (3) new talent:<br>Donald Harris (200,000), Ronald Harris (200,000),<br>Jeff Jarrett (400,000) | $800,000 (estimate) |
| We negotiated increased contracts for three (3) talent:<br>(Perry Satullo, Dale Torborg, Jerry Tuite) | $166,714 |
| We negotiated *decreased* contracts for one (1) talent:<br>(Ian Hodgkinson) | $150,000 |
| We terminated twelve (12) contracts:<br>(Bryan Clark, Barry Darsow, Ryan Forrester,<br>Chad Fortune, James Fullington, Lash Huffman,<br>Mark Johnson, Ed Leslie, Robert Smedley,<br>Kevin Tilton, Eric Watts, James Yun, Johnny Green) | $1,943,000 |

With this decrease and our variables, we are currently $4.85 million over budget for 1999.

WCW 019226
CONFIDENTIAL



## MEMO

TO:         Dr. Harvey Schiller

CC:         Eric Bischoff
            David Payne
            Matt Stroer
            Bill Busch
            Greg Prince

FROM:       Diana Myers

RE:         Talent Budget Summary

DATE:       September 1, 1999

---

The following is a synopsis of the Talent Contract Changes for August 1999.  The back up documentation in the form of the Talent Contract Summary has been forwarded directly to Matt Stroer.

We added six (6) new talent:                          $830,000
Brian Bernick (45,000), James Gibson (45,000),
Jeremy Lopez (45,000), Charles Spencer III (45,000),
Ray Lloyd (150,000), Dustin Runnels (500,000)

We negotiated increased contracts for two (2) talent:  $270,000
(William Brenneman, Ian Hodgkinson)

We terminated six (6) contracts:
(Ted Petty, Michael Durham, Scott Levy,               $796,286
Denise Riffle, John Watson, Chase Tatum)

With this increase and our variables, we are currently $6.3 million over budget for 1999.

WCW 019225
CONFIDENTIAL



World Championship Wrestling
A Division of Turner Sports
One CNN Center
Box 105366
Atlanta, GA 30348-5366

## MEMO

**TO:**       Dr. Harvey Schiller

**CC:**       Bill Busch
              David Payne
              Matt Stroer
              JJ Dillon
              Greg Prince
              Dee Lipscomb
              Amy Davidson

**FROM:**     Diana Myers 

**RE:**       Talent Budget Summary

**DATE:**     September 30, 1999

---

The following is a synopsis of the Talent Contract Changes for September 1999. The back up documentation in the form of the Talent Contract Summary has been forwarded directly to Matt Stroer.

We added three (3) new talent:                    $170,000
Clare Cutrufello (15,000 plus 250-500 per event),
Ann-Marie Crooks (50,000), Nora Greenwald (105,000)

We terminated twenty-two (22) contracts:          $2,213,400
(Yoshihiro Asai, Scott Bednarski, Jose Carrera-Gomez,
Marcial Davis, Art Flores, Bret Hanmer, Kirt Hankton,
Theodore Harris, Greg Hunke, Percy Miller,
James Mitchell, Manuel Ortiz-Partida,
Randy Thornton, Robert Vick, Brett Yokley,
Barry Horowitz, Harrison Norris, Joe Dorgan,
Scott Chasser, Craig Mally, Scott Norton, Mike Enos)

With this decrease and our variables, we are currently $5.6 million over budget for 1999.

WCW 019222
CONFIDENTIAL



## MEMO

TO:        Brad Siegel

CC:        Greg Prince
           Don Edwards
           Amy Davidson
           Jennifer Carson

FROM:      Diana Myers

RE:        Talent Budget Summary

DATE:      October 31, 2000

---

The following is a synopsis of the Talent Contract Changes for October 2000.

We terminated three (3) contracts:
(Scott Hall, Anibal Gonzalez, Bret Hart)

We added three (3) contracts:
Lenita Erickson ($125,000 plus $500 per event)
Scott Oberholzer ($750 per week plus $300 per event)
Chris Harris ($750 per week plus $300 per event)

We negotiated an increase for one (1) contract:
Torrie Wilson ($1,600 for each day over 125 days per contract year)

As a result of these changes, we now estimate that our 2000 Talent Payroll is $38.1 million ($1.935) under the forecasted amount of $40,035,000 .

WCW 019218
CONFIDENTIAL



**World Championship Wrestling**
*A Division of Turner Sports*
*ONE CNN CENTER*
*Box 105366*
*Atlanta, GA 30348-5366*

## MEMO

TO:         Brad Siegel

CC:         Bill Busch
            Scott Wilkinson, Esq.
            Gary Juster
            JJ Dillon
            Greg Prince
            Don Edwards
            Felicia McDade
            Amy Davidson

FROM:       Diana Myers

RE:         Talent Budget Summary

DATE:       March 1, 2000

---

The following is a synopsis of the Talent Contract Changes for February 2000.

We added one (1) new talent:   Daniel Covell ($75,000)

We negotiated increased contracts for three (3) talent:
(Evan Karagias, Shannon Moore, Shane Helms)

We terminated four (4) contracts:
(Mark Hildreth, Ann-Marie Crooks, Bobby Eaton, Troy Martin)

These changes have resulted in an increase in our current talent payroll to $40.2 million for 2000. This is in comparison to our current forecast of $40.35 million.

A Time Warner Company

**WCW 019217**
**CONFIDENTIAL**



.or of Legal
. . Business Affairs
diana.myers@turner.com

*World Championship Wrestling*
*A Division of Turner Sports*
*ONE CNN CENTER*
*Box 105366*
*Atlanta, GA 30348-5366*

**MEMO**

TO:     Brad Siegel

CC:     Greg Prince
        Don Edwards
        Felicia McDade
        Amy Davidson

FROM:   Diana Myers

RE:     Talent Budget Summary

DATE:   May 9, 2000

---

The following is a synopsis of the Talent Contract Changes for April 2000.

We added seven (7) new talent and one (1) wardrobe seamstress:
Mike Alfonso ($350,000 plus $2,000 for house shows and $3,000 for PPVs), Chris
Candito ($104,000 plus $500 per event), Troy Martin ($350,000 plus $1,750 for house
shows and $2,500 for PPVs), Shawn Stipich ($78,000 plus $500 per event), Troy Endres
(Trainee-$600 per week), Allison Pfau ($15,000 plus $250 for PR or non-TV events and
$500 for TV events), John Riker ($750 per event), Carol Pedigo (wardrobe-$1,000 per
month plus $250 per event)

We terminated two (2) contracts:
(Rob Kellum, Sione Vailahi)

We negotiated increased contracts for:
(Richard Fliehr, Kimberly Falkinburg, Ian Hodgkinson, Shannon Spruill, Sharmell
Sullivan, Vanessa Bozman)

As a result of these changes, we now estimate that our 2000 Talent Payroll is $1,100,000
($41,450,000) over the forecasted amount of $40,350,000.

WCW 019215
CONFIDENTIAL



**MEMO**

World Championship Wrestling
A Division of Turner Sports
ONE CNN CENTER
Box 105366
Atlanta, GA 30348-5366

TO:      Brad Siegel

CC:      Greg Prince
         Don Edwards
         Felicia McDade
         Amy Davidson

FROM:    Diana Myers

RE:      Talent Budget Summary

DATE:    June 13, 2000

---

The following is a synopsis of the Talent Contract Changes for May 2000.

We added one (1) new talent:
Lance Evers ($245,000 plus $750 per event)

We terminated six (6) contracts:
(Jacobus Strauss, Brad Cain, Sonny Siaki, Dionicio Castellanos, Brad James,
Clare Cutrufello)

We negotiated increased contracts for:
(Lenny Carlson, Jerry Tuite, Jeff Jarrett, Chris Ford, Norman Smiley, Vito LoGrasso,
Ron Harris, Don Harris, Chuck Palumbo).

As a result of these changes, we now estimate that our 2000 Talent Payroll is $2.65
million ($43,000,000) over the forecasted amount of $40,035,000 .

WCW 019214
CONFIDENTIAL



# EXHIBIT / ATTACHMENT

_____T_____

(To be scanned in place of tab)




## Suc Mi Pagoda

Cuntonese Cuisine
6969 Fellation Blvd
Escondildo, GA 12698

### 281-6969

That's "Two ate one - Sixty-nine Sixty-nine"

Porking in the Rear

*March 99 Atlanta view office.*

## *A la carte*

$2.69 Each

### Cum Drop Soup

*Fresh Every 2.7 Days*

### Pee Yu Platter

*Clothes Pins Extra*

### Hoo Flung Poo

*Napkins & Raincoats Provided*

### Suc Sum Tit

*Children's Special*

### Yung Poon Tang

*No Take Out Orders Accepted*

## Luncheon Specials

Sum Yung Chick--------$6.99
*Different & Delicious*
Won Hung Lo-----------$6.99
*Chinese Meatballs*
Sum Dum Fuc----------$9.69
*Same as #1 But With Extra Sauce*
Chu Sum Twat ------- $16.99
*Dinner For Parties of 3 or More*
Suc Mi Pork ---------- $9.69
*Chef's Special*
Fuc Yu Man ----------- $6.69
*Specialty of the House*

## Dinner Combinations

*Includes Smeg Roll and Fortune Nookie*

1. Goo In Hand -------- $9.69
*For Those Dining Alone*
2. Goo Wee Chick ------ $6.69
*Sloppy Seconds - No Extra Charge*
3. Cum Too Soon -------$6.99
*Order Early - These Go Fast*
4. Suc Mi Wang ------- $6.99
*Traditional Chinese Meatloaf*
5. Sum Dum Chick ----- $6.69
*You Get What You Pay For*
6. Fuc Mei Sio --------- $6.99
*Not Available After 10PM*
7. Lik Mi Clit --------- $9.99
*A Delicious Lip Smacking Oriental Delicacy*
8. Cho Kon It --------- $9.99
*Not For The Light Throated*
9. Fuc Sum Now ------- $4.99
*For Those In A Hurry*
10. Wai Tu Yung ------ $8.99
*Not Available On School Nights*
11. Tung Sum Chick----$8.99
*Chef's Special*
12. Sum Gulp Cum ---- $9.69
*Low-Cal Diet Special*



# EXHIBIT / ATTACHMENT

## _____ U _____

(To be scanned in place of tab)

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 23 2002

LUTHER D. THOMAS, Clerk
By _G. Metz_
Deputy Clerk

Davis v. World Championship Wrestling, Inc. and Turner
Sports, Inc., Civ. File No. 1-00-CV-1716-CC;
Saengsiphan v. World Championship Wrestling, Inc. and
Turner Sports, Inc., Civ. File No. 1-00-CV-1719-CC;
Speight v. World Championship Wrestling, Inc. and Turner
Sports, Inc., Civ. File No. 1-00-CV-1718-CC;
Worthen v. World Championship Wrestling, Inc. and Turner
Sports, Inc., Civ. File No. 1-00-CV-1717-CC;
Reeves v. World Championship Wrestling, Inc. and Turner
Sports, Inc., Civ. File No. 1-00-CV-1720-CC;
Easterling v. World Championship Wrestling, Inc. and Turner
Sports, Inc., Civ. File No. 1-00-CV-1715-CC
Onoo v. World Championship Wrestling, Inc., Turner Sports,
Inc., Civ. File No. 1:00-CV-0368-CC
Norris v. World Championship Wrestling, Inc., Turner
Sports, Inc., Civ. File No. 1:00-CV-0369-CC
Walker v. World Championship Wrestling, Inc., Turner
Sports, Inc., Civ. File No. 1:00-CV-0367-CC; Patterson v.
World Championship Wrestling, Inc., Turner Sports, Inc.,
Turner Entertainment Group, Inc. Civ. File No. Civ. File
No. 1:01-CV-1152-CC

## PLAINTIFFS' RULE 26(a)(2) DISCLOSURES OF
## EXPERT TESTIMONY OF J. STEVE HICKS

Pursuant to Federal Rule of Civil Procedure 26(a)(2),

Plaintiffs hereby identify the expert testimony of J. Steve

Hicks as follows:

**A.    Opinions, Basis and Reasons:**

Professional wrestling is a staged event.  The outcome of

these events are predetermined by writers, who create various

stories and storylines for wrestling programs and events.

One measure of success in wrestling is whether an

individual is scripted to hold a championship title.  The most

prestigious title for WCW is the World Heavyweight title, which is an individually held title.

From the date that WCW first had a Heavyweight Champion, July 14, 1991, through the date on which the first of these lawsuits was filed, February 11, 2000, 3,286 days, WCW had only one African-American Heavyweight Champion, Ron Simmons.  Mr. Simmons held the title for 150 days, from August 2, 1992 until December 30, 1992, i.e., that is 4.56 percent of the total possible days.  WCW has never had an Asian or Hispanic Heavyweight Champion.

As for other titles, I conducted an evaluation of the racial composition of various WCW titles.  I found the following with regard to titles:

**WCW World Tag Team Title**: Caucasian (86.4%), Black (6.2%) and Asian (0%).
**WCW United States Title**: Caucasian (86.1%), Black (0%) and Asian (2.8%).
**WCW World TV Title**: Caucasian (77.1%), Black (5.7%) and Asian (5.7%).

Another measure of success in professional wrestling is appearing in pay-per-view (PPV) events.  PPV events are the cable broadcast events in which viewers pay cable providers fees for viewing the offered programming.  Wrestling organizations typically feature and showcase the wrestlers they are pushing,

i.e., promoting, in PPV events.  Wrestlers are often paid

additional amounts for the PPV appearances.

During the period of its existence, WCW produced a

significant number of PPV events.  In the vast majority of those

events, and in the aggregate, minorities, specifically African-

Americans and Asians were grossly underrepresented in those

events.

I have attached hereto a series of summaries of WCW PPV

events.  I have also calculated the aggregate representation of

minority wrestlers in PPV events.  My findings are as follows:

| Event | Percentage Blacks | Percentage Asian |
|---|---|---|
| Bash at the Beach | 7.66 | 1.44 |
| Fall Brawl | 7.92 | 1.49 |
| World War III | 2.36 | 3.94 |
| Uncensored | 10.26 | 1.28 |
| Superbrawl | 9.13 | 2.88 |
| Starcade | 8.07 | 7.45 |
| Spring Stampede | 8.40 | 4.20 |
| Souled Out | 3.16 | 1.05 |
| Slamboree | 7.39 | 3.98 |
| Road Wild | 6.30 | 1.57 |
| Mayhem | 5.36 | 3.57 |
| Great American Bash | 7.46 | 1.49 |
| Miscellaneous PPVs | 6.67 | 5.56 |
| Total (1987 total) | 6.99 | 3.02 |

Based upon my viewing nearly every WCW televised match that

has occurred in the past seven (7) years or more, and based upon

the statistical data I have accumulated over the years, it is my opinion that racism is prevalent in professional wrestling and in the WCW in particular.

**B.   Data Considered:**

My opinions in this case are based upon my experience as a reporter in the wrestling industry and my review of relevant data.   I have followed professional wrestling my entire adult life and am the publisher of a wrestling industry publication entitled *DragonKing Update Report*.   I have been publishing *DragonKing Update Report* since 1999.   It has a circulation base of approximately 5,000 readers and is read in the United States and internationally.   As the writer and publisher of *DragonKing Update Report*, I use the pen name Karl Stern.   Prior to publishing the *DragonKing Update Report* I published a similar wrestling newsletter called the *Global Pro-wrestling News* from 1994-1996.   I am also the publisher of *The Ultimate History of Pro Wrestling* (2000) and *The Ultimate Pro Wrestling Book of Lists, Vols. I and II*.

As a consequence of my affiliation with *DragonKing Update Report*, I have maintained records that reflect the content and outcome of professional wrestling matches and events for various professional wrestling organizations, including the WCW, that date back to the early to mid-1990s.   I have records that document who participated in, won, and lost every WCW PPV Event

- 4 -

since WCW's inception.  I have similar records for every WCW
Nitro and Thunder event since 1997.  I maintain a library of
wrestling reference books, including every edition of the annual
*Wrestling Almanac* (a Pro Wrestling Illustrated publication).

My opinions in this case are based upon my experience as a
reporter in the wrestling industry, the records I have
maintained and my library of wrestling reference books.

**C.    Exhibits to be Used:**

At this time, I have not identified any exhibits that I
plan to utilize at trial.

Plaintiffs reserve the right to have Sgt. Hicks utilize
exhibits at trial.  Plaintiffs will supplement this response as
necessary.

**D.    Qualifications:**

I am a full time law enforcement officer with the
Haleyville, Alabama Police Department.  I have been in law
enforcement for approximately ten (10) years.

As noted above, I have followed wrestling my entire adult
life and am the publisher of a wrestling industry publication
entitled *DragonKing Update Report*, which has been in publication
since 1999 and has a circulation base of approximately 5,000
readers, both domestically and internationally.  Prior to
publishing the *DragonKing Update Report*, I published a similar
wrestling newsletter, the *Global Pro-wrestling News* from 1994-

- 5 -

1996.  I am also the publisher of *The Ultimate History of Pro Wrestling* (2000) and *The Ultimate Pro Wrestling Book of Lists, Vols. I and II.*

I have maintained records that reflect the content and outcome of professional wrestling matches and events for the various professional wrestling organizations that date back to the early to mid-1990s.  I have records that document who participated in, won and lost every WCW Pay-Per-View Event since WCW's inception.  I also have records of this data for every Nitro and Thunder event since 1997.

I maintain a library of wrestling reference books, including every edition of the annual *Wrestling Almanac* (a Pro Wrestling Illustrated publication).

**E.  Compensation:**

None.

**F.  Other cases in which I have testified as an Expert at Trial or by Deposition within the Preceding Four (4) Years:**

None.

_____
Steve Hicks

Plaintiffs specifically reserve the right to supplement this disclosure in any manner permitted under the Federal Rules of Civil Procedure, the Local Rules of this Court or any other applicable law.

This $\underline{20^{th}}$ day of September, 2002.

Cary Ichter
Georgia Bar No. 382515
Kelly Jean Beard
Georgia Bar No. 044380
Charles J. Gernazian
Georgia Bar No. 291703
Michelle M. Rotheneberg-Williams
Georgia Bar No. 615680

**MEADOWS, ICHTER & BOWERS, P.C.**
Eight Piedmont Center, Suite 300
3525 Piedmont Road
Atlanta, GA  30305
Telephone:   (404) 261-6020
Telecopy:    (404) 261-3656

## CERTIFICATE OF SERVICE

This is to certify that I have this date served counsel to this action with the foregoing **PLAINTIFFS' RULE 26(a)(2) DISCLOSURES OF EXPERT TESTIMONY OF J. STEVE HICKS** via hand delivery addressed as follows:

> John J. Dalton
> James Lamberth
> Evan Pontz
> Troutman Sanders LLP
> Suite 5200, Bank of America Plaza
> 600 Peachtree Street, N.E.
> Atlanta, Georgia  30308-22165

This _____ day of September, 2002.

Michelle M. Rothenberg-Williams

MEADOWS, ICHTER & BOWERS, P.C
Eight Piedmont Center, Suite 300
3525 Piedmont Road, N.E.
Atlanta, Georgia  30305
(404) 261-6020

## CW BASH AT THE BEACH
## (PPV)

| DATE | TOTAL NUMBER OF WRESTLERS | BLACK WRESTLERS | BLACKS AS % | ASIAN WRESTLERS | ASIANS AS % |
|---|---|---|---|---|---|
| 17-Jul-94 | 20 | 0 | 0.00% | 0 | 0.00% |
| 16-Jul-95 | 25 | 3 | 12.00% | 0 | 0.00% |
| 7-Jul-96 | 40 | 4 | 10.00% | 0 | 0.00% |
| 13-Jul-97 | 30 | 1 | 3.33% | 3 | 10.00% |
| 12-Jul-98 | 26 | 4 | 15.38% | 0 | 0.00% |
| 11-Jul-99 | 43 | 2 | 4.65% | 0 | 0.00% |
| 9-Jul-00 | 25 | 2 | 8.00% | 0 | 0.00% |
| | | | | | |
| TOTALS | 209 | 16 | 7.66% | 3 | 1.44% |

# WCW FALL BRAWL
## (PPV)

| DATE | TOTAL NUMBER OF WRESTLERS | BLACK WRESTLERS | BLACKS AS % | ASIAN WRESTLERS | ASIANS AS % |
|---|---|---|---|---|---|
| 18-Sep-94 | 27 | 0 | 0.00% | 0 | 0.00% |
| 17-Sep-95 | 30 | 4 | 13.33% | 0 | 0.00% |
| 15-Sep-96 | 24 | 3 | 12.50% | 0 | 0.00% |
| 14-Sep-97 | 28 | 2 | 7.14% | 1 | 3.57% |
| 13-Sep-98 | 27 | 3 | 11.11% | 0 | 0.00% |
| 12-Sep-99 | 26 | 2 | 7.69% | 1 | 3.85% |
| 17-Sep-00 | 40 | 2 | 5.00% | 1 | 2.50% |
| | | | | | |
| TOTALS | 202 | 16 | 7.92% | 3 | 1.49% |

## WCW WORLD WAR III
## (PPV)

| DATE | TOTAL NUMBER OF WRESTLERS | BLACK WRESTLERS | BLACKS AS % | ASIAN WRESTLERS | ASIANS AS % |
|---|---|---|---|---|---|
| 26-Nov-95 | 63 | 1 | 1.59% | 5 | 7.94% |
| 24-Nov-96 | 66 | 2 | 3.03% | 1 | 1.52% |
| 23-Nov-97 | 61 | 1 | 1.64% | 2 | 3.28% |
| 22-Nov-98 | 64 | 2 | 3.13% | 2 | 3.13% |
| | | | | | |
| TOTAL | 254 | 6 | 2.36% | 10 | 3.94% |

## WCW UNCENSORED
## (PPV)

| DATE | TOTAL NUMBER OF WRESTLERS | BLACK WRESTLERS | BLACKS AS % | ASIAN WRESTLERS | ASIANS AS % |
|---|---|---|---|---|---|
| 19-Mar-95 | 24 | 3 | 12.50% | 0 | 0.00% |
| 24-Mar-96 | 33 | 2 | 6.06% | 0 | 0.00% |
| 16-Mar-97 | 27 | 2 | 7.41% | 1 | 3.70% |
| 15-Mar-98 | 19 | 1 | 5.26% | 0 | 0.00% |
| 14-Mar-99 | 22 | 4 | 18.18% | 1 | 4.55% |
| 19-Mar-00 | 31 | 4 | 12.90% | 0 | 0.00% |
| | | | | | |
| TOTALS | 156 | 16 | 10.26% | 2 | 1.28% |

# WCW SUPERBRAWL
## (PPV)

| DATE | TOTAL NUMBER OF WRESTLERS | BLACK WRESTLERS | BLACKS AS % | ASIAN WRESTLERS | ASIANS AS % |
|---|---|---|---|---|---|
| 20-Feb-94 | 24 | 3 | 12.50% | 0 | 0.00% |
| 19-Feb-95 | 26 | 3 | 11.54% | 0 | 0.00% |
| 11-Feb-96 | 34 | 4 | 11.76% | 0 | 0.00% |
| 23-Feb-97 | 29 | 2 | 6.90% | 2 | 6.90% |
| 22-Feb-98 | 21 | 2 | 9.52% | 2 | 9.52% |
| 21-Feb-99 | 22 | 1 | 4.55% | 0 | 0.00% |
| 20-Feb-00 | 27 | 3 | 11.11% | 0 | 0.00% |
| 19-Feb-01 | 25 | 1 | 4.00% | 2 | 8.00% |
| | | | | | |
| TOTAL | 208 | 19 | 9.13% | 6 | 2.88% |
| | | | | | |
| | | | | | |

## WCW STARCADE
### (PPV)

| DATE | TOTAL NUMBER OF WRESTLERS | BLACK WRESTLERS | BLACKS AS % | ASIAN WRESTLERS | ASIANS AS % |
|------|------|------|------|------|------|
| 27-Dec-94 | 20 | 4 | 20.00% | 0 | 0.00% |
| 27-Dec-95 | 17 | 1 | 5.88% | 7 | 41.18% |
| 29-Dec-96 | 18 | 0 | 0.00% | 3 | 16.67% |
| 28-Dec-97 | 21 | 1 | 4.76% | 0 | 0.00% |
| 27-Dec-98 | 18 | 2 | 11.11% | 0 | 0.00% |
| 18-Dec-99 | 36 | 4 | 11.11% | 0 | 0.00% |
| 17-Dec-00 | 31 | 1 | 3.23% | 2 | 6.45% |
| | | | | | |
| TOTAL | 161 | 13 | 8.07% | 12 | 7.45% |

# CW SPRING STAMPEDE
## (PPV)

| DATE | TOTAL NUMBER OF WRESTLERS | BLACK WRESTLERS | BLACKS AS % | ASIAN WRESTLERS | ASIANS AS % |
|---|---|---|---|---|---|
| 17-Apr-94 | 24 | 1 | 4.17% | 2 | 8.33% |
| 6-Apr-97 | 18 | 2 | 11.11% | 2 | 11.11% |
| 19-Apr-98 | 24 | 1 | 4.17% | 1 | 4.17% |
| 11-Apr-99 | 23 | 1 | 4.35% | 0 | 0.00% |
| 16-Apr-00 | 30 | 5 | 16.67% | 0 | 0.00% |
|  |  |  |  |  |  |
| TOTAL | 119 | 10 | 8.40% | 5 | 4.20% |

# WCW SOULED OUT
## (PPV)

| DATE | TOTAL NUMBER OF WRESTLERS | BLACK WRESTLERS | BLACKS AS % | ASIAN WRESTLERS | ASIANS AS % |
|---|---|---|---|---|---|
| 25-Jan-97 | 18 | 0 | 0.00% | 1 | 5.56% |
| 24-Jan-98 | 28 | 1 | 3.57% | 0 | 0.00% |
| 17-Jan-99 | 22 | 0 | 0.00% | 0 | 0.00% |
| 16-Jan-00 | 27 | 2 | 7.41% | 0 | 0.00% |
| | | | | | |
| TOTAL | 95 | 3 | 3.16% | 1 | 1.05% |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# WCW SLAMBOREE
## (PPV)

| DATE | TOTAL NUMBER OF WRESTLERS | BLACK WRESTLERS | BLACKS AS % | ASIAN WRESTLERS | ASIANS AS % |
|---|---|---|---|---|---|
| 22-May-94 | 20 | 1 | 5.00% | 0 | 0.00% |
| 21-May-95 | 30 | 3 | 10.00% | 1 | 3.33% |
| 19-May-96 | 42 | 3 | 7.14% | 1 | 2.38% |
| 18-May-97 | 24 | 3 | 12.50% | 4 | 16.67% |
| 17-May-98 | 16 | 0 | 0.00% | 1 | 6.25% |
| 9-May-99 | 22 | 2 | 9.09% | 0 | 0.00% |
| 7-May-00 | 22 | 1 | 4.55% | 0 | 0.00% |
| | | | | | |
| TOTAL | 176 | 13 | 7.39% | 7 | 3.98% |

## WCW ROAD WILD
## (PPV)
## (a/k/a Hogg Wild)

| DATE | TOTAL NUMBER OF WRESTLERS | BLACK WRESTLERS | BLACKS AS % | ASIAN WRESTLERS | ASIANS AS % |
|---|---|---|---|---|---|
| 10-Aug-96 | 44 | 1 | 2.27% | 2 | 4.55% |
| 9-Aug-97 | 24 | 2 | 8.33% | 0 | 0.00% |
| 8-Aug-98 | 31 | 1 | 3.23% | 0 | 0.00% |
| 14-Aug-99 | 28 | 4 | 14.29% | 0 | 0.00% |
| | | | | | |
| TOTAL | 127 | 8 | 6.30% | 2 | 1.57% |

## WCW MAYHEM
## (PPV)

| DATE | TOTAL NUMBER OF WRESTLERS | BLACK WRESTLERS | BLACKS AS % | ASIAN WRESTLERS | ASIANS AS % |
|---|---|---|---|---|---|
| 21-Nov-99 | 23 | 1 | 4.35% | 0 | 0.00% |
| 26-Nov-00 | 33 | 2 | 6.06% | 2 | 6.06% |
| | | | | | |
| TOTAL | 56 | 3 | 5.36% | 2 | 3.57% |

## REAT AMERICAN BASH
## (PPV)

| DATE | TOTAL NUMBER OF WRESTLERS | BLACK WRESTLERS | BLACKS AS % | ASIAN WRESTLERS | ASIANS AS % |
|---|---|---|---|---|---|
| 18-Jun-95 | 25 | 3 | 12.00% | 0 | 0.00% |
| 16-Jun-96 | 22 | 1 | 4.55% | 0 | 0.00% |
| 15-Jun-97 | 22 | 2 | 9.09% | 2 | 9.09% |
| 14-Jun-98 | 19 | 2 | 10.53% | 0 | 0.00% |
| 13-Jun-99 | 22 | 1 | 4.55% | 0 | 0.00% |
| 11-Jun-00 | 24 | 1 | 4.17% | 0 | 0.00% |
| | | | | | |
| TOTALS | 134 | 10 | 7.46% | 2 | 1.49% |

| DATE | TITLE OF PPV | TOTAL NUMBER OF WRESTLERS | BLACK WRESTLERS | BLACKS AS % | ASIAN WRESTLERS | ASIANS AS % |
|------|-------------|--------------------------|-----------------|-------------|-----------------|-------------|
| 13-Aug-00 | New Blood Rising | 28 | 1 | 3.57% | 3 | 10.71% |
| 14-Jan-01 | Sin | 34 | 2 | 5.88% | 2 | 5.88% |
| 18-Mar-01 | Greed | 28 | 3 | 10.71% | 0 | 0.00% |
| | | | | | | |
| TOTALS | | 90 | 6 | 6.67% | 5 | 5.56% |



# EXHIBIT / ATTACHMENT

## _____ V _____

(To be scanned in place of tab)

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
 2                       ATLANTA DIVISION

 3
     PEZAVAN WHATLEY,              )
 4                                )
              Plaintiff,          )
 5                                )
         vs.                      ) CIVIL ACTION FILE
 6                                ) NO. 1:01-CV-0916-CC
     WORLD CHAMPIONSHIP WRESTLING, )
 7   INC.,                        )
                                  )
 8            Defendant.          )

 9

10

11   _____

12              DEPOSITION OF PEZAVAN WHATLEY
                     NOVEMBER 14, 2001
13                     10:09 A.M.

14   _____

15

16

17

18

19

20

21

22

23

24

25
```

*Premier Reporting*

CERTIFIED COURT REPORTERS

The Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia  30326 • www.premierrptg.com
404-237-1990
800-317-5773

1    conversation, that he would confer with JJ Dillon.

2        Q    What was Mr. Bush's race?

3        A    White.

4        Q    And what was Mr. Goodley's race?

5        A    Black.

6        Q    Do you know what happened after that meeting

7    with Mr. Bush?

8        A    Yes --  only guesswork, but --  what

9    happened, but --

10       Q    What do you believe happened?

11       A    We talked to Mr. JJ Dillon, who stopped all

12   of the black people from being  -- moving up in

13   positions, and I was stuck.

14       Q    Why do you believe that?

15       A    Because Mr. JJ Dillon is as racist as they

16   come.

17       Q    Why do you believe that?

18       A    Because I've known Mr. Dillon for the

19   longest time.

20       Q    What has he done to make you believe he's

21   racist?

22       A    Well, I worked with him at a time when we

23   were in a bathroom listening to country and western

24   music, and the country and western music involved a

25   song and the word "nigger."  He thought that was

Page 63

1   great.

2       Q       Anything other than that?

3       A       Mr. JJ Dillon worked with me at times, with

4   Mr. James Crockett, and we were also given positions

5   to move up, but every time that I had to participate

6   in -- me, myself had to participate in any activity in

7   which I was under Mr. Dillon's hand -- it was always

8   racist, nigger.

9       Q       Let me back up for a minute.  When was this

10  incident with you and Mr. Dillon and country western

11  music in the bathroom?  Do you recall when that was?

12      A       That was in the '80s.

13      Q       In the '80s?

14      A       Yes.

15      Q       And you just said as far as working in

16  positions involving Mr. Dillon, it was always racist?

17      A       With me.

18      Q       What did he do?  Did he say anything racist?

19      A       He just stopped your opportunity to go

20  forward on your position.

21      Q       What evidence, Mr. Whatley, do you have that

22  JJ Dillon was responsible for stopping you from going

23  to any position?

24      A       I think he gave the talk to him.  He got --

25      Q       I don't want to know, Mr. Whatley  -- I want

Page 74

1    assisting with Keith on editing and passing out

2    papers.

3        Q    Do you know who made the decision to let

4    them do this work as assistant booker?

5        A    No, I don't.  I don't know.  I could only

6    speculate.  I don't know for sure.

7        Q    Now, you talked about earlier who you talked

8    with in terms of wanting to be a booker?

9        A    Yes.

10       Q    You mentioned Mr. Hamilton.  We talked about

11   that.

12       A    Yes.

13       Q    You mentioned Tim Goodley --

14       A    Yes.

15       Q    -- and a meeting that you had with Tim.  Was

16   that the only time you talked with Mr. Goodley about

17   being a booker?

18       A    No.

19       Q    Were there other times?

20       A    Yes.

21       Q    What did you say to Mr. Goodley?  Those --

22       A    Same thing I told him at the beginning.

23       Q    Which --

24       A    That we have --  we have and --  we have not

25   had any black bookers in the main events of the major

Page 95

1    Mr. Bruce were assigned trips in which that he could

2    make it back in time for his family or just one or two

3    days at different times.  But because of the fact that

4    my availability of being able to drive, after my

5    first-proven shot that I could drive a truck -- look

6    how this case is going --  that I could drive --  that

7    I could go then to be trusted to drive their truck and

8    their equipment from one designated point to another.

9         Q     Anything beyond what you've just told me as

10   far as the assignments of trucks that you believe was

11   discriminatory, or is that everything?

12        A     Yes.

13        Q     That's everything, or there's more?

14        A     No.  I mean, there's more.

15        Q     What else is there?  Please tell me.

16        A     In our --  Mr. Hamilton, part of his job was

17   to go at the television --  with the television, when

18   the television went out and --  at the beginning, and

19   our assignment was to take the people that applied to

20   --  that wanted to be wrestlers, into the training

21   facility both at Jonesboro and at Carroll Drive, and

22   at this time there was a man employed also with us,

23   because of Mr. Hamilton's absence sometimes, was

24   Blackjack Mulligan, and during the time we accepted as

25   trainers the people that applied into our jobs, and

1    when Mr. Hamilton arrived back and he first saw the

2    new recruits, his first comment was, oh, a different

3    color.

4        Q      All right.  When was this?

5        A      When we were in the training facility in

6    Jonesboro.

7        Q      So this is before you moved to Carroll

8    Drive?

9        A      Before we moved to Carroll Drive.

10       Q      Do you know what he was referring to?

11       A      Yes.

12       Q      What was he referring to?

13       A      Before there was never any --  maybe one,

14   two Afro-Americans or nonCaucasian people there.  The

15   applications that we received when he was there,

16   happened to include more than that, and which we

17   accepted, and they were in the facility when he came

18   and turned the corner.  This was not something that he

19   expected.

20       Q      Did he do anything about it other than to

21   say the comment that you just said?

22       A      What was done a little later is that they

23   were trimming the fat, multimillions of dollars.  They

24   were trimming the fat by cutting four of the black

25   guys that were down there and let two of the white

Page 97

1    guys go, because the white guys were not talented.

2    The black guys were very, very, very talented, and

3    they said we had too many down there.  Too many, I

4    mean too many people of different color.

5         Q      Did someone say that to you?

6         A      We knew it, and they said it.

7         Q      Who said that?

8         A      Mr. Mulligan told us as a repeat of what Mr.

9    Hamilton had said.

10        Q      So in other words, Mr. Mulligan told you

11   that Mr. Hamilton had said something about the color

12   of the trainees?

13        A      Mr. Hamilton had spoken about the color of

14   the trainees before that period of time, but this

15   particular instance, what we're speaking of, that's

16   the way it went.

17        Q      Do you remember who it was who was cut?

18        A      Troy Hamilton.  I can't remember his tag

19   team partner.  Very, very highly talented young man.

20   Mr. --  I can't remember his name.  I can't remember

21   his name.  Very well built, muscular bodybuilding

22   phenomena that was in town that wanted to become a

23   wrestler.  And other individuals, I can't remember

24   their names, but they made it very difficult for them

25   to stay at the facility and still wrestle.

Page 101

1      A      It was as --  it was true for us to train

2   everybody really hard, but the emphasis was exactly on

3   the --  on the black individuals that they knew that

4   they could really pound on at the same time as you

5   would be -- white individuals would be given a

6   routine, whereas the black was to be given the

7   routine.

8           Now, if a white individual doing the

9   routine faltered, slumbered, could not get it done, he

10   was given extra opportunity to get hisself together so

11   that he could be able to --  to keep going on.  If a

12   black individual stumbled, faltered, or --  he didn't

13   want to be there; he had a bad attitude; they couldn't

14   teach him; he couldn't learn it.

15      Q      Who was in control of this?  Wasn't it the

16   trainers who were in control of this, including

17   yourself?

18      A      Including myself.

19      Q      So you took part in the process of what

20   you're claiming?

21      A      My process was that you were wrong.  He can

22   do this.  They're great talents sitting right here.

23      Q      Mr. Whatley, let me interrupt you, because I

24   want you to try to make yourself clear.  I'll let you

25   finish, but I don't understand what it is you're

1    wrestle, which would provide me with more money.

2        Q      Who told you that?

3        A      From Mr. Sullivan himself.

4        Q      He came to you and told you that?

5        A      Yes.

6        Q      Did he tell Mr. Bruce and Mr. Wenner that

7    too?

8        A      No.  Mr. Sullivan told me.

9        Q      Just you?

10       A      Whether he told Mr. Bruce and Mr. Wenner, I

11   can't remember, but I know what he told me.

12       Q      So he came to you and said, I'm going to

13   give you more chances to wrestle?

14       A      Now you're going to get chances to wrestle.

15   He and Mr. Mike Graham both, who were in the booking

16   position and assisted booking.

17       Q      Why is that discriminatory discipline?

18       A      Well, because of the fact that they -- that

19   Mr. Bischoff -- during this period of time we wrestled

20   in a place called Atlanta, Georgia, the Omni, and Mr.

21   Bischoff showed expressively his desire about

22   discrimination, because he took not only myself but

23   every black off the card, and he was quoted as saying,

24   this is white night.

25       Q      When was this?

1    A    In the Omni, when Mr. Shuler was in charge

2    and at our first big Omni show.

3    Q    Who else did he take off the card, according

4    to you, besides you?  Who else?

5    A    Jacqueline --  the female, Jacqueline, who

6    was Mr. Sullivan's walk-in.

7    Q    His valet?

8    A    His valet.  The Harlem Heat, Harold Hogue.

9    That was all, because that --  that wasn't any other

10   blacks on the card.  Any other blacks on the card that

11   had been wrestling previously.

12   Q    Did Mr. Bischoff make this comment to you?

13   A    Mr. Bischoff made that comment to Mr.

14   Sullivan.

15   Q    Were you there when he made that comment?

16   A    No.

17   Q    How did you hear about that comment?

18   A    Mr. Sullivan came out and told us why we

19   weren't going to be able to work.

20   Q    What did he say?

21   A    He said that this is going to be --  he took

22   off Jacqueline.  He took off the Heat.  He took off

23   Harold Hogue.  He took off any other persons except

24   for the --  what he wanted, and he told us, just

25   before he left, told us, turned around and say, Eric,

1   said this is white night.   In Atlanta, Georgia.

2       Q      Any other discipline beyond that, Mr.

3   Whatley?

4       A      That's all of them that I can remember right

5   now, sir.

6       Q      Is there anything you think that would help

7   you remember other instances?

8       A      I'm trying to, but that's all I can

9   remember.

10      Q      Why don't you take a minute and see if you

11  can remember anything more?

12      A      I spoke up to Mr. -- Mr. Randy Savage, who

13  was one of the prominent wrestlers at the time, about

14  having the opportunity to wrestle and to book, to be

15  the booker at that time, who was Kevin Sullivan.   I

16  mean, Kevin Nash.   Who at that time, Mr. Savage was

17  one of the few people that knew the -- about

18  qualifications of being the booker and that -- and

19  that I had them.

20             He spoke to him about him -- about doing

21  it, and at that time Mr. Nash could have done it if he

22  wanted to.   And he did not do it, and when Mr. Savage

23  came back to tell me the reason why he did not do it,

24  he included the fact that they were making some

25  changes.   But also he said, but the real changes, you

1    know.  And we both pointed, and we parted.

2        Q        This was what Mr. Savage said to you?

3        A        Mr. Randy Savage.  When we discussed

4    wrestling and booking as one of the things that I

5    could continue doing on that job.  Oftentimes headline

6    wrestlers go to the booker and the --  and express,

7    this guy can do it.  This guy can do it.  Randy Savage

8    was a guy highly respected.  His opinion was highly

9    noted.  He done a lot in the business, and so -- even

10   more so than the guy that held the position in the

11   job.

12              And so when Mr. Savage came back, it was

13   told to me because they're going to make some changes,

14   but also in the conversation, we knew that changes

15   that were being made had nothing to do with my

16   request.  Changes was that they didn't want me in

17   there and that I was black.

18       Q        He didn't say that, but that's what you

19   understood him to be saying?

20       A        Well, he pointed to skin.

21       Q        Did he say that's what Mr. Nash said, or did

22   he say that's what he believed was going on?

23       A        He told me what Mr. Nash said about the

24   changes and that there were going to be those changes

25   made.  I can't remember verbatim, word for word.

Page 139

1       A       Right now.

2               MR. PONTZ:   Well, I'm going to reserve

3       the right to reopen this deposition when Mr. Whatley

4       decides he can remember some other stuff, but I'm

5       taking him at his word that that's everything he knows

6       about.

7       BY MR. PONTZ:

8       Q       Mr. Whatley, you also indicated in your

9       complaint that you believe you were subjected to a

10      racially hostile work environment?

11      A       Yes.

12      Q       What do you think made your work environment

13      racially hostile?  What things happened at the

14      workplace that you think made it racially hostile?

15      Other than what we've talked about?  You don't need to

16      repeat the things we've talked about, although you can

17      point them out to me if you want.

18      A       I found it necessary to try to advance

19      knowledge or equip young black wrestlers on some of

20      the things that they were going to be facing when they

21      got into the business.  Not only was that

22      objectionable from Mr. Hamilton's point of view, but

23      it was objectionable to the assistant booker's point

24      of view, objectionable to the booker's point of view,

25      and objectionable to Mr. Bischoff's point of view.



1    Q    Well, what was racially harassing about
2    that?

3    A    Well, they would rather for those kids not
4    to know those things than to be told those things.
5    They would not -- they would rather for them not to
6    know that they weren't going to get an equal
7    opportunity and that they were going to be twice as
8    good as the white boys even to be able to look at, and
9    they didn't want them to know that even though they
10   could be twice as good as the white boys and wrestle
11   and have talent, charisma, talking and everything,
12   they still weren't going to be given the chance, even
13   though they colored it like you were going to be --
14   like they was going to give an equal opportunity to
15   them all.  Me being in that business and knowing that
16   before, knew that they were lying.

17   Q    Mr. Whatley, what I'm really asking you is,
18   what happened in your workplace --  what happened to
19   you in your efforts to do your work and provide your
20   services that you believe was racially hostile and  --

21   A    Okay.

22   Q    -- affected your ability to perform your
23   job?

24   A    During the time the four --  when they made
25   the cutbacks, when they made the cutbacks on the four

1    A    Well, being a man of the experience that I

2    had, Mr. Hamilton first of all, who was in full

3    knowledge that I was a fully capable and able person

4    to be able to do not only my job but the job that he

5    was doing and to be booker.  Well, Mr. Hamilton made

6    no effort whatsoever to promote the fact that he had

7    an individual that could help with the company

8    overall.  Mr. Hamilton rather kept his mouth shut so

9    that no fur is fluffing.

10    Q    Anything else that Mr. Hamilton did that you

11    believe made a hostile work environment for you?

12    A    The fact that when we were in Carroll Drive

13    and wrestling, we would point out the different

14    individuals who working with them day by day, that

15    were really coming along real fine.  Well, Mr.

16    Hamilton came out there, and he would look under the

17    surmise of whatever period of time he was out there;

18    an hour, two hours, or whatever, and then come back

19    and make a decision on which ones he thought that was

20    good or bad, you know.

21            And oftentimes -- oftentimes nonCaucasian

22    or off-white or African people were -- were given

23    positions of --  he could stay down there and train

24    more, but it's always a little this that was wrong or

25    a little that, that was wrong.  Everybody had

Page 143

1    something wrong.  You know, so it should not be just

2    one group that should have been --  that should have

3    been identified as having something wrong.

4              They just whenever the administration

5    didn't want an extra black in there, they make up a

6    reason.  He don't come on time.  Some didn't come at

7    all, you know, and still were welcome back.  Also,

8    which was -- this is --  the terrible thing is that

9    they would bring down Keith and that young lady that I

10   can't remember her name to look at the talent, who had

11   no idea what's going on.

12             And myself, especially myself, who were

13   capable of doing a lot of things for the young men,

14   our opinions were swept under the rug.  I mean, when I

15   mean our opinions, I mean my opinion on who could be

16   doing --  like you could have a black man down there,

17   six-eight, 325 pounds, undeniably, undeniably money

18   walking, and because they would bring individuals down

19   there that had no idea about what was going on or what

20   the training, all they do is looked and thought he was

21   cute or had the hair long enough or they dyed their

22   hair blond.  They had enough steroids stuck in their

23   ass that they was the ones that would be chosen over

24   individuals with talent.

25        Q    Anything --  I'm sorry.  Go ahead.

1    A    No.  Go ahead.

2    Q    No.  Finish what you're saying, please.

3    A    That was it.  That was it.

4    Q    Anything else that you think was done that

5   made your work environment a racially hostile work

6   environment?  Besides what you've already told me?

7    A    When I chose an individual that was --  that

8   was talented enough to go around and --  and

9   especially, you know, when I chose a black individual

10  that was good enough to be talented, useful, could

11  draw money, that was like a mark against him.

12   Q    Did you ever choose any white individuals

13  that you thought were good?

14   A    I tried to be fair.

15   Q    And what happened to the white guys that you

16  chose that were --

17   A    Quite a lot of them were chosen.

18   Q    And none of the black guys you pushed were

19  chosen?

20   A    No black guy that I endorsed was ever used

21  on a WCW main event on the assistant basis.

22   Q    Who were some of the African-American

23  trainees you endorsed?

24   A    Like, Mr. Bobby Walker is an individual I --

25  now, Mr. Bobby Walker had a talent that no other

1   hold you on the sideline, especially me, because they

2   didn't want you to --  to display the guy giving

3   talent that you could do what was actually being

4   required of you to do.

5       Q      Anything else that you believe supports your

6   claim for a hostile work environment on the basis of

7   race?

8       A      Okay.

9       Q      What else?

10      A      Because of the fact that you --  I wrestled

11  in several --  I mean, I participated in several

12  different jobs in the WCW organization, it was not

13  unusual for you to hear amongst the work place, you

14  know, the N-word, or darky, or if you went and was

15  sitting down beside another employee that was an

16  individual that was there and the employee happened to

17  be a white female, better make sure that you were not

18  sitting down there for enticement of the white female.

19  Other white males who were always looking at that,

20  would come over and sit beside you.

21              If I was in a conversation with another

22  black individual, or another couple other black

23  individuals, it was not unusual for Terry Taylor,

24  Diamond Dallas Page to come over with a joke.  Hey,

25  not more than two or three black guys in a --  at one

Page 167

1    incidents with some lighting employees, is there

2    anything else?

3        A    Well, also in security, Doug Dellenger, who

4    was head of security from start to beginning, came up

5    and told one black individual they were playing the

6    music over the loudspeaker and turned it off and said,

7    we don't want to hear no more of that nigger music.

8    And when the individual turned around and got mad, he

9    said, I don't know what you got mad; we could say that

10   to Pez and it'll be all right.

11       Q    Were you there when that happened, Mr.

12   Whatley?

13       A    No.  I was just told about that after it

14   happened.

15       Q    Who told you about that?

16       A    The people that it was told to.

17       Q    Who?  Who?  Names?

18       A    The wrestle --  was Mr. William Boulware was

19   told, and he reported it to the human resources

20   department.

21       Q    How do you know he reported it to the human

22   resources department?

23       A    Because we went down there when he went down

24   there and told.

25       Q    Were you there when he went and told them?

Page 174

1    Q    Did they ever say that to you?  Did you ever

2  hear them say that?

3    A    No.  Only time that I heard them say it is

4  when they thought I wasn't there.

5    Q    That's what I'm asking you, Mr. Whatley.

6  Were there times that you heard Diamond Dallas Page or

7  Chris Kanyon use the N-word about you?

8    A    When they was in dressing rooms and were

9  leaving the dressing room or coming out of the

10 dressing room and you're making suggestions about,

11 well, what can be happening in the ring, you would

12 hear them when you left saying, what that nigger

13 talking about?

14   Q    Who would you hear say that?  Chris Kanyon

15 and Diamond Dallas Page?

16   A    Different ones like that.

17   Q    Anybody else you can think of?

18   A    Not right off the bat.

19   Q    When did that happen?

20   A    During the  '98-'99 --  it continued to

21 happen all the way through, but most --  most of the

22 time, '98 and '99 sessions during the wrestling.

23   Q    And these were wrestlers who were making

24 these statements?

25   A    They were wrestlers, yes.

1   or come get security and say, hey, there's a guy in

2   the ladies' room?

3        A     Not to my knowledge.

4        Q     That's fine.  Any instance that we haven't

5   talked about -- Mr. Whatley, any instance we haven't

6   talked about involving the use of the word "nigger?

7        A     Only things that I could say is what I was

8   told after somebody said that it was said.  The

9   earshot of hearing it or up in front of your face,

10  hearing it, had been limited to just several

11  occasions.

12       Q     The ones we talked about?

13       A     Yes.

14       Q     Did anyone ever call you darky?  That was a

15  word you used a few minutes ago.

16       A     I heard the word "darky," but that was, you

17  know -- the word darky on the crew, with the people

18  that you worked with, and that because of the fact

19  that -- like I said before, that I wouldn't take

20  second citizenship to, like, for instance, a guy that

21  was -- I can't remember his name.  He was one of the

22  ones in charge of lighting.  Used in reference.  Used

23  it in reference to me, because of the fact that we

24  were all moving out our stuff at the same time.

25              He wanted us to stop doing our job so that

Page 181

1    he can complete the -- completely let the -- the

2    lights down.  But because of the fact that we were on

3    the move and they wanted economically to use the

4    locals to do all the things, they were trying to get

5    us out first, so therefore he was disgusted in the

6    fact that he had to wait, and now it's -- I had to

7    wait behind a darky too.

8        Q    Do you remember his name?

9        A    I can't remember -- I tried not to remember

10   his name, but I knew that he was one of the men that

11   was in charge of when the lights went up and went

12   down, and --

13       Q    Did he work for the arena, or did he work

14   for WCW?

15       A    WCW.

16       Q    So he was a lighting employee of WCW?

17       A    WCW.

18       Q    Did you complain about that?

19       A    Oh, yes.

20       Q    Who did you complain to?  Do you recall?

21       A    Oh, yes.  Every instance that we did, that

22   we called, you know, I knew exactly that the person

23   that you can go to in the instance was human resources

24   department.

25       Q    Do you know if human resources department



# EXHIBIT / ATTACHMENT

## W

(To be scanned in place of tab)

## DECLARATION OF HARRISON NORRIS

STATE OF GEORGIA
COUNTY OF FULTON

    Harrison Norris gives the following Declaration under penalty of perjury and states as follows:

1.

    After my six-month training program at World Championship Wrestling ("WCW"), I began training on a very frequent basis at the Power Plant for several years.  I also assisted in training other wrestlers at the Power Plant.

2.

    One of the wrestlers whom I personally observed was named Bounthan Saengsiphan.  Although Mr. Saengsiphan was not a large wrestler, he was definitely the same size or perhaps even a little bigger, than other wrestlers in his weight division, which was called the "cruiserweight division."

3.

    I recall other Caucasian wrestlers such as Billy Kidman and Shannon Moore who were not very large and were probably the same size as Mr. Saengsiphan.

4.

    While I was training at the Power Plant, and while I was assisting in helping others at the train at the Power Plant, I personally observed Mr. Saengsiphan wrestle and perform his moves.  He was a very good wrestler, and could perform many different moves.

5.

    He was very impressive in his ability to jump off the ropes and do other high-flying maneuvers that were characteristic of the cruiserweight wrestling division.

6.

Although Shannon Moore did not regularly train at the Power Plant, I did observe him in various matches.  Shannon Moore was Caucasian.  I believe that Saengsiphan was as good as, or was better than, Shannon Moore.

7.

I also recall a wrestler named Matthew Baum.  He was Caucasian.  He was also about the same size as Mr. Saengsiphan.

8.

Saegsiphan had a tremendous attitude.  When ever he was asked to do anything, we approached the situation will a will-do, can-do approach.

9.

I remember one time when Mr. Saengsiphan had a death in his family.  He then had to leave the Power Plant and missed several days of training.  I did not observe that this limited time off impeded Saengsiphan's progress as a wrestler.

10.

Many Caucasians missed much greater periods of training, but were pushed nevertheless.

11.

I recall WCW conducting tryouts at or about the time the Power Plant moved locations.  I specifically recall Mr. Saengsiphan's tryout.  In fact, I videotaped the tryout and provided it to my attorneys to produce in my litigation against WCW and Turner Defendants.

12.

I recall that Bounthan Saengsiphan was physically capable during his entire tryout, and I do not recall him having any knee injury during the tryout.  I remember becoming aware that Bounthan began having some difficulties with his knee, but he was very tough, and managed to keep training and wrestling and show his flying maneuvers even with restrictions.

13.

I declare under penalty of perjury that the foregoing is true and correct.

Harrison Norris

2/18/03

Executed on (Date)



# EXHIBIT / ATTACHMENT

## _____X_____

(To be scanned in place of tab)

To: ALL WCW TALENT

From: J.J. DILLON

Date: APRIL 30, 1999

CC: Eric Bischoff
Bill Busch
Diana Myers
Alan Sharp

Subject: TALENT SCHEDULES, INCLUDING PERSONAL APPEARANCES

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

We have had several recent situations where talent were needed on short notice for WCW business ("house show" substitution, personal appearance, etc.) only to be informed by the individual talent that they had made a previous commitment not approved by WCW (movie project, charity appearance, autograph session, etc.) that caused a conflict.    In order to avoid a reoccurrence of these situations from this point forward, please be advised that all requests for days "OFF" must be requested in advance and approved by J.J. Dillon.    If you are planning a vacation, wanting to attend the wedding of a friend or planning to attend a school reunion, etc., you must request the time off in advance. THIS INCLUDES ANY AND ALL PERSONAL APPEARANCES (INCLUDING AUTOGRAPH SESSIONS), WHETHER FOR CHARITY OR INVOLVING AN APPEARANCE FEE.

Talent Relations has been given approval on a trial basis to authorize personal appearances for talent that involve payment to talent of a fee payable from a source outside our company.    These personal appearances will only be considered "Authorized Appearances" if they are scheduled through WCW.    The talent involved and WCW will share any fee involved, with the majority of any appearance fee going to the talent that makes the appearance.    All of these non WCW related personal appearances will be voluntary (therefore not regarded as a workday if there are limitations in the WCW talent contract) and subject to the approval of the talent. Appearance fees are usually determined by the fair market value, and if approached, WCW will attempt to get a fair appearance fee, which is subject to the approval of the talent.    If you are approached concerning an appearance, please have the party contact J.J. Dillon to comply with our appearance approval process.    This usually involves a contract for the appearance, which assures the validity of the request.    All appearance fees are received in advance by WCW, which assures the talent will be paid in accordance with the agreement.    ALL APPEARANCES NOT CLEARED BY WCW WILL BE REGARDED AS "UNAUTHORIZED" AND YOUR PARTICIPATION IN AN "UNAUTHORIZED APPEARANCE" COULD BE INTERPRETED AS A BREACH OF YOUR CONTRACT.

This represents a great opportunity for an added revenue stream for WCW talent.    This should continue beyond a trial basis, if we all work within the system.    If you have any questions or comments, please call J.J. Dillon at (404) 603-3832.    Thank you.



PLAINTIFF'S
EXHIBIT

49

WCW 010262
CONFIDENTIAL



# EXHIBIT / ATTACHMENT

## _____ Y _____

(To be scanned in place of tab)

## DECLARATION OF JOHN SNAKOVSKY

STATE OF GEORGIA
COUNTY OF _____

    John Snakovsky gives the following declaration under penalty of perjury and states as follows:

1. J.S.

    I became a wrestler WCW in 1994.  My wrestling name and professional name is Johnny Boone.

2. J.S.

    In 1999, I became a referee.  In my capacity as a wrestler, and then as a referee, I was in a position to personally observe many of the WCW officials, especially those who worked in the Booking Department.

3. J.S.

    On numerous occasions, I heard Terry Taylor use offensive and negative words in describing minorities.  I heard him call Sonny Onoo a "Jap" on several occasions.  I also heard him refer to Sonny Onoo as a "Gook."

4. J.S.

    I also heard Terry Taylor use the word "nigger" on many occasions.  In fact, he constantly used that word when referring to African-American wrestlers.

5. J.S.

    I heard Terry Taylor call Ernest Miller ("The Cat") a "nigger."

6. J.S.

    I also heard Terry Taylor call Harrison Norris ("Hard Body") a "nigger."

7. J.S.

On one occasion, I heard Terry Taylor state that neither Bobby Walker nor Hard Body Norris would make it in the wrestling profession because they were "black."

8. J.S.

Based on my observations of Mr. Taylor, including his use of the words "nigger" and "gook" I believe that Taylor was discriminating against non-Caucasians.

9. J.S.

For example, I recall that Terry Taylor often "pushed" a Caucasian wrestler by the name of Joey Mags. Upon information and belief, Mr. Mags had many personal problems. Joey Mags did not possess many skills and abilities as a wrestling performer. Nevertheless, I am personally aware that Terry Taylor "pushed" Joey Mags over Ernest Miller. Although Ernest Miller was a much better athlete, better wrestler, and better performer, Terry Taylor "pushed" Joey Mags over Ernest Miller.

10. J.S.

I also am aware that Terry Taylor pushed Joey Mags, but did not push Hard Body Norris or Bobby Walker.

11. J.S.

I personally observed Terry Taylor treat Sonny Onoo horribly. Terry Taylor always referred to Sonny in a negative and/or racist manner, and never provided Sonny with an opportunity fully use his talents.

12. J.S.

Sonny played a very unique role at WCW. Sonny was neither a wrestler nor a referee, but worked as a manager/entertainer. Sonny was extremely professional, very diligent, and always demonstrated a thorough understanding and knowledge of the wrestling industry.

13. J.S.

Based on my observations and experience, Sonny Onoo was a much better entertainer and/or manager than Sherry Martil.

Similarly, he was much better than Tori Wilson.  As to each of
these individuals, Sonny demonstrated much better role-playing
and more professionalism.  He also demonstrated a greater degree
of *wrestling* expertise in his approach to wrestling events.

14.

Sonny Onoo was also a better manager/entertainer than
Colonel Parker.  I believe that Sony was better at involving the
crowd, and getting a crowd reaction to various staged events
than was Colonel Parker.  He also was more knowledgeable about
wrestling, and was a much harder worker than Colonel Parker.

15.

In addition to Terry Taylor, I heard many other WCW
officials use racist and/or negative words such as "nigger."  I
cannot recall with certainty the identity of the other
individuals, but I am confident that I heard these words from
WCW officials in addition to Terry Taylor.

16.

In the summer of 2000, I was working as a referee.  That
night, the WCW held a World Championship wrestling match.  The
match was scheduled between Booker T and Jeff Jarrett.  Based on
my recollection, Booker T was <u>not</u> "pencilled in" to win the
fight.  As those of us in the industry know, a particular
wrestler is scripted to prevail in a fight.  I believe that Jeff
*Jarrett* was scripted to win the world championship over Booker T
on that particular date.

17.

Before the actual wrestling match, I had heard Vince Russo
and Terry Taylor discussing a lawsuit filed by Hard Body Norris
and Bobby Walker.  I believe I also heard them refer to a
wrestler named Ice Train during this conversation.  All of these
individuals are African-American.

18.

During the conversation, I heard Terry Taylor and Vince
Russo state that these African-American wrestlers had sued WCW
for racial discrimination.  I recall Taylor saying, in reference
to Hard Body Norris, "that nigger Hard Body is no good."

19. J. S.

During the same conversation, I heard Vince Russo and Terry Taylor state that they would have to do something about the racial allegations against WCW.

20. J S.

Each of them indicated that they would have to do something to deflect racial allegations brought against WCW.  During the conversation, they made it clear that they were going to make an African-American the champion in order to make it appear that they were not discriminating against African-Americans. Terry Taylor indicated that by making Booker T, an African-American, the champion, it would "get them off of our backs."  In sum, they made it clear that they were concerned about racial allegations brought by Bobby Walker, Hard Body Norris, and other African-American wrestlers.  In order to make themselves appear not to be racist, they scripted Booker T, an African-American, to become the WCW champion in response to the lawsuit alleging racial discrimination.

I declare under penalty of perjury that the foregoing is true and correct.

John Snakovsky

April 5, 2002
Executed on (Date)



# EXHIBIT / ATTACHMENT

## _____Z_____

(To be scanned in place of tab)

## DECLARATION OF CHARLES ASHENOFF

STATE OF GEORGIA
COUNTY OF_____

Charles Ashenoff gives the following declaration under penalty of perjury and states as follows:

1.

I became a wrestler for the World Championship Wrestling Organization ("WCW") in 1996.  My wrestling name is Konnan.  I am Hispanic.

2.

During the time that I wrestled for WCW, I observed many forms of discrimination against non-Caucasians.  Although I believe that WCW discriminated against African-Americans and Asian-Americans, I was particularly offended by the manner in which WCW officials and WCW's attorney Diana Myers treated Hispanic wrestlers.

3.

On one occasion, Eric Bishoff stated that, "you guys are lucky to have a job; you could be wrestling for $100 dollars a day on ranches."  He was referring to Hispanic wrestlers who could easily be working in Mexico on a ranch.  His statement reflected the general attitude that any Hispanic wrestler at WCW was "lucky" to get what he could get at WCW. WCW's officials treated Hispanic wrestlers as second class citizens (as compared to white wrestlers).

4.

I felt that I was treated differently because I was Hispanic.  For example, when I and Oscar Guitierrez arrived in Los Angeles, we were suppose to have transportation provided by WCW because we lived in San Diego.  Mr. Guitierrez and I were very upset that WCW failed to provide for the transportation.  In fact, we felt that it was a breach of our contract.  Mr. Guitierrez and I eventually had to pay for a taxi out of our own funds.

5.

I called Diana Myers to complain of this mistreatment.  I
told her that it was a breach of WCW's contract.  Ms. Myers
merely stated that if it was a breach, "do what you have to do,
but it will take you more money to get it from us."

6.

I believe that on that particular occasion, all of the
Caucasian wrestlers were provided the transportation to their
homes and/or destinations.  I believe that this was blatant
discrimination, and I was afraid to further complain because
Diana Myers herself was aware of the blatant discrimination, and
failed to do anything about the situation.  In fact, she merely
suggested that it will cost us more money to enforce our rights
than we would obtain if we pursued our contractual and federal
rights to be treated the same as Caucasian wrestlers.

7.

In ____, myself and other wrestlers were contemplating
leaving WCW and wrestling for another organization.  Although
the situation became very complicated, the bottom line is that
WCW officials, including Bill Bush, found out that I was trying
to leave WCW.  At that time, I was suspended for trying to leave
WCW.  Meanwhile, a Caucasian wrestler Peter Gruner, also
threatened to leave.  He was retained, and was not suspended.  I
believe that I was treated differently from Peter Gruner because
I am Hispanic.

8.

I have also observed discrimination against other Hispanic
wrestlers.  For example, I am aware that several Hispanic
wrestlers (Hector Garza, Manuel Ortiz, and Manuel Carrera) all
became injured at WCW.  When they became hurt, WCW fired each of
them after they had cleared their medical restrictions.  The WCW
officials stated that these Hispanics were no longer needed, but
were replaced by Caucasians.  During this time, the number of
Hispanics eventually dropped from approximately fifteen (15) to
only three (3).

9.

In contrast, whenever Caucasian wrestlers became injured, they were treated much better.  For example, Kevin Nash, Hulk Hogan, and Pete Savage all were accommodated and were returned to work after they were injured.

10.

Because I believe this was further discrimination against Hispanics, I told Diane Myers that WCW was treating these Hispanic wrestlers differently because they were Hispanic.  Ms. Myers stated, "what are they going to do, sue us."  In my observation, I perceived Ms. Myers as protecting WCW's interest rather than responding to the discriminatory practices.  In fact, she herself made statements and decisions reflecting her bias against Hispanics.

11.

On several occasions, J.J. Dillon also made derogatory statements about Hispanics.  For example, Hispanics were typically forced to sleep two or three persons in a room, while the Caucasian wrestlers each had their own room.  When this unfair practice was brought to his attention, J.J. Dillon stated that "they were lucky to get that."

I declare under penalty of perjury that the foregoing is true and correct.

_Charles Ashenoff_
Charles Ashenoff

_MARCH 13, 2002_
Executed on (Date)



# EXHIBIT / ATTACHMENT



(To be scanned in place of tab)



How can WingspanBank.com save me ⋯ ⋯ ⋯   ?

COME GET SOME!



WCW · WWF · ECW · Indies · Int'l

**Miller Time**

Home

WrestleManiacs

ScoopThis

Bombshells

Toys

Rankings

Photos

Audio

Schedules

Columns

Almanac

Forums

Chat

Store

WOW Mag

Email Us

**Federations**

WCW

WWF

ECW

Indies

Int'l

# Exclusive interview with WWF's head writer Vince Russo

September 30, 1999

## By Ben Miller
### WrestleLine/WrestleManiacs

**BEN:** The people you closed the door on, I don't want to ask for names, have they ended up showing up on ECW or WCW, or do they end up staying on the fringe of the business for the same reason you didn't want them?

**RUSSO:** No, they wind up showing in ECW and WCW. I think that's why you have such chaos, especially in WCW's locker room. When there is a free agent out there, one of the first things we look at is that there is such peace and harmony and a family feeling in our locker room, if we bring this guy in, how is it going to affect that? If it's going to affect that in a negative way, we don't bring them in. These guys definitely get picked up in ECW and WCW. Like I said, I think that's part of the reason why you have so many problems in WCW.

**BEN:** Two guys that have been critical of you at various times are **Dave Meltzer** who obviously writes the *Wrestling Observer* and **Bruce**

PLAINTIFF'S
EXHIBIT
#2

**Mitchell**. Do you have any opinion on those guys?

**RUSSO:** Well yeah, it just really bothers me. First of all, you've got to understand something, I never in my life claimed to be a great journalist, because the way I write ... I don't try to write to impress people. I don't try to write in a style like look at me, I'm smarter than you. I try to write in a style that people ... the common guy - the wrestling fan will understand. That's how I try to write, and that's the most important thing to me - that I write in a way that our fan is going to understand. I am not above anybody, and another thing too, every one of my columns, even if it is pro-WWF, I write what I truly believe in my heart. Nobody tells me to write my column, if I write it positive, or negative, whatever the case may be, **Vince McMahon** lets it go, then I write about what I truly, truly feel. And I try to write the truth.

The thing that just bothers me, primarily about Dave Meltzer, I just feel he thinks he's better than everybody else. I think he tries to talk down on people like he knows everything, and the reality of the situation is that Dave Meltzer doesn't know shit. Because all Dave Meltzer's information is second hand information, and whoever is giving him that information is putting their little spin



Though there are some things Russo can't talk about, like the Owen Hart lawsuit, he believes in telling readers as much as possible. (WOW)

on it, and whereas you
know - me - I'm there! I
know what's going on. I'm behind the scenes. I
talk to these guys on a daily basis. I know
what's true. I know what's bullshit, and I tell the
reader as much as I possible can.

Of course there are some things I can't talk
about. I even mentioned to you like the Owen
situation - anything involving a lawsuit, I can't
talk about, you know. But it just really bothers
me when you have a guy who feels that he's
above it all, when the reality is he's getting the
information second hand, and some of it right,
and some of it is absolutely bullshit, and he
doesn't have a clue as to what's right and what's
bullshit. And that's what bothers me. They can
be as critical as they want to be, but I would
much rather have a job and be in a position
where I know what I'm talking about rather than
have to rely on gossip.

**BEN:** I see where you're coming from. Obviously
those guys have to know someone in the
company. If you ever found out that someone
was a mole for one of these newsletters or
something like that, would you get mad at
them?

**RUSSO:** I don't necessarily know if they do
know someone in the company, and the only
reason I say that is because on so many
occasions, the information is wrong. It's just flat
wrong. I remember one time Dave Meltzer had
something in there about me, a couple of years
ago, it was rumored that one of the WCW
wrestlers died in a car crash ... that black guy ...
that Pit guy ---

**BEN:** Oh yeah. **Craig "Pitbull" Pittman**.

**RUSSO:** Yeah, the next thing I know I'm reading in Meltzer's newsletter that Russo was on the phone spreading this rumor. Just stuff like that. I can't fathom that they know somebody on the inside with credibility, because as I said, yeah half of their stuff is right on the money, and the other half is totally bullshit.

**BEN:** I see where you're coming from, but wrestling is a business obviously, where in the past, more than in the present, it's tough to get the truth. In my defense, because I'm someone who reads those newsletters, you don't know where the truth is coming from. It's hard to tell sometimes.

**RUSSO:** I don't necessarily agree with you on that, because why is it tough to get the truth? If Dave Meltzer ever called me, or a **Wade Keller** ever called me, or if any of those guys ever called me, I'm going to tell them the truth, and I'm going to tell them what I know. I have nothing to hide. If they ask me a question, I'm going to tell them the answer to the question. But the difference is, if they ask you a question, and you honestly don't know the answer to it, then you're a liar. Like you asked me about the IPO. I honestly don't know anything about that, and quite frankly, I really don't care. My plate is so full with writing television, I don't know about that. But to a Meltzer or a Keller, if they ask me that same question, and I answer it the same way, well I'm lying, and they're not getting the truth from me.

**BEN:** I understand, but to the average fan, it's not like you can get the entire truth like on the some of the uglier side of the business, like with deaths and stuff like that. It's not like you can

go to WWF.com and create a detailed itinerary of what was at **Brian Pillman**'s bedside. So sometimes you have to go to outside sources to find the truth.

**RUSSO:** Right.

**BEN:** This is something I've always wanted to see in American professional wrestling, have you guys, the TV writing team, ever thought of having the title like All Japan Pro Wrestling where there's no gimmick matches, no run-ins, no count outs, it's just two guys in a wrestling match. And not every match to be like that, because I know how it can get boring and monotonous, but just one title ---

**RUSSO:** I'm going to tell you something right now that you will absolutely not agree with, but I've been a wrestling fan my whole life and I will live and die by this - it is hard enough, believe me I write this shit, it is hard enough to get somebody over. You will never ever, ever, ever, ever see the Japanese wrestler or the Mexican wrestler over in American mainstream wrestling. And the simple reason for that is, even myself, I'm an American, and I don't want to sound like a big bigot or a racist or anything like that, but I'm an American ... if I'm watching wrestling here in America, I don't give a shit about a Japanese guy. I don't give a shit about a Mexican guy. I'm from America, and that's what I want to see. Now there are the smart fans that love that type of shit, like you.

**BEN:** Yeah, I really like All Japan.

**RUSSO:** Which is cool, but the reality of it is, that's a small minority of our audience.

**BEN:** But I'm not talking so much about the fact

that you would have to use the guys from
Japan, I'm just saying, two guys who I think are
good wrestlers, maybe **D'Lo Brown** and **Jeff
Jarrett**, who maybe don't have the interview
skills or the charisma of a **Rock** or **Steve
Austin**, but if you put them out there in longer
matches where they could show their in ring
talent ---

**RUSSO:** What do you call a longer match?

**BEN:** I don't know, maybe 12 minutes?

**RUSSO:** There is no way on television ---

**BEN:** Not on television. I mean more PPV, and
on television it would 6-8 minutes. I don't think
matches on television outside of the main event
should go more than 8 minutes.

**RUSSO:** But the thing you don't understand is,
and I can tell you first hand, the way television
is, and how short the matches are on TV - what
we've done now basically is we've basically
trained the audience. It's crash TV. It's in and
out. What's the finish? Let's get to the next
thing.

**BEN:** Absolutely.

**RUSSO:** That's the way we've trained the fan,
and I've got to tell you, I don't know how many
PPVs you go to, but a couple of years ago when
I wasn't writing the PPVs, and we just really
started this trend with the way the business is
now, we would have 15, 20, 25 minute matches,
because it was the PPV, 5 minutes in, people
were sitting on their hands.

**BEN:** That's true -

**RUSSO:** The house was silent. The reason being, we've trained these people a certain way, and now that's why I'm writing the PPVs, because basically, the PPVs need to be written the same way as television, because that's what the fans expect.

**BEN:** That is true, but you have to recognize that WCW does a lot of short matches too, but when you go on their PPV and see a really good "wrestling match" where the workrate is high, with like ... I can remember **Raven** and **Saturn** v. **Malenko** and **Benoit** on PPV, and it went like 12 or 13 minutes and the crowd was hot the entire time. You don't think that type of thing would work in the WWF?

**RUSSO:** I think that's a rarity. I watch everything that I can. I've never watched Mexican or Japan, because I don't give a shit. I live here, that's all I care about. But one thing I got to tell you, I was watching ECW last week, **Van Dam** and who--?

**BEN:** I won't even go into that.

**RUSSO:** No, but who's the other guy?

**BEN: Jerry Lynn**.



Stone Cold
Jersey!
· WWF Attitude
Tee
· NWO Bucket
Cap
· Sable
Attitude Bear
· Hogan Flag
· Goldberg T-
Shirt

**RUSSO:** Ok Jerry Lynn. Now I got to tell you something, seriously, I was sitting here really enjoying the hell out of the match, but it got to the point even with me where it was like, OK end this. The thing is, you've got to understand, in this day and age, there are so many things for people to do that their attention span is so

short. Why do you think when there is a commercial people change the channel? You know what I'm saying?

**BEN:** I agree, but are you saying that something that I thought was just as incredible, I don't know if you saw the last ECW PPV, but **Mike Awesome** versus **Masato Tanaka** and they went out there for a good 13-15 minutes and they had what people would call a \*\*\*\* or a \*\*\*\* ½ match, is that going to be obsolete in the WWF? In that match where they basically stayed around the ringside area, and there's a clean finish - even though I know they used table and chairs - but there is no in the crowd brawling, is kind of thing going to become obsolete in the WWF you think?

**RUSSO:** I don't want to say obsolete, but I don't see it going back in that direction. The only reason I tell you that, I'm at every show, I'm there, you put Rock and Mick in that ring with microphones, the people will sit there for a half an hour and be entertained. You put a wrestling in that ring for over ten minutes, they want to know, let's get to the finish, and let's go on to the next thing. And you gotta understand from a writing point of view, I am not dictating to these fans. I am basically in the arena every Monday and Tuesday night, I am in the arena, I am listening to the fans. All that I am trying to do from a television-writing standpoint is give the masses what they want. Now, I'm not saying give the smart wrestling fan what they want, I'm saying give the masses, and that's my job.

**BEN:** I see that, and I don't want to beleaguer it, but some would argue that it's true, that WWF fans mainly sit on their hands for matches that go more than 10 minutes, but some would

argue that it's because the quality of the in-ring wrestling isn't as good. Don't you think that if you put two good wrestlers in the ring, and I know we had talked about the Van Dam - Lynn thing, but I don't consider Van Dam to be that great of a wrestler, I look more to the Masato Tanaka - Mike Awesome example. Don't you think if you put two good wrestlers in there, who had a match which could stir the fans emotions, that that would ... look at what happened with **Sting** and Benoit? I know they still got killed by Raw when Raw opened, but they kept a much larger percentage than they had been by starting off their show with interviews. Do you think there's any validity to that?

**RUSSO:** No. I think they kept a much bigger number than they did, because that was really a well-booked match where you couldn't call the outcome. Benoit isn't going to beat Sting in the middle of the ring, and Sting isn't going to beat Benoit, so what are they gonna do? That was the appeal to the match.

**BEN:** OK.

**RUSSO:** Don't get me wrong, I love to see a good wrestling match, but my job is ... I get paid to give the people what they want, and whether I agree or disagree with them is not my job. I'm not writing television to please Vince Russo. I'm writing television to please the masses, and like I say, when I go out in a crowd, and I see the response from a Mick - Rock promo, and response to a wrestling match, I know what they want to see. And again, it's not Vince Russo writing TV for Vince Russo, I'm just trying to give the people what they want.

**Part 1 · Part 2 · Part 3**

Case 1:00-cv-01719-CC   Document 120   Filed 02/25/03   Page 218 of 229

## E-mail Ben Miller | Miller Time archive

**WCW · WWF · ECW · Indies · Int'l**



Copyright © 1999 SportsLine USA, Inc. All rights
reserved.

This website is not sponsored or endorsed by the WWF,
WCW or ECW. This is not an official site.



# EXHIBIT / ATTACHMENT

## BB

**(To be scanned in place of tab)**



**A SUBSIDIARY OF TURNER BROADCASTING SYSTEM, INC.**
ONE CNN CENTER, Box 105366, Atlanta, GA 30348-5366
(404) 827-2066   Fax: (404) 827-2931

IN WCW'S NEVER ENDING SEARCH FOR QUALITY STORY LINES, SELDOM DOES AN OPPORTUNITY LIKE THIS PRESENT ITSELF.

THIS IS A <u>TRUE</u> STORY OF BOUNTHAN SAENGSIPHAN AND HIS FAMILY. BORN IN LAOS, BOUNTHAN AND HIS FAMILY WERE LIVING THERE WHEN THE COMMUNIST FORCES INVADED IN 1973. WHEN THE COMMUNIST LEARNED THAT BOUNTHAN'S GRANDFATHER, FATHER, AND UNCLE WERE ALL FIGHTING AGAINST THEM, THAT MORE OR LESS SIGNED A DEATH WARRENT FOR BOUNTHAN AND THE REST OF HIS CIVILIAN FAMILY. THROUGH THE UNDERGROUND WORD REACHED BOUNTHAN'S FATHER INFORMING HIM OF THE LIFE AND DEATH SITUATION HIS FAMILY WAS IN, HE THEN SENT A TRUSTED FRIEND TO GUIDE HIS FAMILY OUT OF LAOS AND INTO THAILAND WHERE THEY WOULD BE SAFE. THIS, A HAZARDOUS JOURNEY UNDER NORMAL CIRCUMSTANCES BUT WITH COMMUNIST FORCES IN HOT PURSUIT IT BECAME A PERILOUS PLIGHT TO FREEDOM. THEY WERE FORCED TO HIDE IN THE JUNGLE BY DAY AND TRAVEL ONLY AT NIGHT. AFTER 4 EXHAUSTING DAYS AND NIGHTS IN THE DENSE JUNGLE THEY ARRIVED AT THE MEKONG RIVER. WHILE HIDING IN THE THICK UNDERBRUSH IT WAS DECIDED THAT A NIGHT CROSSING WOULD BE THE SAFEST, WHEN DARKNESS FELL THE CROSSING BEGAN, HALF WAY ACROSS THE COMMUNIST SPOTTED THEM AND OPENED FIRE, WITH MORTAR SHELLS EXPLODING IN THE WATER CLOSE BY AND THE WHINE OF BULLETS FROM RIFLE FIRE SINGING IN THE AIR AS THEY FLEW BY, TERRIFIED THE FAMILY PRESSED ON UNTIL FINALLY THEY ARRIVED, MIRACULLOUSLY UNHARMED IN THAILAND. AFTER REACHING THAILAND THE FAMILY LIVED IN A REFUGEE CAMP FOR 3 YEARS, THEN CAME THE NEWS THAT GRANDFATHER WAS KILLED DURING A BATTLE WITH COMMUNIST FORCES AND FATHER'S ARM HAD BEEN BLOWN OFF, BUT HE WAS ALIVE. WHEN THE OPPORTUNITY CAME THEY DECIDED TO COME TO AMERICA. THEY WERE RE-LOCATED IN AKRON OHIO, WHERE THE FAMILY LIVES TODAY. BY THEN BOUNTHAN, WHO HAD ALWAYS LOVED WRESTLING AND MARTIAL ARTS, HAD REACHED MANHOOD, HE HEARD ABOUT WCW'S POWER PLANT, CAME TO ATLANTA FOR A TRY-OUT, MADE IT THROUGH, AND IS NOW PURSUING HIS DREAM OF BECOMING A WCW PROFESSIONAL WRESTLER.



# EXHIBIT / ATTACHMENT

## CC

**(To be scanned in place of tab)**



**RESURGENS** ᴘᴄ
**ORTHOPAEDICS**
An affiliate of OrthoLink Physicians Corporation

Freddy A. Achecar Jr., M.D.
Jeffrey J. Albert, M.D.
William S. Armstrong, M.D.
Eduardo A. Baetti, M.D.
Herschel I. Beker, M.D.
Joseph B. Chandler, M.D.
George Cierny III, M.D.
Richard W. Cohen, M.D.
Alfred O. Colquitt III, M.D.
Paul V. Conescu, M.D.
Tapan K. Daftari, M.D.
Thomas L. Dopson, M.D.
Christopher R. Edwards, M.D.
Paul L. Flicker, M.D.
John C. Garrett, M.D.
William S. Gibbons, M.D.
John R. Gleason, M.D.
William H. Greenwood, M.D.
Bradley E. Henderson, M.D.
Edward H. Holliger, M.D.
Frank R. Joseph, M.D.
Robert A. Kelly, M.D.
D. Kay Kirkpatrick, M.D.
Richard M. Klaus, M.D.
Scott G. Kleiman, M.D.
John D. Knox Jr., M.D.
Kenneth J. Kress, M.D.
G. Dale Lane, M.D.
Scott M. Levere, M.D.
Allan N. Levine, M.D.
Joseph A. Martino, M.D.
James B. Madeley, M.D.
Drew V. Miller, M.D.
Marvin M. Mitchell, M.D.
Mark S. McBride, M.D.
Howard A. McMahan, M.D.
W. Kehne Moeller, M.D.
Scott M. Morrell, M.D.
C. Michael Morris, M.D.
Keith D. Osborn, M.D.
Thomas E. Price, M.D.
Byron D. Rosenstein, M.D.
Thomas I. Ross, M.D.
Roy M. Rubin, M.D.
Russell L. Sabrin, M.D.
David G. Scott, M.D.
Gary S. Simon, M.D.
Jonathan S. Swift, M.D.
Rafael V. Urrutia Jr., M.D.
William J. Vanderyt, M.D.
Steven B. Wertheim, M.D.
Stuart P. Wetzel, M.D.
M. Shay Womack, M.D.
Blane A. Woodfin, M.D.

**William S. Armstrong, M.D.**
WSA:klp  (DICTATED BUT NOT PROOFREAD TO AVOID DELAY IN CORRESPONDENCE)

February 14, 2000

Debbie Henderson
C/o WCW
P.O. Box 105366
Atlanta, GA 30348-5366

### RE:  Bounthan Saengsiphan

Dear Ms. Henderson:

The patient returns today.  The patient had previous ACL reconstruction with a reinjury on 05/11/99.  At the time of the reinjury of 05/11/99 he felt and heard a pop. When seen for followup it was determined that he had ruptured his ACL graft.

He was taken to the operating room on 06/03/99 with a ruptured ACL graft.  Unfortunately, the previous screw in the femur prohibited us from proceeding with an ACL reconstruction (revision ACL reconstruction) at the time of that surgery.  The screw was removed and bone grafting to the defect was performed.

The patient has been followed since that time to determine when the bone graft had healed enough to proceed with repeat surgery.

At this point in time, the patient has sought employment outside of the wrestling arena.

The patient states that his knee does not feel normal although, it does not completely give out on him he will feel some looseness to the knee.

PHYSICAL EXAMINATION:        There is no swelling.  There is increased laxity to Lachman testing.  He also has healed incisions.

X-RAYS:        X-rays were performed and show an incorporation of the bone grafting to the femur.

ASSESSMENT:        ACL deficient right knee, status post ACL reconstruction with secondary injury.

WCW 019874
CONFIDENTIAL

**Bounthan Saengsiphan**
TOWN CENTER OFFICE
02/14/00
Page-2-

RECOMMENDATIONS:     At this point in time, the bone graft is healed enough to
proceed with ACL reconstruction.  However, the patient does not to pursue the surgery at
this time.

With a brace, I feel the patient can pursue normal activities.  It is a condition although,
there is increased risk with an ACL deficiency with a brace many people can pursue
rigorous sports.

At this point in time, I feel that he has reached maximal medical improvement if he were
to elect not to have the ACL reconstruction (I have recommended that he pursue ACL
reconstruction, however.)  According to the Guides to Evaluation of Permanent
Impairment, Fourth Edition, an ACL deficiency that he has would equate to
approximately 30% impairment to the lower extremity.  A partial medial meniscectomy
would equate to a  4% impairment to the lower extremity.  According to the combined
values chart a 30% plus a 4% would equate to a 31% impairment to the lower extremity.

Of course this value would change if he would elect to proceed with the ACL
reconstruction.

We have released him to full duty work with the brace.  Otherwise, we will see him back
again in three months on a p.r.n. basis.

Thank you for the referral of this patient and allowing me to participate in his care.

Sincerely,

William S. Armstrong, M.D.
WSA/kp (DICTATED BUT NOT PROOFREAD TO AVOID DELAY IN CORRESPONDENCE)
(TOWN CENTER OFFICE)

WCW 019875



# EXHIBIT / ATTACHMENT

## DD

(To be scanned in place of tab)

1        IN THE UNITED STATES DISTRICT COURT

2      FOR THE NORTHERN DISTRICT OF GEORGIA

3            ATLANTA DIVISION

4

5  TONY BYRON CARR,         )
                       )

6        Plaintiff,    )  Civil Action File No.
  vs.                 )  1-00-CV-1721 (CC)

7                    )

  WORLD CHAMPIONSHIP WRESTLING, )

8  INC., and TURNER SPORTS, INC.,)  ORIGINAL
                    )

9        Defendants.   )

10       DEPOSITION OF TONY BYRON CARR
             JANUARY 28, 2002

11             10:00 a.m.

12

13

14

15

16

17

18

19

20

21

22

23

24

25        CERTIFIED COURT REPORTERS

Page 55

1    a truck driver.  First time he said, I don't know who's

2    blowing smoke up your ass, kid, but they ain't hiring no

3    niggers.

4        Q.    This is what Jody Hamilton said?

5        A.    This is what Jody Hamilton said.

6        Q.    When did he say that?

7        A.    He said it right before we left Carol Drive.  Then

8    we got up here, when he hired me back as a truck driver, you

9    know, I told him I still want to wrestle.  I still brought

10   my wrestling gear.  I still talked to the bookers.  Hey, you

11   know, if you all need somebody, I want to wrestle.  I didn't

12   come here to be a truck driver.  I want to wrestle.  So I

13   was trying to network any way I could to get back in, you

14   know, so --

15       Q.    Okay.  And how did that conversation go when you

16   talked to him about that?

17       A.    Well, that's when he said, he said -- this time he

18   cleaned up.  He said, we're not hiring any blacks, you know.

19       Q.    Did he refer to anyone in particular.

20       A.    No, he just said --

21       Q.    Did he give you a name as to who's making this

22   decision?

23       A.    He just said the higher-ups.

24       Q.    Okay.  But you don't know who actually made the

25   decision not to give you a wrestling contract?

1      A.    Well, I had been hearing the whole time that Jody

2    Hamilton was a racist.  His brother was in the Ku Klux Klan,

3    all this stuff here.  Jody would say certain things but I

4    didn't hear that stuff.  All I know, I wanted to be a

5    wrestler, you know.  I heard the stuff.  I didn't hear it.

6    I heard the jokes.  I heard the comments.

7      Q.    What kind of jokes or comments did you hear

8    personally?

9      A.    Okay.  Well, Sarge, if we call people -- he

10   referred to this Asian guy as -- who was in the ring,

11   playing the ring, wrestling around, he's like, there's soul

12   food and oriental food in the ring or something like that,

13   you know, stuff like that.

14     Q.    Okay.  What else do you remember hearing that you

15   thought was a racial comment?

16     A.    Taylor Terry would come by and say stuff like

17   there was a time when the air conditioner broke and he said,

18   well, you'd better turn the air conditioner on because you

19   know, these niggers, they can't take this cold weather.

20     Q.    Did you hear that?

21     A.    Yes.

22     Q.    When was this?

23     A.    This was -- can't remember the dates on it.

24     Q.    How long had you been at the Power Plant when that

25   occurred?

1       A.    Paul said they're not hiring any blacks.   This was

2   down at the new school, because what happened, went through

3   tryouts and Jody told me that -- made the comment or

4   whatever, but I hadn't talked to Paul Orndorff yet.

5       Q.    Okay.  So when was this conversation with Paul?

6       A.    This was sometime late '99.

7       Q.    Okay.  And what did he say to you?

8       A.    He said they ain't hiring no niggers.

9       Q.    And did he use the word "nigger"?

10      A.    Yes, he did.

11      Q.    Okay.  And do you know who he was referring to?

12      A.    Well, I was the only one in the room and I was

13  trying to get a job.

14      Q.    No, no.  When he said "they", do you know who he

15  meant by "they"?

16      A.    I assume he meant WCW.

17      Q.    But you don't know in particular who he --

18      A.    No.

19      Q.    Did Paul Orndorff ever say anything else that you

20  thought was racially discriminatory?

21      A.    No, I didn't see Paul a whole lot after that.

22      Q.    Tell me someone else that you believe down at the

23  Power Plant, said something that you believe was racially

24  discriminatory.

25      A.    Okay.  At the Power Plant.  Like I said, Jody

Page 97

1        Q.    Okay.

2        A.    You know, and then I didn't hear from him for a

3    while, and then about a month later he called me and asked

4    me if I wanted to get back on the ring truck, and I said

5    yes.

6        Q.    So he offered you a job on the ring crew?

7        A.    Yeah, you know.

8        Q.    Any other conversations with Jody Hamilton you

9    think were discriminatory?

10       A.    Okay.  All right.  What happened, on the days

11   where I was off, Jody would have me come down there and move

12   a lot of stuff, you know, rings, you know, just shift stuff

13   around in the new building here on Log Cabin.

14             I'd unload trucks by myself, move rails, and then

15   I come back and sit down, I take a lunch break or whatever,

16   and he had these stories and they start talking about the

17   problems with the black community.

18             He made this thing about Martin Luther King.  He

19   was like, well, Martin Luther King started all this problem

20   and that's why black people are having so much trouble now.

21   He started segregation and a lot of black people got, you

22   know, sucked up in it because they weren't smart enough to

23   keep up with the white people, so it's bringing down the

24   society.

25             That's the kind of comments he was making, you